# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

November 1, 2012

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax (212) 336-7906
gpotter@pbwt.com

**BY HAND**

Loretta E. Lynch
United States Attorney
271 Cadman Plaza East
Brooklyn, NY  11201

      Re:    <u>Seizure Application, 15 U.S.C. § 1116(d)(2)</u>

Dear Ms. Lynch:

      I write pursuant to 15 U.S.C. § 1116(d)(2) to follow up on the civil action that was commenced in this district on Thursday, October 25, 2012, on behalf of Innovation Ventures, LLC and Living Essentials, LLC concerning trademark infringement and the manufacture, distribution, and sale of counterfeit products.  We will be making a third seizure application in this action.  Copies of the second amended complaint, seizure application, and supporting papers are enclosed.

                                 Sincerely yours,

                                   Geoffrey Potter