UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

──────────────────────────────────────X
INNOVATION VENTURES, LLC and :
LIVING ESSENTIALS, LLC, :
  :
  : 12 Civ. 5354(KAM)
            Plaintiffs, :
  :
    -against- :
  :
ULTIMATE ONE DISTRIBUTING CORP.; :
GULAM NAJIMI, a.k.a. GHULAMALI :
ALI NAJIMI; WALLY NAJIMI, a.k.a. AHMED :
WALLY NAJIMI; EXCEL WHOLESALE : **CORPORATE DISCLOSURE**
DISTRIBUTORS, INC.; FARID : **STATEMENT PURSUANT TO**
TURSONZADAH, a.k.a. FARID TURSON; : **FEDERAL RULE OF CIVIL**
CORE-MARK INTERNATIONAL, INC.; : **PROCEDURE 7.1**
RICHMOND WHOLESALE COMPANY, INC.; :
SAQUIB KHAN; CVS CAREMARK CORP.; :
7-ELEVEN, INC.; 7-ELEVEN STORE # 11152; :
7-ELEVEN STORE #25449C-2422; :
7-ELEVEN STORE # 11168F-2422; :
7-ELEVEN STORE # 11181; 7-ELEVEN :
STORE #32760; 7-ELEVEN STORE # 23407; :
PRESTIGE MOBIL; KAIVAL DELI & :
CATERING; HEIGHTS DELI AND :
COMPANY; VALERO RETAIL HOLDINGS, :
INC.; NEW ISLAND DELI; NEVINS :
GOURMET; DELTA DISTRIBUTION :
SERVICES CORP.; SULAIMAN S. AAMIR; :
BROTHERS TRADING CO., INC. D/B/A :
VICTORY WHOLESALE GROCERS; :
QUALITY KING DISTRIBUTORS, INC.; :
 BASELINE DISTRIBUTION, INC.; :
DAVID FLOOD; MIDWEST WHOLESALE :
DISTRIBUTORS; JUSTIN SHAYOTA; :
MOA TRADING INC.; DAVID K. LEE; :
CAPITAL SALES COMPANY; WALID JAMIL, :
a.k.a. WALLY JAMIL; PRICE MASTER :
CORP.; ABDUL SATAR NAJIMI; FOOD :
DISTRIBUTORS INTERNATIONAL, INC., :
SCOTT TILBROOK; ELEGANT TRADING, :
INC.; AHMED BHIMANI; EMPIRE TRADE :
WHOLESALE CORP.; TOP CHOICE :
TRADING USA, INC.; UNIVERSAL :
WHOLESALE, INC.; JOSEPH SEVANY, SR. :
a.k.a. JOE ZAITOUNA; BAJA EXPORTING, :
LLC; JOSEPH SHAYOTA; and :
JOHN DOES 1-10, :
  :
──────────────────────────────────────X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for defendant Brothers Trading Co., Inc. d/b/a Victory Wholesale Grocers, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held, or publicly held corporations owning 10% or more of said party's stock:  None

Dated:  November 20, 2012
           New York, New York

                                HODGSON RUSS LLP

                                By:  _____/s/_____
                                   Joseph P. Goldberg (JG-1551)
                                   Jacquelyn R. Trussell (JT-0065)
1540 Broadway, 24th Floor
New York, NY  10036
Telephone:  (212) 751-4300
Facsimile:  (212) 751-0928
jgoldberg@hodgsonruss.com
*Attorneys for Defendant Brothers Trading Co., Inc., d/b/a Victory Wholesale Grocers*

2