J. CHRISTOPHER JENSEN
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9204
Attorneys for Defendants Elegant Trading, Inc.
and Ahmed Bhimani

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

INNOVATION VENTURES, LLC and LIVING ESSENTIALS, INC.

Plaintiffs,

-against-

ULTIMATE ONE DISTRIBUTING CORP.; GULAM NAJIMI, a.k.a. GHULAMALI ALI NAJIMI; WALLY NAJIMI, a.k.a. AHMED WALLY NAJIMI; EXCEL WHOLESALE DISTRIBUTORS, INC.; FARID TURSONZADAH, a.k.a. FARID TURSON; CORE-MARK INTERNATIONAL, INC.; RICHMOND WHOLESALE COMPANY, INC.; SAQUIB KHAN; CVS CAREMARK CORP.; 7-ELEVEN, INC.; 7-ELEVEN STORE #11152; 7-ELEVEN STORE #25449C-2422; 7-ELEVEN STORE #11168F-2422; 7-ELEVEN STORE # 11181; 7-ELEVEN STORE #32760; 7-ELEVEN STORE #23407; PRESTIGE MOBIL; KAIVAL DELI & CATERING; HEIGHTS DELI AND COMPANY; VALERO RETAIL HOLDINGS, INC.; NEW ISLAND DELI; NEVINS GOURMET; DELTA DISTRIBUTION SERVICES CORP.; SULAIMAN S. AAMJR; BROTHERS TRADING CO., INC. D/B/A VICTORY WHOLESALE GROCERS; QUALITY KING DISTRIBUTORS, INC.; BASELINE DISTRIBUTION, INC.; DAVID FLOOD; MIDWEST WHOLESALE DISTRIBUTORS; JUSTIN SHAYOTA; MOA TRADING, INC.; DAVID K. LEE; CAPITAL SALES COMPANY; WALID JAMIL, a.k.a. WALLY JAMIL; PRICE MASTER CORP.; ABDUL SATAR NAJIMI; FOOD

Civil Action No.: 12 Civ. 5354 (KAM)

**NOTICE OF APPEARANCE**

DISTRIBUTORS INTERNATIONAL, INC.;
SCOTT TILBROOK; ELEGANT TRADING,
INC.; AHMED BHIMANI; EMPIRE TRADE
WHOLESALE CORP.; TOP CHOICE TRADING
USA, INC.; UNIVERSAL WHOLESALE, INC.;
JOSEPH SEVANY, SR. a.k.a. JOE ZAITOUNA;
BAJA EXPORTING, LLC; JOSEPH SHAYOTA;
and JOHN DOES 1-10,

         Defendants.
------------------------------------------------------------------ x

  PLEASE TAKE NOTICE that the undersigned appears in this action as attorney for defendants Elegant Trading, Inc. and Ahmed Bhimani.

Dated: New York, New York
   November 21, 2012

                /s/ J. Christopher Jensen
                J. CHRISTOPHER JENSEN (jcj@cll.com)
                Cowan, Liebowitz & Latman, P.C.
                1133 Avenue of the Americas
                New York, New York 10036-6799
                (212) 790-9204

00001/246/1352064.1