AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC <br> *Plaintiff* <br> v. <br> Ultimate One Distributing Corp., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 12 CV 5354 (KAM) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   (See attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Geoffrey Potter, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11/21/2012_____   *Elizabeth Goddard*
   *Signature of Clerk or Deputy Clerk*

## NAMES AND ADDRESSES OF NEW DEFENDANTS:

Purity Wholesale Grocers, Inc.
5400 Broken Sound Boulevard NW, Suite 100
Boca Raton, Florida 33487

Tradeway International, Inc. d/b/a Baja Exporting
7625 Britannia Park Place
San Diego, California 92154