UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                           Plaintiffs,

          -against-

ULTIMATE ONE DISTRIBUTING CORP.; GULAM
NAJIMI, a.k.a. GHULAMALI ALI NAJIMI; WALLY
NAJIMI, a.k.a. AHMED WALLY NAJIMI; EXCEL
WHOLESALE DISTRIBUTORS, INC.; FARID
TURSONZADAH, a.k.a. FARID TURSON; CORE-MARK
INTERNATIONAL, INC.; RICHMOND WHOLESALE
COMPANY, INC.; SAQUIB KHAN; CVS CAREMARK
CORP.; 7-ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-
ELEVEN STORE # 25449C-2422; 7-ELEVEN STORE #
11168F-2422; 7-ELEVEN STORE # 11181; 7-ELEVEN
STORE # 32760; 7-ELEVEN STORE # 23407; PRESTIGE
MOBIL; KAIVAL DELI & CATERING; HEIGHTS DELI
AND COMPANY; VALERO RETAIL HOLDINGS, INC.;
NEW ISLAND DELI; NEVINS GOURMET; DELTA
DISTRIBUTION SERVICES CORP.; SULAIMAN S.
AAMIR; BROTHERS TRADING CO., INC. D/B/A
VICTORY WHOLESALE GROCERS; QUALITY KING
DISTRIBUTORS, INC.; BASELINE DISTRIBUTION,
INC.; DAVID FLOOD; MIDWEST WHOLESALE
DISTRIBUTORS; JUSTIN SHAYOTA; MOA TRADING,
INC.; DAVID K. LEE; CAPITAL SALES COMPANY;
WALID JAMIL, a.k.a. WALLY JAMIL; PRICE MASTER
CORP.; ABDUL SATAR NAJIMI; FOOD DISTRIBUTORS
INTERNATIONAL, INC.; SCOTT TILBROOK; ELEGANT
TRADING, INC.; AHMED BHIMANI; EMPIRE TRADE
WHOLESALE CORP.; TOP CHOICE TRADING USA,
INC.; UNIVERSAL WHOLESALE, INC.; JOSEPH
SEVANY, SR. a.k.a. JOE ZAITOUNA; BAJA
EXPORTING, LLC; JOSEPH SHAYOTA; and JOHN
DOES 1-10,

                           Defendants.

-------------------------------------------------------------------X

12 Civ. 5354 (KAM)

AFFIDAVIT OF SERVICE

5738830v.1

11·19·12

JOHN D. DULA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires May 18, 2013
Acting in the County of _____

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

Jeffrey Dickison, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to the action, am the owner of Advantage Investigations and Research, LLC, and am a resident of the State of Michigan, Macomb County.

2.    On November 15, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Second Amended Complaint (with exhibits); Third Amended Complaint (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits); and Expedited Discovery Order, by hand, upon Walid Jamil.

3.    Such service was completed by personally delivering a true and correct copy of the aforementioned papers to Walid Jamil at 30201 Orchard Lake Road, West Bloomfield, Michigan.

4.    Walid Jamil is a male of Middle Eastern descent, approximately 55 years of age, 5'6" tall, 300 lbs., with gray hair that is balding on top.  He wore a gray shirt and dark pants.

_____
Jeffrey Dickison

Sworn to before me this
14 th day of November, 2012

_____
Notary Public

JOHN D. DULA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires May 16, 2013
Acting in the County of _____

2

5738830v.1