AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Innovation Ventures, LLC and Living Essentials, LLC

_Plaintiff(s)_

v.

Ultimate One Distributing Corp., et al.

_Defendant(s)_

Civil Action No. 12-5354 (KAM)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

(See attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Geoffrey Potter, Esq.
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  CLERK OF COURT

Date: _____                        _____
                                                                     _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ahmed Bhimani**
was received by me on *(date)* **November 15, 2012**

☒ I personally served the summons on the individual at *(place)* Accepted by Ali mohamed Bhimani: Father **106 Addison Pl. Sugar Land, Texas 77479** on *(date)* **November 15, 2012 @ 8:00 pm**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☒ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **11-15-12**

Server's signature: *[signature]* Sch: 2852 Exp: 9-1-13

Printed name and title: **Ryan Hershey   Private Process Server**

C-MACK SERVICES, INC.
2150 Ojeman Road
Houston, Texas 77080

Additional information regarding attempted service, etc: