UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                               Plaintiffs,

                  -against-

ULTIMATE ONE DISTRIBUTING CORP.;
GULAM NAJIMI, a.k.a. GHULAMALI ALI
NAJIMI; WALLY NAJIMI, a.k.a. AHMED
WALLY NAJIMI; EXCEL WHOLESALE
DISTRIBUTORS, INC.; FARID
TURSONZADAH, a.k.a. FARID TURSON;
CORE-MARK INTERNATIONAL, INC.;
RICHMOND WHOLESALE COMPANY, INC.;
SAQUIB KHAN; CVS CAREMARK CORP.; 7-
ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-
ELEVEN STORE # 25449C-2422; 7-ELEVEN
STORE # 11168F-2422; 7-ELEVEN STORE #
11181; 7-ELEVEN STORE # 32760; 7-ELEVEN
STORE # 23407; PRESTIGE MOBIL; KAIVAL
DELI & CATERING; HEIGHTS DELI AND
COMPANY; VALERO RETAIL HOLDINGS,
INC.; NEW ISLAND DELI; NEVINS GOURMET;
DELTA DISTRIBUTION SERVICES CORP.;
SULAIMAN S. AAMIR; BROTHERS TRADING
CO., INC. D/B/A VICTORY WHOLESALE
GROCERS; QUALITY KING DISTRIBUTORS,
INC.; BASELINE DISTRIBUTION, INC.; DAVID
FLOOD; MIDWEST WHOLESALE
DISTRIBUTORS; JUSTIN SHAYOTA; MOA
TRADING, INC.; DAVID K. LEE; CAPITAL
SALES COMPANY; WALID JAMIL, a.k.a. WALLY
JAMIL; PRICE MASTER CORP.; ABDUL SATAR
NAJIMI; FOOD DISTRIBUTORS:
INTERNATIONAL, INC.; SCOTT TILBROOK;
ELEGANT: TRADING, INC.; AHMED BHIMAN[;
EMPIRE TRADE WHOLESALE CORP.; TOP
CHOICE TRADING USA, [NC.; UNIVERSAL
WHOLESALE, INC.; JOSEPH SEVANY, SR. a.k.a.
JOE ZAITOUNA .JOSEPH SHAYOTA; and JOHN
DOES 1-10,

                             Defendants.

12 Civ. 5354 (KAM)

**<u>AFFIDAVIT OF SERVICE</u>**

5736653v.1

------------------------------------------------------------- x

STATE OF NEW YORK     )
                                :ss.:
COUNTY OF NEW YORK    )

Brandon Sprague, being duly sworn, deposes and says:

1.     I am over 18 years of age, am not a party to the action, am employed by Kroll, and am a resident of the State of California, Alameda County.

2.     On November 15, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Sealing Order/Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Third Amended Complaint (redacted) (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits), by hand, upon the following:

Baja Exporting
7625 Britannia Park Place
San Diego, CA 92154

Joseph Shayota
7625 Britannia Park Place
San Diego, CA 92154

3.     Such service was completed by personally delivering a true and correct copy of the aforementioned papers to the offices listed above and leaving them with Joseph Shayota, who accepted service.

4.     Joseph Shayota is a male of Middle Eastern descent, approximately 60 years of age, with dark hair. He wore black shorts, a grey t-shirt, a blue fleece, a black baseball cap, and black sandals.

Brandon Sprague

Sworn to before me this
__th day of November, 2012

_____
      Notary Public

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of ___SAN FRANCISCO___

On ___Nov. 19, 2012___ before me, ___MICHELE WALKER, NOTARY PUBLIC___,
<span style="font-size:small">(Here insert name and title of the officer)</span>

personally appeared ___BRANDON SPRAGUE_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

> MICHELE L. WALKER
> Commission # 1867023
> Notary Public - California
> San Francisco County
> My Comm. Expires Oct 30, 2013

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__AFFIDAVIT OF SERVICE__
<span style="font-size:small">(Title or description of attached document)</span>

_____
<span style="font-size:small">(Title or description of attached document continued)</span>

Number of Pages __3__ Document Date_____

_____
<span style="font-size:small">(Additional information)</span>

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  <span style="font-size:small">(Title)</span>
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgement is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document