UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                               Plaintiffs,

            -against-

ULTIMATE ONE DISTRIBUTING CORP.;
GULAM NAJIMI, a.k.a. GHULAMALI ALI
NAJIMI; WALLY NAJIMI, a.k.a. AHMED
WALLY NAJIMI; EXCEL WHOLESALE
DISTRIBUTORS, INC.; FARID
TURSONZADAH, a.k.a. FARID TURSON;
CORE-MARK INTERNATIONAL, INC.;
RICHMOND WHOLESALE COMPANY, INC.;
SAQUIB KHAN; CVS CAREMARK CORP.; 7-
ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-
ELEVEN STORE # 25449C-2422; 7-ELEVEN
STORE # 11168F-2422; 7-ELEVEN STORE #
11181; 7-ELEVEN STORE # 32760; 7-ELEVEN
STORE # 23407; PRESTIGE MOBIL; KAIVAL
DELI & CATERING; HEIGHTS DELI AND
COMPANY; VALERO RETAIL HOLDINGS,
INC.; NEW ISLAND DELI; NEVINS GOURMET;
DELTA DISTRIBUTION SERVICES CORP.;
SULAIMAN S. AAMIR; BROTHERS TRADING
CO., INC. D/B/A VICTORY WHOLESALE
GROCERS; QUALITY KING DISTRIBUTORS,
INC.; BASELINE DISTRIBUTION, INC.; DAVID
FLOOD; MIDWEST WHOLESALE
DISTRIBUTORS; JUSTIN SHAYOTA; MOA
TRADING, INC.; DAVID K. LEE; CAPITAL
SALES COMPANY; WALID JAMIL, a.k.a. WALLY
JAMIL; PRICE MASTER CORP.; ABDUL SATAR
NAJIMI; FOOD DISTRIBUTORS:
INTERNATIONAL, INC.; SCOTT TILBROOK;
ELEGANT: TRADING, INC.; AHMED BHIMAN[;
EMPIRE TRADE WHOLESALE CORP.; TOP
CHOICE TRADING USA, [NC.; UNIVERSAL
WHOLESALE, INC.; JOSEPH SEVANY, SR. a.k.a.
JOE ZAITOUNA .JOSEPH SHAYOTA; and JOHN
DOES 1-10,

                               Defendants.

12 Civ. 5354 (KAM)

**<u>AFFIDAVIT OF SERVICE</u>**

5739474v.1

------------------------------------------------------------- x

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | :ss.: |
| COUNTY OF NEW YORK | ) |

   Brandon Sprague, being duly sworn, deposes and says:

   1.  I am over 18 years of age, am not a party to the action, am employed by Kroll, and am a resident of the State of California, Alameda County.

   2.  On November 16, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Sealing Order/Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Third Amended Complaint (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits), by hand, upon the following:

    Justin Shayota
    866 Sandra Lane
    El Cajon, CA 92019

   3.  Such service was completed by personally delivering a true and correct copy of the aforementioned papers to the person listed above, who accepted service.

   4.  Justin Shayota is a male of Middle Eastern descent, who is in his late twenties. He had short, black hair and a goatee, and stood approximately 6 feet tall.

                _/s/ Brandon Sprague_
                Brandon Sprague

Sworn to before me this
__th day of November, 2012

_____
  Notary Public

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of SAN FRANCISCO

On Nov. 19, 2012 before me, MICHELE WALKER, NOTARY PUBLIC,
(Here insert name and title of the officer)

personally appeared BRANDON SPRAGUE,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

MICHELE L. WALKER
Commission # 1867023
Notary Public - California
San Francisco County
My Comm. Expires Oct 30, 2013

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

AFFIDAVIT OF SERVICE
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages  2   Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document