UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
INNOVATION VENTURES, LLC, et al.,

                      Plaintiffs,

    -against-

ULTIMATE ONE DISTRIBUTING CORP.; et al.,
                      Defendants.

------------------------------------------------------------------------X

12 Civ. 5354 (KAM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                  :ss.:
COUNTY OF NEW YORK  )

        James Tarr, being duly sworn, deposes and says:

        1.     I am over 18 years of age, am not a party to the action, am a contractor for Advantage Investigations and Research, LLC, and am a resident of the State of Michigan, Macomb County.

        2.     On November 15, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Second Amended Complaint (with exhibits); Third Amended Complaint (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits); and Expedited Discovery Order, by hand, upon the following:

                Midwest Wholesale Distributors
                5367 Falmouth Drive
                Troy, Michigan 48085

        3.     Such service was completed by personally delivering a true and correct copy of the aforementioned papers to the location above and leaving them with Kevin Jamil.

5738894v.2

4. Kevin Jamil is a male of Middle Eastern descent, approximately 25 years of age, 5'10" tall, 175 lbs., with black hair. He wore a dark shirt and dark pants.

_____
James Tarr

Sworn to before me this
29th day of November, 2012

_____
Notary Public

JEFF A DUNCAN
NOTARY PUBLIC - MICHIGAN
MACOMB COUNTY
MY COMMISSION EXPIRES SEP 17, 2015
ACTING IN THE COUNTY OF: Macomb

2

5738894v.2