UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                         Plaintiffs,

      -against-

ULTIMATE ONE DISTRIBUTING CORP.;
GULAM NAJIMI, a.k.a. GHULAMALI
ALI NAJIMI; WALLY NAJIMI, a.k.a.
AHMED WALLY NAJIMI; EXCEL
WHOLESALE DISTRIBUTORS, INC.; FARID
TURSONZADAH, a.k.a. FARID TURSON;
CORE-MARK INTERNATIONAL, INC.;
RICHMOND WHOLESALE COMPANY, INC.;
SAQUIB KHAN; CVS CAREMARK CORP.; 7-
ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-
ELEVEN STORE # 25449C-2422; 7-ELEVEN
STORE # 11168F-2422; 7-ELEVEN STORE #
11181; 7-ELEVEN STORE # 32760; 7-ELEVEN
STORE # 23407; PRESTIGE MOBIL; KAIVAL
DELI & CATERING; HEIGHTS DELI AND
COMPANY; VALERO RETAIL HOLDINGS,
INC.; NEW ISLAND DELI; NEVINS GOURMET;
DELTA DISTRIBUTION SERVICES CORP.;
SULAIMAN S. AAMIR; BROTHERS TRADING
CO., INC. D/B/A VICTORY WHOLESALE
GROCERS; QUALITY KING DISTRIBUTORS,
INC.; BASELINE DISTRIBUTION, INC.; DAVID
FLOOD; [REDACTED]; and JOHN DOES 1-10,

                         Defendants.
------------------------------------------------------------- x

12 Civ. 5354 (KAM)

**AFFIDAVIT OF SERVICE**

**PURSUANT TO 15 U.S.C. § 1116**

STATE OF NEW YORK     )
                                :ss.:
COUNTY OF NEW YORK  )

      Robert Jenkins, being duly sworn, deposes and says:

      1.     I am over 18 years of age, am not a party to the action, am employed by Kroll Advisory Services, and am a resident of the State of Florida, Miami-Dade County.

5749087v.1

2.   On November 9, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Sealing Order/Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Second Amended Complaint (with exhibits); Third Amended Complaint (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, and Preliminary Injunction (with exhibits), by hand, upon the following:

Scott Tilbrook
Food Distributors International, Inc.

3.   Such service was completed by personally delivering a true and correct copy of the aforementioned papers to Scott Tilbrook at 1881 NE 26th Street, Unit 223, Fort Lauderdale, FL 33305.

4.   Scott Tilbrook is a Caucasian male, approximately 45 years of age.

_Robert Jenkins_
Robert Jenkins

Sworn to before me this
29th day of November, 2012

_Notary Public_

HARRIETTE OUTTEN
Notary Public - State of Florida
My Comm. Expires Aug 7, 2015
Commission # EE 119423
Bonded Through National Notary Assn.

produced FL DL

2

5749087v.1