UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
INNOVATION VENTURES, LLC, et al., :
:
                            Plaintiffs,      :      12 Civ. 5354 (KAM)
:
-against-                            :      **AFFIDAVIT OF SERVICE**
:
ULTIMATE ONE DISTRIBUTING CORP., et al., :
:
                            Defendants.   :
:::
------------------------------------------------------------- x

STATE OF NEW YORK       )
                                 :ss.:
COUNTY OF NEW YORK   )

        Brian Cairl, being duly sworn, deposes and says:

        1.     I am over 18 years of age, am not a party to the action, am employed by Kroll, and am a resident of the State of New York, Suffolk County.

        2.     On November 13, 2012, I served two copies of each of the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Sealing Order/Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Second Amended Complaint (redacted) (with exhibits); Third Amended Complaint (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits), by hand, upon the following:

        Top Choice Trading USA Inc.
        19-40 Flushing Avenue
        Ridgewood, New York 11385

        3.     Such service was completed by personally delivering a true and correct copy of the aforementioned papers to the offices listed above and leaving them with Ricky Qu.

4. Ricky Qu can be described as an Asian man, approximately 35-40 years old, 5'7'' tall, 150 lbs. with short, dark hair.

*Brian Cairl*

Sworn to before me this 28th day of November, 2012

Notary Public

DANIEL E. KARSON
Notary Public, State of New York
No. 02KA4682103
Qualified in Westchester County
Commission Expires 8/16/14