UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
INNOVATION VENTURES, LLC, et al.,

                              Plaintiffs,          12 Civ. 5354 (KAM)

      -against-                            **AFFIDAVIT OF SERVICE**

ULTIMATE ONE DISTRIBUTING CORP., et al.,

                              Defendants.
------------------------------------------------------------ x

STATE OF NEW YORK       )
                                :ss.:
COUNTY OF NEW YORK  )

        Teague Ryan, being duly sworn, deposes and says:

        1.     I am over 18 years of age, am not a party to the action, am employed by Kroll, and am a resident of the State of New York, New York County.

        2.     On November 5, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Sealing Order/Cover Sheet; Complaint (with exhibits); First Amended Complaint (with exhibits); Second Amended Complaint (redacted) (with exhibits); signed Seizure Order; signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits), by hand, upon the following:

        Ultimate One Distributing Corp.
        57-07 31st Avenue, Woodside, NY

        Gulam Najimi
        57-07 31st Avenue, Woodside, NY

        Walid Najimi
        57-07 31st Avenue, Woodside, NY

3. Such service was completed by personally delivering a true and correct copy of the aforementioned papers to the offices listed above and leaving them with Gulam "Ali" Najimi.

4. Gulam "Ali" Najimi can be described as an Arabic man, approximately 40-45 years old, 5'7" tall, 140 lbs. with brown hair and a short beard.

_____
Teague Ryan

Sworn to before me this
29th day of November, 2012

_____ (MENEZES)
Notary Public

ALEXANDRIA C. NICHOLS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02NI6243584
Qualified in New York County
Commission Expires June 20, 2015

2