UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
INNOVATION VENTURES, LLC, ET AL.,

                Plaintiffs,

     -against-

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                Defendants.
---------------------------------------------------------------X

12 Civ. 5354 (KAM)

DOCKET & FILE

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims against 7-Eleven, Inc. without prejudice.

Respectfully submitted,

       /s/ Geoffrey Potter
         Geoffrey Potter

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

Attorneys for Plaintiffs

Dated: November 20, 2012

So Ordered: s/KAM
Kiyo A. Matsumoto
U.S. District Judge

INYC01 5743523v1