# SELTZER | CAPLAN | McMAHON | VITEK
## A LAW CORPORATION

www.scmv.com
619.685.3003
619.685.3100 FAX

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

DAVID M. GREELEY
greeley@scmv.com
(619) 685-3150
(619) 702-6893 FAX

NORMAN T. SELTZER
(1918-2011)

ROBERT CAPLAN
GERALD L. MCMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. MCCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
PATRICK Q. HALL
MICHAEL A. LEONE
J. SCOTT SCHEPER
DANIEL E. EATON
MONTY A. McINTYRE
GREGORY A. VEGA
HOWARD J. BARNHORST, II
JACK R. LEER
AMANDA L. HARRIS
MARNIE SMITH
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA CRANDALL
SCOTT ALAN MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
G. SCOTT WILLIAMS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
ERIK L. SCHRANER
TRACY A. WARREN
DANIEL W. ABBOTT
JAMES H. SIEGEL
CHRISTINE M. LA PINTA
TODD E. HYATT
ANDREW D. BROOKS
ANGELA A. WOOLARD
JASON M. SANTANA
MICHAEL B. LEES
J. KEVIN MANN
RACHEL M. SCATIZZI
MATTHEW D. SELTZER
KATHRYN B. QUARLES
JAMES R. THOMPSON
DAVID H. LICHTENSTEIN
ANDREA N. MYERS
MARISSA A. McARTHUR
TREVOR B. POTTER
JOSEPH M. MCMULLEN
BRIAN M. RAGEN
BRIAN M. KATUSIAN
REBECCA L. VAN LOON
JASON R. FAAS
PARISA F. WEISS

OF COUNSEL
LAWRENCE S. BRANTON
DAVID P. RUTH
LAURA M. LAMB

November 29, 2012

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
c/o Clerk of the Court
Chambers: Room S905
Courtroom: N6G
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Innovation Ventures, LLC et al. v. Walid Jamil et al.*
      Docket No. 12 Civ. 05354
      Our File No.: 15654.69841

Dear Judge Matsumoto:

Defendants Joseph Shayota and Tradeway International, Inc. dba Baja Exporting request that the Court consider additional materials it is submitting this evening in connection with the preliminary injunction hearing set for tomorrow.

I understand that the hearing is at 9:30 a.m. tomorrow, but given the additional evidence and arguments that Plaintiffs have raised in their reply brief and additional materials submitted today, I thought it important to address Plaintiffs' arguments in a sur reply and to submit additional evidence.

I apologize for submitting the materials so late but nonetheless respectfully request that the Court consider the sur reply brief and additional declarations and exhibits.

Respectfully,

/s/

David M. Greeley
Seltzer Caplan McMahon Vitek
A Law Corporation