**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,, <br><br> Plaintiffs, <br><br> v. <br><br> ULTIMATE ONE DISTRIBUTING CORP, ET AL., <br><br> Defendants. | Case No. 1:12-cv-05354 (KAM-RLM) <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that James R. Thompson, an associate attorney with the firm of Seltzer Caplan McMahon Vitek has been retained as counsel for defendants Joseph Shayota, Adriana Shayota and Tradeway International, Inc. dba Baja Exporting.  James R. Thompson was admitted to practice in this District *pro hac vice* for the above-captioned case on November 30, 2012.

      Respectfully submitted,

Dated: December 3, 2012

      By:      /s/ *James R. Thompson*
      James R. Thompson
      Seltzer Caplan McMahon Vitek
      750 B Street, Suite 2100
      San Diego, California  92101
      thompson@scmv.com
      T: (619) 685-3003 / F: (619) 685-3100
      Attorneys for Tradeway Int'l, Inc. dba Baja Exporting, Joseph Shayota, and Adriana Shayota

1