UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

INNOVATION VENTURES, LLC;
LIVING ESSENTIALS, LLC and INTERNATIONAL
IP HOLDINGS, LLC,

                                      Plaintiffs,

- against -

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                                      Defendants.
-------------------------------------------------------------------------

Case No. 12 Civ.5354 (KAM)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

To:    PATTERSON BELKNAP WEBB & TYLER LLP
         Geoffrey Potter
         Christos G. Yatrakis
         Thomas P. Kurland
         Michelle Cohen
         Jonah M. Nobler
         Alexander Michaels
         Jeremy A. Weinberg
         Jane Metcalf
         Attorneys for Plaintiff
         1133 Avenue of the Americas
         New York, NY 10036 – 6710
         Telephone: 212-336-2000
         Fax: 212-336-2222
         gpotter@pbt.com
         cyatrakis@pbwt.com
         tkurland@pbwt.com
         mcohen@pbwt.com
         jnobler@pbwt.com
         amichaels@pbwt.com
         jweinberg@pbwt.com
         jmetcalf@pbwt.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the certificates of good standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, partner with the firm of Plunkett Cooney and a member in good standing of the Bar of the State of Michigan, and I am also admitted to practice and in good standing in the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, and the United States District Court for the Northern District of Indiana, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants Universal Wholesale, Inc. and Joseph Sevany, Sr., a.k.a. Joe Zaitouna. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully Submitted,

PLUNKETT COONEY

_____
By: Michael J. Barton (P34509)
Attorney for Defendants
Universal Wholesale, Inc. and
Joseph Sevany, Sr., a.k.a. Joe Zaitouna
38505 Woodward Avenue, Ste. 2000
Bloomfield Hills, MI 48304
Telephone: 248-901-4000
Facsimile: 248-901-4040
mbarton@plunkettcooney.com

Dated: December 6, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

INNOVATION VENTURES, LLC;
LIVING ESSENTIALS, LLC and INTERNATIONAL
IP HOLDINGS, LLC,

                                                                                           Case No. 12 Civ.5354 (KAM)

                                       Plaintiffs,

                                                                                   **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

                           - against -

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                                           Defendants.

-----------------------------------------------------------------

STATE OF MICHIGAN    )
                               ) SS
COUNTY OF OAKLAND   )

    MICHAEL J. BARTON, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Plunkett Cooney.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Michigan, and I am also admitted to practice and in good standing in the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, and the United States District Court for the Northern District of Indiana.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants Universal Wholesale, Inc. and Joseph Sevany, Sr., a.k.a. Joe Zaitouna.

Respectfully Submitted,

PLUNKETT COONEY

By: Michael J. Barton  (P34509)
Attorney for Defendants
Universal Wholesale, Inc. and
Joseph Sevany, Sr., a.k.a. Joe Zaitouna
38505 Woodward Avenue, Ste. 2000
Bloomfield Hills, MI 48304
Telephone:  248-901-4000
Facsimile:  248-901-4040
mmcknight@plunkettcooney.com

Dated:  December 6, 2012

Subscribed and sworn to before
me this 6th day of December, 2012

_____
Janet M. Behrik, Notary Public
Wayne County, Michigan, Acting Oakland
My Commission Expires: 6-14-14

JANET M. BEHRIK
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jun 14, 2014
ACTING IN COUNTY OF  Oakland

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

INNOVATION VENTURES, LLC;
LIVING ESSENTIALS, LLC and INTERNATIONAL
IP HOLDINGS, LLC,

                                                                Case No. 12 Civ.5354 (KAM)

                              Plaintiffs,

                                                  **ADMISSION TO PRACTICE PRO HAC VICE**

       - against -

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                              Defendants.
-----------------------------------------------------------------

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Michael J. Barton, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants Universal Wholesale, Inc. and Joseph Sevany, Sr., a.k.a. Joe Zaitouna.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

cc: Pro Hac Vice Attorney
      Court File

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Michael J. Barton, P34509 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 23, 1982 in Macomb County and became a member of the State Bar of Michigan on November 23, 1982.

Janet K. Welch, Executive Director
November 14, 2012

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

## *MICHAEL J. BARTON*

*was duly admitted to practice in this Court on 12/07/1982,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 11/14/2012.*

*David J. Weaver*
Clerk


Deputy Clerk

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg.<br>110 Michigan St., NW<br>Grand Rapids, MI 49503<br>(616) 456-2381 | B-35 Federal Bldg.<br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007<br>(269) 337-5706 | 113 Federal Bldg.<br>315 W. Allegan St.<br>Lansing, MI 48933<br>(517) 377-1559 | 229 Federal Bldg.<br>202 W. Washington St.<br>Marquette, MI 49855<br>(906) 226-2021 |
|---|---|---|---|

# CERTIFICATE OF GOOD STANDING

I, Tracey Cordes, Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

### MICHAEL J. BARTON

was duly admitted to practice in said Court on May 27, 1997

and is in good standing as a member of the bar of said Court.

Tracey Cordes, Clerk

Dated at Grand Rapids,
Michigan, on November 15, 2012

By: _____
Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  INDIANA

**CERTIFICATE OF
GOOD STANDING**

I, _____ Robert N. Trgovich _____ , *Clerk of this Court,*

*certify that* _____ Michael J. Barton _____ , *Bar #* P34509 ,

*was duly admitted to practice in this Court on*

_____ April 30, 2012 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Fort Wayne, Indiana _____ *on* December 3, 2012 .
LOCATION  DATE

_____
CLERK

_____
DEPUTY CLERK