# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 1:12-CV-05354-KAM-RLM

Date Filed: 10/25/2012

CSU2020107676

Plaintiffs:
**INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC**
vs.
Defendants:
**ULTIMATE ONE DISTRIBUTING CORP., et al.,**

For:
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York, NY 10036-6710

Received these papers to be served on **SHAH DISTRIBUTORS, INC., 47 ROSELLE STREET, MINEOLA, NY 11501**.

I, Joan Krawczak, being duly sworn, depose and say that on the **28th day of November, 2012 at 10:00 am**, I:

Served the above named Entity by personally delivering Complaint, 5th Amended Summons, First Amended Complaint, Second Amended Complaint, Third Amended Complaint, Fourth Amended Complaint, Fifth Amended Complaint, Order to Show Cause With Temporary Restraining Order Certified November 27, 2012 (Filed Under Seal Pursuant to 15 U.S.C. § 1116), Potter Declaration, First Addona Declaration with Exhibits, Second Addona Declaration with Exhibits, Gerstman Declaration with Exhibits, Rutherfurd Declaration with Exhibits, Sprague Declaration with Exhibits, Teague Declaration to Arvind Shah, Owner, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: Indian, Height: 5'4", Weight: 185, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 29th day of November, 2012 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Joan Krawczak
Process Server

Our Job Serial Number: CSU-2020107676

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.4w

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:12-CV-05354-KAM-RLM

Date Filed: 10/25/2012

CSU2020107679

Plaintiffs:
**INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC**
vs.
Defendants:
**ULTIMATE ONE DISTRIBUTING CORP., et al.,**

For:
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York, NY 10036-6710

Received these papers to be served on **SHAH DISTRIBUTORS, INC., 249-12 JERICHO TURNPIKE, BELLEROSE, NY 11001**.

I, Joan Krawczak, being duly sworn, depose and say that on the **28th day of November, 2012 at 10:00 am, I:**

served the above named CORPORATION by delivering a true copy of the **Complaint, 5th Amended Summons, First Amended Complaint, Second Amended Complaint, Third Amended Complaint, Fourth Amended Complaint, Fifth Amended Complaint, Order to Show Cause With Temporary Restraining Order Certified November 27, 2012, (Filed Under Seal Pursuant to 15 U.S.C. § 1116), Potter Declaration, First Addona Declaration with Exhibits, Second Addona Declaration with Exhibits, Gerstman Declaration with Exhibits, Rutherfurd Declaration with Exhibits, Sprague Declaration with Exhibits, Teague Declaration** with the date and hour of service endorsed thereon by me, to: **Arvind Shah** as **Owner** for **SHAH DISTRIBUTORS, INC.**, at the address of: **47 Roselle Street, Mineola, NY 11501**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: Indian, Height: 5'4", Weight: 185, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 29th day of November, 2012 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Joan Krawczak
Process Server

Our Job Serial Number: CSU-2020107679

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w