UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
INNOVATION VENTURES, LLC and LIVING　　:
ESSENTIALS, LLC, et al.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　12 Civ. 5354 (KAM)
　　　　　　　　　　　Plaintiffs,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　**AFFIDAVIT OF SERVICE**
　　　　　　-against-　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
ULTIMATE ONE DISTRIBUTING CORP.;　　　　:
GULAM NAJIMI, a.k.a. GHULAMALI ALI　　　:
NAJIMI; WALLY NAJIMI, a.k.a. AHMED　　　:
WALLY NAJIMI; EXCEL WHOLESALE　　　　　:
DISTRIBUTORS, INC.; FARID　　　　　　　　:
TURSONZADAH, a.k.a. FARID TURSON;　　　:
CORE-MARK INTERNATIONAL, INC.;　　　　　:
RICHMOND WHOLESALE COMPANY, INC.;　　:
SAQUIB KHAN; CVS CAREMARK CORP.; 7-　　:
ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-　:
ELEVEN STORE # 25449C-2422; 7-ELEVEN　　:
STORE # 11168F-2422; 7-ELEVEN STORE #　　:
11181; 7-ELEVEN STORE # 32760; 7-ELEVEN　:
STORE # 23407; PRESTIGE MOBIL; KAIVAL　:
DELI & CATERING; HEIGHTS DELI AND　　　:
COMPANY; VALERO RETAIL HOLDINGS,　　　:
INC.; NEW ISLAND DELI; NEVINS GOURMET;:
DELTA DISTRIBUTION SERVICES CORP.;　　:
SULAIMAN S. AAMIR; and JOHN DOES 1-10.　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------ x

STATE OF NEW YORK　　　　　　　)
　　　　　　　　　　　　　　　　　　:ss.:
COUNTY OF NEW YORK　　　　　　)

　　　　　Rick Rivero, being duly sworn, deposes and says:

　　　　1.　　I am over 18 years of age, am not a party to the action, and reside in Oceanside, California.

2. On December 3, 2012 at approximately 1:00 PM PST, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Complaint and Amended Complaints 1-6 (with exhibits); signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto; Notice of Deposition; and Expedited Discovery Order by hand, upon the following:

One Stop Label Corporation
1641 South Baker Avenue
Ontario, California 91761

3. Such service was completed by personally delivering true and correct copies of the aforementioned papers to the offices listed above and leaving them with the receptionist named Nadine (or Natalie) who agreed to accept such service.

4. The receptionist can be described as a Hispanic female, 35-40 years of age, with pale skin, a lot of make up, reddish brown hair, and big earrings. She was wearing a black shirt and blue pants. Also present, but seated, was a second Hispanic female, approximately 18-22 years of age, with light brown hair and also wearing a black shirt.

_____
Rick Rivero

Sworn to before me this
___ day of December, 2012

_____See Attached For Notary_____
Notary Public       NK
              12/7/12

# JURAT

STATE OF _____California_____ )
                              ) ss.
COUNTY OF _____San Diego_____

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __December__ (month), __2012__ (year), by __Richard Rivero__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
         Notary Public

NOHA KELLINY
Commission # 1976772
Notary Public - California
San Diego County
My Comm. Expires May 1, 2016

(Seal)

**Description of attached document**

Title or type of document: __Affidavit of Service__

Number of pages: __2__

Document date: __12/07/12__

Signer(s) other than named above: __N/A__

Rev Jan 08