UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC, et al.

                       Plaintiffs,

      -against-

ULTIMATE ONE DISTRIBUTING CORP.;
GULAM NAJIMI, a.k.a. GHULAMALI ALI
NAJIMI; WALLY NAJIMI, a.k.a. AHMED
WALLY NAJIMI; EXCEL WHOLESALE
DISTRIBUTORS, INC.; FARID
TURSONZADAH, a.k.a. FARID TURSON;
CORE-MARK INTERNATIONAL, INC.;
RICHMOND WHOLESALE COMPANY, INC.;
SAQUIB KHAN; CVS CAREMARK CORP.; 7-
ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-
ELEVEN STORE # 25449C-2422; 7-ELEVEN
STORE # 11168F-2422; 7-ELEVEN STORE #
11181; 7-ELEVEN STORE # 32760; 7-ELEVEN
STORE # 23407; PRESTIGE MOBIL; KAIVAL
DELI & CATERING; HEIGHTS DELI AND
COMPANY; VALERO RETAIL HOLDINGS,
INC.; NEW ISLAND DELI; NEVINS GOURMET;
DELTA DISTRIBUTION SERVICES CORP.;
SULAIMAN S. AAMIR; and JOHN DOES 1-10.

                       Defendants.
-------------------------------------------------------------- x

12 Civ. 5354 (KAM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                    :ss.:
COUNTY OF NEW YORK  )

        Rick Rivero, being duly sworn, deposes and says:

1.     I am over 18 years of age, am not a party to the action, and reside in Oceanside, California.

2. On December 3, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Complaint and Amended Complaints 1-6 (with exhibits); signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto; Notice of Deposition; and Expedited Discovery Order by hand, upon the following:

>Leslie Roman
>6450 Cirine Street
>Rancho Cucamonga, CA 91701

3. Such service was completed by personally delivering true and correct copies of the aforementioned papers to Mr. Roman, who agreed to accept such service.

4. Mr. Roman can be described an olive-complected gentleman, approximately 55-60 years of age, 5'9" tall, and heavyset. Mr. Roman was a well-dressed individual, and was very polite. He shook my hand when he opened the door, and said "God Bless" as I was leaving.

*Rick Rivero*

Sworn to before me this
___ day of December, 2012

_See Attached For Notary_
Notary Public
NK
12/07/12

# JURAT

STATE OF _____California_____ )
                                         ) ss.
COUNTY OF _____San Diego_____ )

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __December__ (month), __2012__ (year), by __Richard Rivero__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __Noha Kell...__
             Notary Public

NOHA KELLINY
Commission # 1976772
Notary Public - California
San Diego County
My Comm. Expires May 1, 2016

(Seal)

**Description of attached document**

Title or type of document: __Affidavit of Service__

Number of pages: __2__

Document date: __12/07/12__

Signer(s) other than named above: __N/A__

Rev Jan 08