UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

INNOVATION VENTURES, LLC, ET AL.

                     Plaintiffs,

        -against-

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                     Defendants.
----------------------------------------------------------X

12 Civ. 5354 (KAM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                :ss.:
COUNTY OF NEW YORK  )

Geoffrey Potter, being duly sworn, deposes and says:

       1.     I am over 18 years of age, am not a party to the action, am a member of the law firm Patterson Belknap Webb & Tyler LLP, counsel for the Plaintiffs herein, and am a resident of the State of New York, New York County.

       2.     On the morning of Wednesday, November 28, 2012, I served the Summons in a Civil Case (with Index Number and assigned judge and magistrate indicated thereon); Civil Cover Sheet; Complaint and Amended Complaints 1-5 (with exhibits thereto); signed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (with declarations and exhibits thereto); and Memorandum of Law in Support of Plaintiffs' Order to Show Cause for a Temporary Restraining Order, Asset Freeze Order, Ex Parte Seizure Order, Expedited Discovery, and Preliminary Injunction (with exhibits), by hand, upon the following:

          Trimexico, Inc.
          111 South 4th Street
          El Centro, CA 92443
          and/or
          Trimexico, Inc.
          33300 Van Dyke Avenue
          Sterling Heights, MI 48312

          JT Wholesale, Inc.
          2235 Avenida Costa Este

Suite 200
San Diego, CA 92154

3. Such services were completed by personally delivering true and correct copies of the aforementioned papers to Mr. Justin Shayota, who agreed to accept such service, while at his deposition being conducted at a court reporter's office in Detroit, Michigan.

4. I would describe Mr. Shayota as male of Middle Eastern descent, approximately six feet tall, with short dark hair and a goatee.

_____
Geoffrey Potter

Sworn to before me this
10th day of December, 2012

_____
Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2015