UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

INNOVATION VENTURES, LLC;
LIVING ESSENTIALS, LLC and INTERNATIONAL
IP HOLDINGS, LLC,

                                                                          Case No. 12 Civ.5354 (KAM)

                Plaintiffs,

                                                 **APPEARANCE**

    - against -

ULTIMATE ONE DISTRIBUTING CORP., ET AL.

                Defendants.
-------------------------------------------------------------------

## **APPEARANCE**

TO:     - CLERK OF THE COURT
            - COUNSEL OF RECORD

      PLEASE TAKE NOTICE that Michael J. Barton of the law firm of Plunkett Cooney, is this day entering his Appearance as counsel for Defendants Universal Wholesale, Inc. and Joseph Sevany, Sr., a/k/a Joe Zaitouna.

                                              Respectfully Submitted,

                                              PLUNKETT COONEY

                                              /s/  Michael J. Barton  (P34509)
                                              _____
                                              Michael J. Barton  (P34509)
                                              Attorney for Defendants
                                              Universal Wholesale, Inc. and
                                              Joseph Sevany, Sr., a.k.a. Joe Zaitouna
                                              38505 Woodward Avenue, Ste. 2000
                                              Bloomfield Hills, MI 48304
                                              Telephone:  248-901-4000
                                              Facsimile:  248-901-4040
                                              mbarton@plunkettcooney.com

Dated:  December 10, 2012

## PROOF OF SERVICE

The undersigned certifies that on the 10th day of December, 2012, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| ☐ Hand delivery | ☐ Overnight mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ Email | ☒ Electronic mail |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

/s/  Michael J. Barton  (P34509)
_____
Michael J. Barton  (P34509)
Attorney for Defendants
Universal Wholesale, Inc. and
Joseph Sevany, Sr., a.k.a. Joe Zaitouna
38505 Woodward Avenue, Ste. 2000
Bloomfield Hills, MI 48304
Telephone:  248-901-4000
Facsimile:  248-901-4040
mbarton@plunkettcooney.com

Open.22666.23502.12430501-1