UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X
                                         :
INNOVATION VENTURES, LLC, ET AL.         :
                                         :   12 Civ. 5354 (KAM)
                    Plaintiffs,          :
                                         :
       -against-                         :   **STIPULATION AND ORDER**
                                         :
ULTIMATE ONE DISTRIBUTING CORP., ET      :
AL.                                      :
                                         :
                    Defendants.          :
                                         :
_____ X

     UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC (together, "Plaintiffs"), and counsel for defendant Adriana Shayota ("Adriana"); it hereby is ORDERED as follows:

     WHEREAS, a hearing is currently scheduled for December 12, 2012 in which Adriana has been ordered to show cause before the Court why a preliminary injunction should not be issued against her in the form described in the Court's Order to Show Cause dated November 27, 2012 ("the Order to Show Cause");

     WHEREAS, Plaintiffs and Adriana are engaged in good faith negotiations to stipulate to a preliminary injunction;

     WHEREAS, Plaintiffs and Adriana have agreed to extend the restraints imposed on Adriana by the Order to Show Cause until January 29, 2013;

     WHEREAS, it is desirable to preserve the resources of the Court and the parties, and that such preservation, in light of the parties' good faith belief in their ability to reach a stipulated

5775029v.3

preliminary injunction if the restraints of the Order to Show Cause are extended, constitutes good cause to extend the restraints pursuant to Fed. R. Civ. P. 65(b)(2);

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' papers in reply to Adriana shall be filed with the Court on or before 12:00 pm on January 23, 2013;

2. The Show Cause hearing between Plaintiffs and Adriana, currently scheduled for December 12, 2012 is adjourned until January 29, 2013 at 2:00 pm.

3. The restraints imposed on Adriana by the Order to Show Cause dated November 27, 2012, are extended until January 29, 2013.

Dated: December 10, 2012

**CONSENTED AND AGREED TO BY:**

| PATTERSON BELKNAP WEBB & TYLER LLP | SELTZER CAPLAN MCMAHON VITEK |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Adriana Shayota* |
| ___/s/ Geoffrey Potter_____ | ___/s/ David M. Greeley_____ |
| Geoffrey Potter | David M. Greeley |
| gpotter@pbwt.com | 750 B Street, Suite 2100 |
| Christos Yatrakis | San Diego, CA 92101 |
| cyatrakis@pbwt.com | Tel: 619-685-3150 |
| Michelle W. Cohen | Fax: 619-702-6893 |
| mcohen@pbwt.com | greeley@scmv.com |
| Jeremy A. Weinberg | |
| jweinberg@pbwt.com | |
| 1133 Avenue of the Americas | |
| New York, New York 10036 | |
| (212) 336-2000 | |
| Attorneys for Plaintiffs | |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5775029v.3