IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC; et al.<br><br>　　　　　　　　Plaintiffs,<br>v.<br>ULTIMATE ONE DISTRIBUTING CORP; et al.<br><br>　　　　　　　　Defendants. | Case No. 12 Civ. 5354 (KAM) |

**JOINT STIPULATION AND ORDER EXTENDING THE DEADLINE FOR RICHMOND WHOLESALE COMPANY, INC. AND SAQUIB KAHN TO FILE ANSWERING PAPERS**

　　　　Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International; IP Holdings, LLC (together, "Plaintiffs") and defendants, Richmond Wholesale Company, Inc. and Saquib Kahn, by and through their undersigned counsel, hereby stipulate to an extension of time for Richmond Wholesale Company, Inc. and Saquib Kahn to file answering papers, and, in turn, for plaintiffs to file reply papers, in the above-captioned matter.

　　　　WHEREFORE, the parties agree, subject to the approval of the court, that the deadline for Richmond Wholesale Company, Inc. and Saquib Kahn to file answering papers is extended to 12:00 PM on January 11, 2013, and the deadline for plaintiffs to file reply papers is extended to 12:00 PM on January 16, 2013.

FURTHERMORE, the parties agree, subject to the approval of the court, that the time for Richmond Wholesale Company, Inc. and Saquib Kahn to answer, move, or otherwise respond with respect to the Sixth Amended Complaint in this action is extended to January 11, 2013.

IT IS SO ORDERED this 17th day of December 2012;

_____
Honorable Kiyo A. Matsumoto
United States District Court Judge

SO STIPULATED this 17th day of December, 2012

| PATTERSON BELKNAP WEBB & TYLER, LLP | CALLAN, KOSTER, BRADY & BRENNAN, LLP |
|---|---|
| Attorneys for plaintiffs Innovation Ventures, LLC And Living Essentials, LLC | Attorneys for Richmond Wholesale Company, Inc. and Saquib Kahn |
| Geoffrey Potter<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Tel: 212-336-2000<br>Fax: 212-336-2222<br>gpotter@pbwtc.om | Warren S. Koster<br>One Whitehall Street, 10th Floor<br>New York, NY 10004<br>Tel: 212-248-8800<br>Fax: 212-248-6815<br>wkoster@ckbblaw.com |