# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 17, 2012

**By ECF**

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax  (212) 336-7906
gpotter@pbwt.com

Hon. Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Innovation Ventures, LLC and Living Essentials, LLC v. Ultimate One Distributing Corp., et al., 12 Civ. 5354

Dear Judge Matsumoto:

      I write on behalf of Plaintiffs (collectively "Living Essentials") and Defendant Quality King Distributors ("QKD") in this matter. Pursuant to the Court's orders dated November 19, 2012, December 3, 2012, and December 10, 2012, Living Essentials and QKD have been negotiating in good faith the terms of a preliminary injunction. Counsel for Living Essentials and QKD have reached an agreement-in-principle and are awaiting final approval from their respective clients.

      To allow the parties time to finalize the details of this agreement, Living Essentials and QKD jointly request that the TRO be extended against QKD until Wednesday, December 26, 2012.

      Respectfully submitted,

      Geoffrey Potter

cc:    Counsel for Defendants (via ECF)

5755780v.3