UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
INNOVATION VENTURES, LLC; LIVING :
ESSENTIALS, LLC; and INTERNATIONAL IP : 12 Civ. 5354 (KAM)
HOLDINGS, LLC, :
: **STIPULATION AND ORDER**
Plaintiffs, :
:
-against- :
:
ULTIMATE ONE DISTRIBUTING CORP., ET :
AL. :
:
Defendants. :
------------------------------------------------------------ X

Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC and Defendants Food Distributors International, Inc. ("FDI") and Scott Tilbrook, by and through their undersigned counsel, having stipulated to the extension of time for FDI and Mr. Tilbrook to answer or otherwise respond to Plaintiffs' Sixth Amended Complaint, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants Food Distributors International, Inc. and Scott Tilbrook shall answer or otherwise respond to the Sixth Amended Complaint on or before January 15, 2013.

Dated: December 18, 2012

**CONSENTED AND AGREED TO BY:**

| PATTERSON BELKNAP WEBB & TYLER LLP | GOODMAN & SAPERSTEIN |
|---|---|
| By: _[signature]_<br>Geoffrey Potter<br>gpotter@pbwt.com<br>Michelle Waller Cohen<br>mcohen@pbwt.com | By: _[signature]_<br>Stanley R. Goodman<br>gsesq600@aol.com<br>100 Garden City Plaza, Suite 412-B<br>Garden City, NY 11530 |

5809884v.1

| | |
|---|---|
| Christos G. Yatrakis<br>cyatrakis@pbwt.com<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>Attorneys for Plaintiffs | (516) 227-2100<br>Attorneys for Food Distributors International, Inc. and Scott Tilbrook |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE