UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INNOVATIVE VENTURES, LLC,
LIVING ESSENTIALS, LLC and
INTERNATIONAL IP HOLDINGS LLC,

                Plaintiffs,

-against-

ULTIMATE ONE DISTRIBUTING CORP., *et al.*,

                Defendants.

12 Civ. 5354 (KAM)(RLM)

**STIPULATION**

    **IT IS STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC and International IP Holdings, LLC (collectively, "Plaintiffs") and Defendants Steerforth Trading, Inc. and Isaac Anzaroot (collectively, "Steerforth Defendants"), that the time within which the Steerforth Defendants have to answer, move or otherwise respond to Plaintiffs' Sixth Amended Complaint is hereby extended and enlarged through the 18th day of February, 2013. No prior requests for such an extension has heretofore been made.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed by facsimile signatures and in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute a single and binding instrument, and may be filed with the Clerk of the Court herein.

Dated: December 18, 2012

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
    Michelle W. Cohen
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
*Attorneys for Plaintiffs*

GOLDBERG, CORWIN & GREENBERG, LLP

By: _____
    Zachary S. Goldberg, Esq.
331 Madison Avenue, 15th Floor
New York, New York 10017
(212) 986-1000
*Attorneys for Defendants,*
*Steerforth Trading, Inc. and Isaac Anzaroot*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2012, the attached Stipulation was filed electronically in this action through the CM/ECF system of the within Court, which will send notice to the registered participants in this action.

_____
Zachary S. Goldberg