UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.<br><br>Plaintiffs,<br>v.<br><br>ULTIMATE ONE DISTRIBUTING CORP., et al.,<br><br>Defendants. | Case No. 1:12-CV-5354 (KAM) (RLM)<br><br>**\*\*ELECTRONICALLY FILED\*\***<br><br>**NOTICE OF APPEARANCE<br>OF DANIEL J. DIMURO** |

Please take notice that Daniel J. DiMuro of Gordon & Rees LLP hereby enters an appearance on behalf of Defendant Naftaunited.com in the above captioned matter.

 

GORDON & REES LLP

By: /s/ *Daniel J. DiMuro*

Attorneys for Defendants,
Naftaunited.com, MCR Innovations and
Packaging, Inc., MCR Printing and
Packaging Corp., Mario Ramirez and
Camilo Ramirez
**Gordon & Rees LLP**
1040 Avenue of Americas, 23rd Floor
New York, NY 10018
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
e-mail: ddimuro@gordonrees.com

Dated: January 3, 2013