UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.<br><br>　　　　　　Plaintiffs,<br>　　　　v.<br><br>ULTIMATE ONE DISTRIBUTING CORP., et al.,<br><br>　　　　　　Defendants. | Case No. 1:12-CV-5354 (KAM) (RLM)<br><br>***ELECTRONICALLY FILED***<br><br>**NOTICE OF APPEARANCE<br>OF RONALD A. GILLER** |

Please take notice that Ronald A. Giller of Gordon & Rees LLP hereby enters an appearance on behalf of Defendant Naftaunited.com in the above captioned matter.

　　　　　　　　　　　　　　　　　　GORDON & REES LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Ronald A. Giller*

　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　Naftaunited.com, MCR Innovations and
　　　　　　　　　　　　　　　　　　Packaging, Inc., MCR Printing and
　　　　　　　　　　　　　　　　　　Packaging Corp., Mario Ramirez and
　　　　　　　　　　　　　　　　　　Camilo Ramirez
　　　　　　　　　　　　　　　　　　**Gordon & Rees LLP**
　　　　　　　　　　　　　　　　　　1040 Avenue of Americas, 23rd Floor
　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　Telephone: (212) 269-5500
　　　　　　　　　　　　　　　　　　Facsimile: (212) 269-5505
　　　　　　　　　　　　　　　　　　e-mail: ddimuro@gordonrees.com

Dated: January 3, 2013