## Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 9, 2013

**By ECF**

Hon. Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

Re:    **Innovation Ventures, et al. v. Ultimate One Distributing Corp., et al., 12 Civ. 5354**

Dear Judge Matsumoto:

        I write on behalf of the plaintiffs in this matter (collectively "Living Essentials") to follow up my letter of earlier today regarding the Stipulated Preliminary Injunction between Living Essentials and Defendant Walid Jamil.  At the time of my earlier writing, I was not aware that the Court had in fact So Ordered the Stipulated Preliminary Injunction as contemplated in my earlier letter on December 11, 2012.  As such, Living Essentials withdraws its earlier request. I apologize for any inconvenience this has caused the Court.

Respectfully submitted,

Geoffrey Potter

cc:    Anthony Paesano, Esq.
       Brian Akkashian, Esq.