**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

INNOVATION VENTURES, LLC; LIVING ESSENTIALS, LLC; and INTERNATIONAL IP HOLDINGS, LLC,

                             Plaintiffs,

           v.

ULTIMATE ONE DISTRIBUTING CORP.; GULAM NAJIMI, a.k.a. GHULAMALI ALI NAJIMI; WALLY NAJIMI, a.k.a. AHMED WALLY NAJIMI; EXCELWHOLESALE DISTRIBUTORS, INC.; FARID TURSONZADAH, a.k.a. FARID TURSON; CORE-MARK INTERNATIONAL, INC.; RICHMOND WHOLESALE COMPANY, INC.; SAQUIB KHAN; CVS CAREMARK CORP.; 7-ELEVEN STORE # 11152; 7-ELEVEN STORE # 25449C-2422; 7-ELEVEN STORE # 11168F-2422; 7-ELEVEN STORE # 11181; 7-ELEVEN STORE # 32760; 7-ELEVEN STORE # 23407; PRESTIGE MOBIL; KAIVAL DELI & CATERING; HEIGHTS DELI AND COMPANY; VALERO RETAIL HOLDINGS, INC.; NEW ISLAND DELI; NEVINS GOURMET; DELTA DISTRIBUTION SERVICES CORP.; SULAIMAN S. AAMIR; BROTHERS TRADING CO., INC. d/b/a VICTORY WHOLESALE GROCERS; QUALITY KING DISTRIBUTORS, INC.; BASELINE DISTRIBUTION, INC.; DAVID FLOOD; MIDWEST WHOLESALE DISTRIBUTORS; JUSTIN SHAYOTA; MOA TRADING, INC.; DAVID K. LEE; CAPITAL SALES COMPANY; WALID JAMIL, a.k.a. WALLY JAMIL; PRICE MASTER CORP.; ABDUL SATAR NAJIMI; FOOD DISTRIBUTORS INTERNATIONAL, INC.; SCOTT TILBROOK; ELEGANT TRADING, INC.; AHMED BHIMANI; EMPIRE TRADE WHOLESALE CORP.; TOP CHOICE TRADING USA, INC.; UNIVERSAL WHOLESALE, INC.; JOSEPH SEVANY, SR. a.k.a. JOE ZAITOUNA; BAJA EXPORTING, LLC; JOSEPH SHAYOTA; TRADEWAY INTERNATIONAL, INC. d/b/a BAJA EXPORTING; PURITY WHOLESALE GROCERS, INC.; SHAH DISTRIBUTORS, INC.; ARVIND SHAH; STEERFORTH TRADING, INC., a.k.a. STEER FORTH TRADING, INC.; ISAAC ANZAROOT; JT WHOLESALE, INC.; MCR INNOVATIONS AND PACKAGING, INC.; MCR PRINTING AND PACKAGING CORP.; RAID JAMIL, a.k.a. BRIAN JAMIL; MARIO RAMIREZ; CAMILO RAMIREZ; TRIMEXICO INC.; ADRIANA SHAYOTA; ONE STOP LABEL CORPORATION;

Case No. 12 Civ. 5354 (KAM) (RLM)

**DEFENDANT CVS PHARMACY, INC.'S ANSWER TO THE SEVENTH AMENDED COMPLAINT**

LESLIE ROMAN; FLEXOPACK; DONNA ROMAN;
NAFTAUNITED.COM; JUAN ROMERO GUTIERREZ a.k.a.
JUAN ROMERO; ADVANCED NUTRACEUTICAL
MANUFACTURING LLC; NUTRITION PRIVATE LABEL,
INC.; AKSHAR SERVICES LLC, a.k.a. PERFUME SHOWER;
MIKE WHOLESALE, a.k.a.MIKES-WHOLESALE.COM; and
JOHN DOES 1-10,

                                    Defendants.

Defendant CVS Pharmacy, Inc. ("CVS"), erroneously sued as CVS Caremark

Corporation, by and through their undersigned counsel, hereby answers the Seventh Amended

Complaint (the "Complaint") of plaintiffs Innovation Ventures, LLC; Living Essentials, LLC;

and International IP Holdings, LLC (collectively, "Plaintiffs") as follows.  The numbered

paragraphs below correspond to the numbered paragraphs of the Complaint.  This Answer is

based upon CVS's knowledge as to its own activities, and upon information and belief as to the

activities of others.  Unless expressly admitted, all allegations in the Complaint are hereby

denied.

### THE NATURE OF THE ACTION

1.      CVS lacks knowledge or information sufficient to form a belief as to the truth of

the allegations set forth in this paragraph, and therefore denies same.

2.      CVS lacks knowledge or information sufficient to form a belief as to the truth of

the allegations set forth in this paragraph, and therefore denies same.

3.      CVS lacks knowledge or information sufficient to form a belief as to the truth of

the allegations set forth in this paragraph, and therefore denies same.

4.      CVS admits that Plaintiffs purport to bring this action under Sections 32 and 43 of

the Lanham Act (15 U.S.C. §§ 1114 and 1125), Sections 349 and 360-1 of the New York

General Business Law, the Copyright Act of 1976 (17 U.S.C. § 106), and common law; that

Plaintiffs purport to assert claims of direct and contributory trademark infringement and dilution, false description and false designation of origin; unjust enrichment and unfair competition; and that Plaintiffs purport to seek injunctive and monetary relief. CVS lacks knowledge or information sufficient to form a belief as to the truth of all other allegations set forth in this paragraph, and therefore denies same.

5. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

6. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

7. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

8. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

9. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

10. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

**THE PARTIES**

**Plaintiffs**

11. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

12. CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

13.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

14.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

15.     This paragraph sets forth an internal definition, to which no response is required.

**Previously Named Defendants**

16.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

17.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

18.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

19.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

20.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

21.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

22.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

23.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

24.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

25.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

26.     CVS admits the first sentence of this paragraph.  CVS denies all allegations set forth in the second sentence of this paragraph.

27.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

28.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

29.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

30.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

31.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

32.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

33.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

34.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

35.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

36.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

37.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

38.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

39.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

40.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

41.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

42.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

43.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

44.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

45.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

46.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

47.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

48.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

49.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

50.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

51.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

52.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

53.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

54.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

55.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

56.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

57.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

58.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

59.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

60.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

61.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

62.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

63.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

64.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

65.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

66.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

67.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

68.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

69.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

70.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

71.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

72.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

73.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

74.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

75.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

76.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

77.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

78.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

79.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

80.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

**Defendants Newly Named in the Seventh Amended Complaint**

81.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

82.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

83.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

84.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

85.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

86.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

87.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

88.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

### JURISDICTION AND VENUE

89.     This paragraph states legal conclusions to which no response is required.

90.     This paragraph states legal conclusions to which no response is required.

91.     This paragraph states legal conclusions to which no response is required.

## FACTUAL ALLEGATIONS

92.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

93.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

94.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

95.     Admitted.

96.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

97.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

98.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

99.     CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

100.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

101.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

102.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

103.    This paragraph states legal conclusions to which no response is required.  To the extent that a response is required, CVS denies all allegations set forth in this paragraph.

104.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

105.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

106.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

107.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

108.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

109.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

110.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

111.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

112.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

113.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

114.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

115.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

116.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

117.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

118.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

119.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

120.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

121.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

122.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

123.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

124.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

125.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

126.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

127.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

128.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

129.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

130.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

131.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

132.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

133.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

134.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

135.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

136.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

137.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

138.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

139.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

140.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

141.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

142.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

143.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

144.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

145.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

146.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

147.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

148.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

149.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

150.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

151.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

152.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

153.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

154.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

155.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

156.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

157.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

158.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

159.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

160.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

161.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

162.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

163.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

164.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

165.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

166.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

167.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

168.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

169.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

170.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

171.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

172.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

173.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

174.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

175.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

176.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

177.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

178.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

179.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

180.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

181.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

182.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

183.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

184.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

185.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

186.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

187.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

188.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

189.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

190.   Denied.

191.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

192.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

193.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

194.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

195.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

196.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

197.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

198.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

199.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

200.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

201.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

202.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

203.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

204.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

205.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

206.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

207.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

208.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

209.   Denied.

210.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

211.   Denied.

212.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

213.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

214.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

215.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

216.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

217.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

218.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

219.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

220.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

221.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

222.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

223.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

224.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

225.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

226.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

227.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

228.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

229.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

230.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

231.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

232.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

233.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

234.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

235.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

236.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

237.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

238.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

239.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

240.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

241.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

242.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

243.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

244.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

245.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

246.   CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

247.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

248.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

249.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

250.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

251.    CVS lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and therefore denies same.

## FIRST CLAIM FOR RELIEF
## FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1)(a))

252.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

253.    Denied.

254.    Denied.

255.    Denied.

256.    Denied.

257.    Denied.

## SECOND CLAIM FOR RELIEF
## FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1)(b))

258.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

259.    Denied.

260.    Denied.

261.    Denied.

262.   Denied.

263.   Denied.

## THIRD CLAIM FOR RELIEF
## CONTRIBUTORY TRADEMARK INFRINGEMENT

264.   CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

265.   Denied.

266.   Denied.

267.   Denied.

268.   Denied.

269.   Denied.

270.   Denied.

271.   Denied.

## FOURTH CLAIM FOR RELIEF
## FALSE DESCRIPTION AND DESIGNATION OF ORIGIN IN COMMERCE

272.   CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

273.   Denied.

274.   Denied.

275.   Denied.

276.   Denied.

277.   Denied.

## FIFTH CLAIM FOR RELIEF
## FEDERAL FALSE ADVERTISING

278.   CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

279.   Denied.

280.   Denied.

281.    Denied.

282.    Denied.

283.    Denied.

284.    Denied.

## SIXTH CLAIM FOR RELIEF
## FEDERAL DILUTION OF MARK

285.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

286.    Denied.

287.    Denied.

288.    Denied.

289.    Denied.

290.    Denied.

291.    Denied.

292.    Denied.

## SEVENTH CLAIM FOR RELIEF
## FEDERAL COPYRIGHT INFRINGEMENT

293.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

294.    Denied.

295.    Denied.

296.    Denied.

297.    Denied.

298.    Denied.

299.    Denied.

300.    Denied.

301.    Denied.

## EIGHTH CLAIM FOR RELIEF
## NEW YORK DILUTION OF MARK AND INJURY TO BUSINESS REPUTATION

302.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

303.    Denied.

304.    Denied.

305.    Denied.

306.    Denied.

307.    Denied.

308.    Denied.

## NINTH CLAIM FOR RELIEF
## NEW YORK DECEPTIVE BUSINESS PRACTICES

309.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

310.    Denied.

311.    Denied.

312.    Denied.

313.    Denied.

314.    Denied.

## TENTH CLAIM FOR RELIEF
## COMMON LAW UNFAIR COMPETITION

315.    CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

316.    Denied.

317.    Denied.

318.    Denied.

319.    Denied.

**ELEVENTH CLAIM FOR RELIEF**
**COMMON LAW UNJUST ENRICHMENT**

320.   CVS hereby incorporates by reference its responses to paragraphs 1 through 251.

321.   Denied.

322.   Denied.

**AFFIRMATIVE DEFENSES**

323.   Plaintiffs have failed to state a claim upon which relief may be granted.

324.   Plaintiffs' claims should be dismissed because United States Trademark Registrations Nos. 3,003,077; 4,004,225; 4,104,670; 4,116,951; 3,698,044; and 4,120,360 are invalid.

**PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, CVS respectfully requests that each prayer for relief sought by Plaintiffs be denied, that the Complaint be dismissed with prejudice, and that this Court enter judgment on its behalf and award CVS its costs, attorneys' fees, and such other and further relief as this Court deems just and proper.

Dated:   January 11, 2013          Respectfully submitted,
         New York, New York
                                   KENYON & KENYON LLP

                                   *Attorneys for Defendant CVS Pharmacy, Inc.,*
                                   *erroneously sued as CVS Caremark Corp.*

                                   By: _____
                                        Howard J. Shire (HS8892)
                                        Natasha Sardesai-Grant (NS4331)
                                        One Broadway
                                        New York, New York 10004
                                        Tel: 212-425-7200
                                        Fax: 212-425-5288