UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Innovation Ventures, LLC and
Living Essentials, LLC, et al,

v.

Case#: **1:12-CV-05354**
(KAM) (RLM)

Ultimate One Distributing
Corp., et al,

### AFFIDAVIT OF SERVICE
DEFENDANT: Mike Wholesale

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process / assignment on 12-28-12, and that I personally served the following: AMENDED SUMMONS IN A CIVIL ACTION (with ATTACHED RIDER/NAMES AND ADDRESSES OF DEFENDANTS); ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (dated: 12-28-12@ 9:16am); 7th AMENDED COMPLAINT; DECLARATION OF GEOFFREY POTTER; in regards to the above case, upon:

# MIKE WHOLESALE

c/o: *MAHER MAKOOL, Auth Agent/manager, personally, by identifying him then handing him the papers*

Sex: __M__   Age: __50's__   Race: __W/Arab__
as follows:

**Complete Address of Service**

**50586 Pontiac Trail, Ste XC 16**

**Wixom, Michigan 48393**

Oakland County, Michigan.

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

**Day, Date, Time of Service**

Sat.   DEC 2 9 2012   @ 10:11am

_____
Gina Sharbowski
Process Server

Subscribed and sworn to
before me on __JAN 0 3 2013__.

_____

ERIK SALMONS
NOTARY PUBLIC – MICHIGAN
MACOMB COUNTY
ACTING IN THE COUNTY OF _____
MY COMMISSION EXPIRES SEPT. 29, 2014