UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
INNOVATION VENTURES, LLC, et al.,

                        Plaintiffs,

      -against-                             **CERTIFICATE OF SERVICE**

ULTIMATE ONE DISTRIBUTING CORP., et al.,    Index No. 12 Civ. 5354 (KAM)

                        Defendants.
---------------------------------------------------------------- x

      ALEXANDER MICHAELS, pursuant to 28 U.S.C. 1746, under penalty of perjury, certifies that on the 17th day of January, 2013, I served the **STIPULATION AND ORDER: STIPULATION [338] re. Stipulation [319], Order to Show Cause [290], Extending the Temporary Restraining Order Against Juan Romero Gutierrez and the Deadline for Juan Romero Gutierrez to File Opposition Papers With Respect to Plaintiffs' Motion for Preliminary Injunction** upon the defendant via electronic mail at the address below:

**Juan Romero Gutierrez, Nutrition Private Label, Inc., and Advanced Nutraceutical Manufacturing, LLC**
sml@eclipsegrp.com

                                                     ALEXANDER MICHAELS

5742212v.1