UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

INNOVATION VENTURES, LLC; LIVING
ESSENTIALS, LLC; and INTERNATIONAL
IP HOLDINGS, LLC,

                                                   *Plaintiff(s)*

                    against

ULTIMATE ONE DISTRIBUTION CORP.,
7-ELEVEN STORE NO.25449C-2422, et al.,

                                                  *Defendant(s)*
————————————————————————x

12 Civ.5354(KAM)

*Notice of Appearance*

SIR

      ***Please Take Notice,*** *That the defendant,* 7-ELEVEN STORE NO. 25449C-2422, hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney for said Defendant(s) and demand(s) that all papers including the Complaint in this action be served upon the undersigned at the office and post office address stated below.

*Dated: January 28, 2013*

                                                   *Yours, etc.*

                                                 ARNOLD J. HAUPTMAN, P.C.

To   Patterson, Belknap, Webb, & Tyler, LLP     ARNOLD J. HAUPTMAN, ESQ.
       1133 Avenue of the Americas                    Attorney for Defendant, 7-Eleven
       New York, NY 10036-6710                          Store No.25449C-2422
                                                        Office and Post Office Address
       Clerk of the Court                                   686 Broadway
       United States District Court                       Massapequa, New York 11758
       Eastern District of New York                   (516) 541-7200