UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INNOVATION VENTURES, LLC, et al.,          12 Civ. 5354 (KAM)(RLM)

                      Plaintiffs,          RULE 7.1 STATEMENT

       -against-


ULTIMATE ONE DISTRIBUTING CORP., et al.,

                      Defendants.

-----------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SCOTT TILBROOK and FOOD DISTRIBUTORS INTERNATIONAL, INC. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: January 30, 2013                                      /Stanley R. Goodman/
                                                                     Attorney Bar Code-SG-2500