UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL IP
HOLDINGS, LLC,

                Plaintiffs,

    v.

ULTIMATE ONE DISTRIBUTING CORP.,
ET AL.,

                Defendants.
------------------------------------------------------------x

**ADMISSION TO PRACTICE**
*PRO HAC VICE*

12 Civ. 5354 (KAM)

The motion for admission to practice *pro hac vice* in the above-captioned matter is *on consent* granted. The admitted attorney Stephen M. Lobbin is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants Juan Romero Gutierrez, Advanced Nutraceutical Mfg. LLC and Nutrition Private Label, Inc.

**SO ORDERED:**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 2/5/13

Dated: _____

_____
United States District Judge