UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al., | Civil Action No.: 12 Civ. 5354 (KAM) |
| Plaintiffs, | |
| vs. | (Filed Electronically) |
| ULTIMATE ONE DISTRIBUTING CORP. et al., | RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NAFTAUNITED.COM |
| Defendants. | |

Defendant Naftaunited.com, by its attorneys, Gordon & Rees LLP, submits the following disclosure statement pursuant to FED. R. CIV. P. 7.1:

1. Naftaunited.com has no parent company.

2. No publicly held corporation owns 10% or more of Naftaunited.com's stock.

Dated: New York, New York
February 14, 2013

/s/ Daniel J. DiMuro
Ronald A. Giller
Daniel J. DiMuro
GORDON & REES LLP
Attorneys for Defendants,
MCR Innovations and Packaging, Inc.,
MCR Printing and Packaging Corp.,
Mario Ramirez, Camilo Ramirez, and
Naftaunited.com
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 269-5500