**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,

                        Plaintiffs,

        -against-

ULTIMATE ONE DISTRIBUTING CORP.; GULAM NAJIMI, a.k.a. GHULAMALI ALI NAJIMI; WALLY NAJIMI, a.k.a. AHMED WALLY NAJIMI; EXCEL WHOLESALE DISTRIBUTORS, INC.; FARID TURSONZADAH, a.k.a. FARID TURSON; CORE-MARK INTERNATION, INC.; RICHMOND WHOLESALE COMPANY, INC.; SAQUIB KHAN; CVS CAREMARK CORP.; 7-ELEVEN, INC.; 7-ELEVEN STORE # 11152; 7-ELEVEN STORE #25449C-2422; 7- ELEVEN STORE # 11168F-2422; 7-ELEVEN STORE # 11181; 7-ELEVEN STORE # 32760; 7-ELEVEN STORE # 23407; PRESTIGE MOBIL; KAIVAL DELI & CATERING; HEIGHTS DELI AND COMPANY; VALERO RETAIL HOLDINGS, INC.; NEW ISLAND DELI; NEVINS COURMET; DELTA DISTRIBUTION SERVICES CORP.; SULAIMAN S. AAMIR; BROTHERS TRADING CO., INC. D/B/A VICTORY WHOLESALE CROCERS; QUALITY KING DISTRIBUTORS, INC.; BASELINE DISTRIBUTION, INC.; DAVID FLOOD; MIDWEST WHOLESALE DISTRIBUTORS; JUSTIN SHAYOTA; MOA TRADING INC.; DAVID K. LEE; CAPITAL SALES COMPANY; WALID JAMIL, a.k.a. WALLY JAMIL; PRICE MASTER CORP.; ABDUL SATAR NAJIMI; FOOD DISTRIBUTORS INTERNATIONAL, INC.; SCOTT TILBROOK; ELEGANT TRADING, INC.; AHMED BHIMANI; EMPIRE TRADE WHOLESALE CORP.; TOP CHOICE TRADING USA, INC.; UNIVERSAL WHOLESALE, INC.; JOSEPH SEVANY, SR. a.k.a. JOE ZAITOUNA; BAJA EXPORTING, LLC; JOSEPH SHAYOTA; and JOHN DOES 1 -10,

                        12 Civ. 5354 (KAM)

                        **NOTICE OF APPEARANCE**

Defendants.

**APPEARANCE**

      Please enter the Appearance of Richard Apkarian, Jr. of Paesano Akkashian, PC as Counsel for Defendants, Walid Jamil, Midwest Wholesale Distributors, Justin Shayota, Raid Jamil, JT Wholesale, Inc. and Trimexico, Inc., Inc. in the above matter.

      Respectfully Submitted,

      PAESANO AKKASHIAN, PC

      */s/Richard M. Apkarian, Jr.*
      Richard M. Apkarian, Jr. (P66206)
      Brian M. Akkashian (P55544)
      Anthony R. Paesano (P60173)
      Counsel for Defendants Walid Jamil, Midwest
      Wholesale Distributors, Justin Shayota, Raid Jamil,
      JT Wholesale, Inc. and Trimexico, Inc.
      132 N. Old Woodward Avenue
      Birmingham, MI  48009
      248-792-6886

Dated:  February 14, 2013