UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL IP  :  12 Civ. 5354 (KAM)(RLM)
HOLDINGS, LLC

**STIPULATION AND ORDER**

Plaintiffs,

-against-

ULTIMATE ONE DISTRIBUTING CORP., ET
AL.

Defendants.

------------------------------------------------------------ X

Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC, and Defendants Tradeway International, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Defendants"), by and through their undersigned counsel, having stipulated to the extension of time for the Baja Defendants to answer or otherwise respond to Plaintiffs' Seventh Amended Complaint, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Baja Defendants shall answer or otherwise respond to the Seventh Amended Complaint on or before May 28, 2013. *They are, however, required to appear for the March 4, 2013 initial conference.*

Dated: February 20, 2013

SO ORDERED:
/s/
*Roanne L. Mann*
U.S. Magistrate Judge
Dated: 2/21/13

5956223v.1

**CONSENTED AND AGREED TO BY:**

PATTERSON BELKNAP WEBB & TYLER LLP                SELTZER CAPLAN MCMAHON VITEK

By: /s/ Geoffrey Potter                                        By: /s/ David Greeley
    Geoffrey Potter                                              David Greeley
    gpotter@pbwt.com                                       greeley@scmv.com
    Michelle W. Cohen                                       James R. Thompson
    mcohen@pbwt.com                                       thompson@scmv.com
1133 Avenue of the Americas                              750 B Street, Suite 2100
New York, New York 10036                               San Diego, California 92101
(212) 336-2000                                                   (619) 685-3003

*Attorneys for Plaintiffs*                                       *Attorneys for the Baja Defendants*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

- 2 -

5956223v.1