UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                        Plaintiffs,

v.

ULTIMATE ONE DISTRIBUTING CORP., ET AL.,

                        Defendants.
---------------------------------------------------------------------x

Civil Action No. 12
Civ. 5354 (KAM)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC, (together, "Plaintiffs"), and counsel for Defendant Valero Retail Holdings, Inc. ("Valero"), that the time for Valero to answer, move or otherwise respond with respect to the Seventh Amended Complaint in this action is extended until March 15, 2013.  Valero and the Plaintiffs previously agreed to and the Court granted an extension of the time to answer the Seventh Amended Complaint until March 8, 2013.

      IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, each of which shall be deemed an original, and a facsimile or PDF copy of the signatures of respective counsel hereon shall be deemed as fully binding as original signatures for all purposes.

Dated: February 28, 2013

/s/ _Geoffrey Potter by AGC_
By: Geoffrey Potter
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2050
*Attorneys for Plaintiffs*

Dated: February 28, 2013

_Hara Jacobs / SSW_
By: Hara K. Jacobs
BALLARD SPAHR LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8209
*Attorneys for Defendant Valero Retail Holdings, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE