UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> ULTIMATE ONE DISTRIBUTING CORP., ET AL., <br><br> Defendants. | 12 Civ. 5354 (KAM) <br><br> **STIPULATION AND ORDER** |

Midwest Wholesale Distributors, Inc., Walid Jamil, and Justin Shayota (collectively, the "Midwest Defendants"), on the one hand, and Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Exporting Defendants"), on the other, by and through their undersigned counsel, having stipulated to the extension of time for the Baja Exporting Defendants to answer or otherwise respond to the Midwest Defendants' Cross-Claim;

IT IS HEREBY ORDERED that the Baja Exporting Defendants shall answer or otherwise respond to the Midwest Defendants' Cross-Claim on or before May 28, 2013.

| | |
|---|---|
| Dated: March 1, 2013 | Dated: March 1, 2013 |
| /s/  Richard Apkarian | /s/  James R. Thompson |
| By:  Brian M. Akkashian <br> Anthony R. Paesano <br> Richard Apkarian, Jr. <br> Paesano Akkashian <br> 132 N Old Woodward Ave <br> Birmingham, MI 48009 <br> T: 248-792-6886 / F: 248-792-6885 <br> rapkarian@paesanoakkashian.com <br> Attorneys for Midwest Wholesale Distributors, Inc., Walid Jamil, and Justin Shayota | By: James R. Thompson <br> Seltzer Caplan McMahon Vitek <br> 750 B Street, Suite 2100 <br> San Diego, California  92101 <br> **thompson@scmv.com** <br> T: (619) 685-3003 / F: (619) 685-3100 <br> Attorneys for Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota |

SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via the Court's Electronic Case Filing System.

Dated: San Diego, California
       March 1, 2013

/s/ James R. Thompson
James R. Thompson
SELTZER CAPLAN MCMAHON VITEK
Attorneys for Defendants Joseph Shayota, Adriana Shayota and Tradeway Int'l, Inc. dba Baja Exporting
750 "B" Street, Suite 2100
San Diego, California 92101
(619) 685-3003