UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————— X
                                                                  :
INNOVATION VENTURES, LLC, LIVING           :
ESSENTIALS, LLC, and INTERNATIONAL IP    :    12 Civ. 5354 (KAM)(RLM)
HOLDINGS, LLC                                              :
                                                                  :    **VOLUNTARY DISMISSAL**
                          Plaintiffs,                      :    **WITHOUT PREJUDICE**
                                                                  :
              -against-                                   :
                                                                  :
ULTIMATE ONE DISTRIBUTING CORP., ET :
AL.                                                            :
                                                                  :
                          Defendants.                  :
——————————————————————— X

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC request that the Court dismiss their Second Claim for Relief (Federal Trademark Infringement under 15 U.S.C. § 1114(b)(1)), as alleged in the Seventh Amendment Complaint, against Defendant Core-Mark International, Inc., without prejudice.

Dated: March 14, 2013

                            PATTERSON BELKNAP WEBB & TYLER LLP

                            By: _____
                               Geoffrey Potter
                               gpotter@pbwt.com
                               Michelle W. Cohen
                               mcohen@pbwt.com
                               Christos G. Yatrakis
                               cyatrakis@pbwt.com

                               1133 Avenue of the Americas
                               New York, New York 10036
                               (212) 336-2000

6018747v.1

*Attorneys for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC*

SO ORDERED,
March ___, 2013

_____
The Honorable Kiyo A. Matsumoto
UNITED STATES DISTRICT JUDGE

6018747v.1