UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC,
                      Plaintiffs

      - against-

ULTIMATE ONE DISTRIBUTING CORP.,
ET. AL.,
                      Defendants.
_____x

ADMISSION TO PRACTICE
PRO HAEC VICE

12 Civ. 5354 (KAM) (RLM)

The motion for admission to practice pro haec vice in the above captioned matter is granted. The admitted attorney Stanton Lee Phillips is permitted to argue or try this particular case in whole or in part as counsel or advocate for One Stop Label Corporation.

This order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro haec vice in the above listed case will be made on the roll of attorneys.

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 3/14/13

Dated: _____
                                   United States District judge