UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC

                        Plaintiffs,

                        v.

ULTIMATE ONE DISTRIBUTING CORP., ET AL.,

                        Defendants.

-----------------------------------------------------------------x

Civil Action No. 12
Civ. 5354 (KAM)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (together, "Plaintiffs"), and counsel for Defendant Valero Retail Holdings, Inc. ("Valero"), that the time for Valero to answer, move or otherwise respond with respect to the Seventh Amended Complaint in this action is extended until April 5, 2013. Valero and the Plaintiffs previously agreed to and the Court granted an extension of the time to answer the Seventh Amended Complaint (the "Complaint") until March 15, 2013. On March 11, 2013, Valero submitted a pre-motion conference letter to the Court concerning Valero's intention to file a motion to dismiss six of the claims asserted against it. On March 14, 2013, Plaintiffs filed a Notice of Voluntary Dismissal [Dkt. No. 465] dismissing five of the claims for relief as alleged in the Complaint against Valero and Valero agreed to withdraw its request for a pre-motion conference.

    IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, each of which shall be deemed an original, and a facsimile or PDF copy of the

6028432v.1

signatures of respective counsel hereon shall be deemed as fully binding as original signatures for all purposes.

Dated: March 15, 2013

_____
By: Geoffrey Potter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2050
*Attorneys for Plaintiffs*

Dated: March 15, 2013

_____
By: Hara K. Jacobs
BALLARD SPAHR LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8209
*Attorneys for Defendant Valero Retail Holdings, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

6028432v.1