**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INNOVATION VENTURES, LLC; et al., <br><br> Plaintiffs, <br><br> v. <br><br> ULTIMATE ONE DISTRIBUTING CORP.; et al., <br><br> Defendants. | Case No. 12 Civ. 5354 (KAM) (RLM) |

**JOINT STIPULATION AND ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER AGAINST CVS AND THE DEADLINE FOR CVS PHARMACY, INC. TO FILE OPPOSITION PAPERS WITH RESPECT TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC (collectively, "Plaintiffs") and Defendant CVS Pharmacy, Inc. ("CVS"), erroneously sued as CVS Caremark Corporation, by and through their undersigned counsel, hereby stipulate to an extension of the Temporary Restraining Order against CVS and the deadline for CVS to file opposition papers, and, in turn, for Plaintiffs to file reply papers, with respect to Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. Good cause for this extension exists because the parties are continuing to negotiate the terms of a stipulated preliminary injunction, which would preserve the resources of the Court and the parties.

CVS's opposition papers are currently due on or before 12:00 PM on March 22, 2013, and Plaintiffs' reply papers are due on or before 12:00 PM on April 5, 2013. Under this extension, CVS's opposition papers will be due on or before 12:00 PM on April 22, 2013, and Plaintiffs' reply brief in support of the Motion will be due on or before 12:00 PM on May 6,

2013.  Plaintiffs and CVS agree to appear before the Court for a show cause hearing at a date and time convenient to the Court, and the Temporary Restraining Order against CVS as set forth by this Court will remain in effect until such date.

WHEREFORE, the parties agree, subject to the approval of the Court, that the deadline for CVS to file opposition papers is extended from 12:00 PM on March 22, 2013 to 12:00 PM on April 22, 2013, and the deadline for Plaintiffs to file reply papers is extended from 12:00 PM on April 5, 2013 to 12:00 PM on May 6, 2013, and the Temporary Restraining Order against CVS shall remain in effect until Plaintiffs and CVS appear before this Court for a show cause hearing at a date and time convenient to the Court.

IT IS SO ORDERED this ____ day of March, 2013:

_____
Honorable Kiyo A. Matsumoto
United States District Court Judge

SO STIPULATED this 20th day of March, 2013:

| PATTERSON BELKNAP WEBB & TYLER LLP | KENYON & KENYON LLP |
|---|---|
| *Attorneys for Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC* | *Attorneys for Defendant CVS Pharmacy, Inc., erroneously sued as CVS Caremark Corporation* |
| __/s/ Michelle W. Cohen____ <br> Michelle W. Cohen <br> 1133 Avenue of the Americas <br> New York, NY 10036-6710 <br> Tel: 212-336-2000 <br> Fax: 212-336-2222 <br> mcohen@pbwt.com | __/s/ Howard J. Shire_____ <br> Howard J. Shire <br> One Broadway <br> New York, New York 10004 <br> Tel: 212-425-7200 <br> Fax: 212-425-5288 <br> hshire@kenyon.com |