UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC ET AL.,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>ULTIMATE ONE DISTRIBUTING CORP., ET AL.,<br><br>                                    Defendants. | 12 Civ. 5354 (KAM)<br><br>**STIPULATION AND ORDER** |

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendant/cross-claimant Brothers Trading Co., Inc. d/b/a Victory Wholesale Grocers ("Victory"), on the one hand, and Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Exporting Defendants"), on the other, that the time for the Baja Exporting Defendants to answer or otherwise respond to Victory's Cross-Claim is extended to May 28, 2013;

| | |
|---|---|
| Dated: March 22, 2013 | Dated: March 21, 2013 |
| /s/ Joseph P. Goldberg | /s/ James R. Thompson |
| By: Joseph P. Goldberg, Esq.<br>Jacquelyn R. Trussell, Esq.<br>Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, NY 10036<br>jgoldberg@hodgsonruss.com<br>T:(212) 751-4300/F: (212) 751-0928<br>Attorneys for Brothers Trading Co.,<br>Inc. d/b/a Victory Wholesale Grocers | By: Gregory A. Vega, Esq.<br>David M. Greeley, Esq.<br>James R. Thompson, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, California 92101<br>**thompson@scmv.com**<br>T: (619) 685-3003 / F: (619) 685-3100<br>Attorneys for Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota |

SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via the Court's Electronic Case Filing System.

Dated:  San Diego, California
        March 22, 2013

        /s/ James R. Thompson
        James R. Thompson
        SELTZER CAPLAN MCMAHON VITEK
        Attorneys for Defendants Joseph Shayota, Adriana
        Shayota and Tradeway Int'l, Inc. dba Baja
        Exporting
        750 "B" Street, Suite 2100
        San Diego, California 92101
        (619) 685-3003