UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------

| | |
|---|---|
| INNOVATION VENTURES, LLC ET AL., | 12 Civ. 5354 (KAM) |
| Plaintiffs, | **STIPULATION AND ORDER** |
| -against- | |
| ULTIMATE ONE DISTRIBUTING CORP., ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendant/cross-claimant Brothers Trading Co., Inc. d/b/a Victory Wholesale Grocers ("Victory"), on the one hand, and Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Exporting Defendants"), on the other, that the time for the Baja Exporting Defendants to answer or otherwise respond to Victory's Cross-Claim is extended to May 28, 2013;

Dated: March 22, 2013

/s/ Joseph P. Goldberg
By: Joseph P. Goldberg, Esq.
Jacquelyn R. Trussell, Esq.
Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, NY 10036
jgoldberg@hodgsonruss.com
T:(212) 751-4300/F: (212) 751-0928
Attorneys for Brothers Trading Co.,
Inc. d/b/a Victory Wholesale Grocers

Dated: March 21, 2013

/s/ James R. Thompson
By: Gregory A. Vega, Esq.
David M. Greeley, Esq.
James R. Thompson, Esq.
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, California 92101
thompson@scmv.com
T: (619) 685-3003 / F: (619) 685-3100
Attorneys for Tradeway Int'l, Inc. d/b/a Baja
Exporting, Joseph Shayota, and Adriana
Shayota

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 3/22/13