William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:          (619) 221-4400
Fax:         (619) 224-3974
E-mail:     wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. )<br><br>Plaintiffs. )<br><br>Vs. )<br><br>ULTIMATE ONE DISTRIBUTING )<br>CORP., et al., )<br><br>Defendants )<br>———————————————— ) | Case No.        12-CV-05354-KAM-RLM<br><br>NOTICE OF MOTION TO ADMIT<br>COUNSEL PRO HAC VICE<br><br>The Hon. Kiyo A. Matsumoto |

NOTICE OF MOTION

TO:     Opposing Counsel (see attached addresses and email addresses)

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an affiliated member of the firm of The Law Offices of William A. Markham, P.C., as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants DanDee Company, Inc., Kevin Attiq and Fadi Attiq  There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 3/22/13

Rashida A. Khan

LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

550 West C Street, Suite 2040

San Diego, CA 92101

wm@markhamlawfirm.com

(619) 221-4400

Attachment "A"

| Addresses for<br>Attorneys of Record | Party Represented |
|---|---|
| **Brian M. Akkashian**<br><br>Paesano Akkashian, PC<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>bakkashian@paesanoakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |
| **Richard Apkarian, Jr.**<br><br>Paesano Akkashian<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>rapkarian@paesanoakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |

| | |
|---|---|
| **Michael Barton** | Universal Wholesale, Inc. |
| Plunkett Cooney | Joseph Sevany |
| 38505 Woodward Ave | |
| Suite 2000 | |
| Bloomfield Hills, MI 48304 | |
| 248-901-4070 | |
| 248-901-4040 (fax) | |
| mbarton@plunkettcooney.com | |
| **Jess M. Berkowitz** | **Delta Distribution Services Corp.** |
| Jess M. Berkowitz | **Sulaiman S. Aamir** |
| 401 Broadway, Suite 1510 | **Empire Trade Wholesaler Corp.** |
| New York, NY 10013 | |
| 212-431-4453 | |
| 212-431-4471 (fax) | |
| jessberkowitzesq@aol.com | |
| **Andre K. Cizmarik** | **Quality King Distributions, Inc.** |
| Edwards Wildman Palmer LLP | |
| 750 Lexington Avenue | |
| New York, NY 10022 | |
| 212-308-4411 | |
| 888-325-9598 (fax) | |
| acizmarik@edwardswildman.com | |

| | |
|---|---|
| **Michelle Waller Cohen**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-336-2758<br><br>212-336-1235 (fax)<br><br>mcohen@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC**<br><br>**International IP Holdings LLC** |
| **Timothy Connaughton**<br><br>Vandeveer Garzia<br><br>1450 West Long Lake, Ste 100<br><br>Troy, MI 48098<br><br>248-312-2916<br><br>248-267-1242 (fax)<br><br>tconnaughton@vgpclaw.com | **Capital Sales Company, Ltd** |
| **Bridget Anne Crawford**<br><br>Cowan Liebowitz & Latman PC<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-790-9200<br><br>212-575-0671 (fax)<br><br>bac@cll.com | **Elegant Trading, Inc**<br><br>**Ahmed Bhimani** |

| | |
|---|---|
| **Brian J. Davis**<br><br>Law Office of Brian J. Davis<br><br>400 Garden City Plaza<br><br>Suite 450<br><br>Garden City, NY 11530<br><br>516-542-0249<br><br>516-542-0259 (fax)<br><br>ah@bjdpc.com | **Shah Distributors, Inc** |
| **Danielle Marie Defilippis**<br><br>Norris McLaughlin & Marcus, PA<br><br>875 Third Avenue<br><br>8th Floor<br><br>New York, NY 10022<br><br>212-808-0700<br><br>212-808-0844 (fax)<br><br>dmdefilippis@nmmlaw.com | **Midwest Wholesale Distributers**<br><br>**Justin Shayota**<br><br>**Walid Jamil**<br><br>**JT Wholesale, Inc**<br><br>**Trimexico Inc.**<br><br>**Raid Jamil** |
| **Daniel Jason DiMuro**<br><br>Gordon & Rees LLP<br><br>18 Columbia Turnpike Suite 220<br><br>Florham Park, NJ 07932<br><br>973-549-2500<br><br>ddimuro@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br><br>**MCR Printing and Packaging Corp**<br><br>**Camilo Ramirez**<br><br>**Mario Ramirez**<br><br>**Naftaunited.com** |

| Ronald A. Giller | MCR Innovations and Packaging, Inc. |
| Gordon & Rees LLP | MCR Printing and Packaging Corp |
| 90 Broad Street | Camilo Ramirez |
| 23rd Floor | Mario Ramirez |
| New York, NY 10004 | Naftaunited.com |
| 212-269-5500 | |
| 212-269-5505 (fax) | |
| rgiller@gordonrees.com | |
| Joseph P. Goldberg | Brothers Trading Co., Inc. d/b/a |
| Hodgson Russ LLP | Victory Wholesale Grocers |
| 1540 Broadway, 24th Floor | |
| New York, NY 10036 | |
| (212) 751-4300 | |
| (212) 751-0928 (fax) | |
| jgoldberg@hodgsonruss.com | |
| Zachary S. Goldberg | Steerforth Trading, Inc |
| Goldberg, Corwin & Greenberg, LLP | Isaac Anzaroot |
| 331 Madison Avenue, 15th Floor | |
| New York, NY 10017 | |
| 212-986-1000 | |
| 212-986-8039 (fax) | |
| zgoldberg@gcgllp.com | |

ADDRESSES FOR NOTICE OF MOTION

-5-

| | |
|---|---|
| **Stanley R. Goodman**<br><br>Goodman & Saperstein, Esqs.<br><br>100 Garden City Plaza<br><br>Suite 412B<br><br>Garden City, NY 11530<br><br>(516) 227-2100<br><br>gsesq600@aol.com | **Food Distributers International, Inc**<br><br>**Scott Tilbrook**<br><br>**Purity Wholesale Grocers, Inc.** |
| **Natasha Sardesai Grant**<br><br>Kenyon & Kenyon LLP<br><br>1 Broadway<br><br>New York, NY 10004<br><br>212-908-6851<br><br>212-425-5288 (fax)<br><br>nsardesai@kenyon.com | **CVS Caremark Corp.** |
| **David M. Greeley**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street<br><br>Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3150<br><br>619-702-6893 (fax)<br><br>greeley@scmv.com | **Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting**<br><br>**Adriana Shayota**<br><br>**Joseph Shayota** |

ADDRESSES FOR NOTICE OF MOTION                                                    -6-

| | |
|---|---|
| **Todd D. Greenberg**<br><br>Addabbo & Greenberg<br><br>118-21 Queens Blvd.<br><br>Suite 306<br><br>Forest Hills, NY 11375<br><br>718-268-0400<br><br>718-575-9869 (fax)<br><br>todd@queenslaw.com | **Price Master Corp.**<br><br>**Ultimate One Distributing Corp.**<br><br>**Abdul Satar Najimi**<br><br>**Gulam Najimi**<br><br>**Wally Najimi** |
| **Hara K. Jacobs**<br><br>Ballard Spahr<br><br>1735 Market St<br><br>51st Floor<br><br>Philadelphia, PA 19103<br><br>215-864-8209<br><br>215-864-8999 (fax)<br><br>jacobsh@ballardspahr.com | **Valero Retail Holdings, Inc.** |
| **J. Christopher Jensen**<br><br>Cowan, Liebowitz & Latman, P.C.<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036-6799<br><br>212-790-9200<br><br>jcj@cll.com | **Elegant Trading, Inc**<br><br>**Ahmed Bhimani** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Gregory Charles Johnson**<br><br>Katten Muchin Rosenman LLP<br><br>575 Madison Avenue<br><br>New York, NY 10022<br><br>212-940-6599<br><br>gregory.johnson@kattenlaw.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |
| **Brian A. Kalman**<br><br>London Fischer, LLP.<br><br>59 Maiden Lane<br><br>New York, NY 10038<br><br>212-972-1000<br><br>212-972-1030 (fax)<br><br>bkalman@londonfischer.com | **Capital Sales Company, Ltd** |
| **Jonah Moses Knobler**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2134<br><br>212-336-2848 (fax)<br><br>jknobler@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |

| | |
|---|---|
| **John Ko**<br><br>John Y. Ko, Attorney at Law<br><br>1855 W Katella Ave Suite 365<br><br>Orange, CA 92867<br><br>714-771-5875<br><br>714-771-2689 (fax)<br><br>jkcellistlawyer@gmail.com | **Moa Trading, Inc**<br><br>**David K Lee** |
| **Stephen J. Kressel**<br><br>Kressel, Rothlein, Walsh & Roth LLC<br><br>684 Broadway<br><br>Massapequa, NY 11758<br><br>516-798-5363<br><br>516-798-5498 (fax)<br><br>s.kressel@krwrlaw.com | **Excel Wholesale Distributors, Inc.** |
| **Thomas Philip Kurland**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>(212)336-2000<br><br>(212)336-2222 (fax)<br><br>tkurland@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Jason Joseph Lavery**<br><br>Callen Koster Brady & Brennan<br><br>1 Whitehall Street<br><br>New York, NY 10004<br><br>(212)248-8800<br><br>(212)248-6815 (fax)<br><br>jlavery@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br><br>**Saquib Khan** |
| **Stephen M. Lobbin**<br><br>The Eclipse Group LLP<br><br>2020 Main Street<br><br>Suite 600<br><br>Irvine, CA 92614<br><br>949-851-5000<br><br>949-851-5051 (fax)<br><br>sml@eclipsegrp.com | **Juan Romero Gutierrez**<br><br>**Advanced Nutraceutical**<br><br>**Manufacturing, LLC**<br><br>**Nutrition Private Label, Inc.** |
| **J. Bruce Maffeo**<br><br>Cozen O'Connor<br><br>277 Park Avenue<br><br>20th Floor<br><br>New York, NY 10172<br><br>212-883-4951<br><br>212-937-5202 (fax)<br><br>jbmaffeo@cozen.com | **Baja Exporting, LLC**<br><br>**Joseph Shayota** |

| **Chiara Mattieson** | **Universal Wholesale, Inc.** |
|---|---|
| Plunkett Cooney | **Joseph Sevany** |
| 38505 Woodward Ave | |
| Ste 2000 | |
| Bloomfield Hills, MI 48304 | |
| 248-901-4000 | |
| 248-901-4040 (fax) | |
| cmattieson@plunkettcooney.com | |
| **Megan P. McKnight** | **Universal Wholesale, Inc.** |
| Plunkett Cooney | **Joseph Sevany** |
| 38505 Woodward Ave | |
| Suite 2000 | |
| Bloomfield Hills, MI 48304 | |
| 248-901-4000 | |
| 248-901-4040 (fax) | |
| mmcknight@plunkettcooney.com | |
| **Jane Metcalf** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Tyler LLP | **Living Essential, LLC** |
| 1133 Avenue of the Americas | |
| New York, NY 10036-6710 | |
| 212-336-2000 | |
| jmetcalf@pbwt.com | |

| | |
|---|---|
| **Alexander Michaels**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2904<br><br>amichaels@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Vincent A. Nagler**<br><br>Callan, Regenstreich, Koster & Brady<br><br>One Whitehall Street<br><br>New York, NY 10004<br><br>(212) 248-8800<br><br>212-248-6815 (fax)<br><br>vnagler@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br><br>**Saquib Khan** |
| **Leslie Nizin**<br><br>Leslie Nizin<br><br>125-10 Queens Blv'd<br><br>Kew Gardens, NY 11415<br><br>718-263-2411<br><br>718-263-2911 (fax)<br><br>lnizin@aol.com | **Top Choice Trading USA, Inc.** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Anthony R. Paesano**<br><br>Paesano Akkashian, PC<br><br>132 N Old Woodward Avenue<br><br>Birmingham, MI 48009<br><br>(248)792-6886<br><br>(248)792-6885 (fax)<br><br>apaesano@paesanoakkashian.com | **JT Wholesale, Inc**<br><br>**Midwest Wholesale Distributers**<br><br>**Trimexico Inc.**<br><br>**Justin Shayota**<br><br>**Raid Jamil**<br><br>**Walid Jamil** |
| **Ariel Samuel Peikes**<br><br>Gottlieb, Rackman & Reisman PC<br><br>270 Madison Avenue<br><br>8th Floor<br><br>New York, NY 10016<br><br>212-684-3900<br><br>212-684-3999 (fax)<br><br>apeikes@grr.com | **Baseline Distribution, Inc**<br><br>**David Flood** |
| **Stanton L. Phillips**<br><br>Law office of Stanton Lee Phillips<br><br>433 N Camden Dr Ste, 970<br><br>Suite 970<br><br>Beverly Hills, CA 90210<br><br>310-859-9900<br><br>310-859-7788 (fax)<br><br>stan@slphillipslaw.com | **One Stop Label Corporation** |

| | |
|---|---|
| **Geoffrey Potter**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Ave of the Americas<br><br>New York, NY 10036<br><br>212-336-2000<br><br>212-336-2222 (fax)<br><br>gpotter@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC**<br><br>**International IP Holdings LLC** |
| **Kathryn Quarles**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3014<br><br>619-702-6868 (fax)<br><br>quarles@scmv.com | **Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting**<br><br>**Adriana Shayota**<br><br>**Joseph Shayota** |
| **Bruce M. Sabados**<br><br>Katten Muchin Rosenman LLP<br><br>575 Madison Avenue<br><br>New York, NY 10022<br><br>212-940-8800<br><br>212-940-8776 (fax)<br><br>bruce.sabados@kattenlaw.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Martin I. Saperstein**<br><br>Goodman & Saperstein, Esqs.<br><br>100 Garden City Plaza<br><br>Suite 412B<br><br>Garden City, NY 11530<br><br>516-227-2100<br><br>516-228-8120 (fax)<br><br>gsesq600@aol.com | **Food Distributers International, Inc**<br><br>**Scott Tilbrook**<br><br>**Purity Wholesale Grocers, Inc.** |
| **Richard S. Schurin**<br><br>Gottlieb, Rackman & Reisman, P.C.<br><br>270 Madison Avenue<br><br>8th Floor<br><br>New York, NY 10016-0601<br><br>(212) 684-3900<br><br>212-684-3999 (fax)<br><br>rschurin@grr.com | **Baseline Distribution, Inc.**<br><br>**David Flood** |
| **Howard J. Shire**<br><br>Kenyon & Kenyon<br><br>One Broadway<br><br>New York, NY 10004<br><br>212-908-6205<br><br>212-425-5288 (fax)<br><br>hshire@kenyon.com | **CVS Caremark Corp.** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Zachary Winthrop Silverman**<br><br>Edwards Wildman Palmer LLP<br><br>750 Lexington Avenue<br><br>New York, NY 10022<br><br>212-308-4411<br><br>212-308-4844 (fax)<br><br>zsilverman@edwardswildman.com | **Quality King Distributions, Inc** |
| **Randi Wolkenbreit Singer**<br><br>Weil, Gotshal & Manges, LLP<br><br>767 Fifth Avenue<br><br>New York, NY 10153<br><br>212-310-8000<br><br>212-310-8007 (fax)<br><br>randi.singer@weil.com | **Core-Mark International, Inc.** |
| **David Benjamin Sunshine**<br><br>Cozen O'Connor<br><br>250 Park Avenue<br><br>New York, NY 10177<br><br>212-986-1116<br><br>212-986-0604 (fax)<br><br>dsunshine@cozen.com | **Baja Exporting, LLC**<br><br>**Joseph Shayota** |

ADDRESSES FOR NOTICE OF MOTION

-16-

| | |
|---|---|
| **James K. Thome**<br><br>Vandeveer Garzia, PC<br><br>1450 West Long Lake Road<br><br>Suite 100<br><br>Troy, MI 48098<br><br>248-312-2800<br><br>248-267-1242 (fax)<br><br>jthome@vgpclaw.com | **Capital Sales Company, Ltd** |
| **James Renfro Thompson**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3049<br><br>619-702-6836 (fax)<br><br>thompson@scmv.com | **Adriana Shayota**<br><br>**Joseph Shayota**<br><br>**Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting** |
| **Jacquelyn Renee Trussell**<br><br>Hodgson Russ LLP<br><br>1540 Broadway<br><br>24th Floor<br><br>New York, NY 10036<br><br>212-751-4300<br><br>212-751-0928 (fax)<br><br>jtrussel@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br><br>**Victory Wholesale Grocers** |

ADDRESSES FOR NOTICE OF MOTION

| Gregory Vega | Adriana Shayota |
|---|---|
| Seltzer Caplan McMahon Vitek | **Joseph Shayota** |
| 750 B Street, Suite 2100 | **Tradeway International, Inc. d/b/a** |
| San Diego, CA 92101 | **Baja Exporting** |
| 619-685-3040 | |
| 619-685-3100 (fax) | |
| vega@scmv.com | |
| **Anthony J. Viola** | **Quality King Distributions, Inc.** |
| Edwards Wildman Palmer LLP | |
| 750 Lexington Avenue | |
| New York, NY 10022-1200 | |
| 212-912-2827 | |
| 212-308-4844 (fax) | |
| aviola@edwardswildman.com | |
| **Elizabeth Nicole Warin** | **Baja Exporting, LLC** |
| Cozen O'Connor | **Joseph Shayota** |
| 45 broadway | |
| 16th Floor | |
| New York, NY 10006 | |
| 212-883-4969 | |
| 212-509-9492 (fax) | |
| nwarin@cozen.com | |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Jeremy Alexander Weinberg**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-336-2000<br><br>212-336-2222 (fax)<br><br>jweinberg@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Christos George Yatrakis**<br><br>Patterson Belknap Webb & Taylor LLP<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2519<br><br>212-336-2222 (fax)<br><br>cyatrakis@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Gordon J. Zuiderweg**<br><br>Law Offices of Barry K. Rothman<br><br>1901 Avenue Of The Stars<br><br>Suite 370<br><br>Los Angeles, CA 90067<br><br>310-557-0062<br><br>310-557-9080 (fax)<br><br>bkr@bkrlegal.com | **Leslie Roman**<br><br>**Flexopack**<br><br>**Donna Roman** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Arnold J. Hauptman** | **7-Eleven Store #11181** |
| 686 Broadway | **7-Eleven Store #23407)** |
| Massapequa, NY 11758 | **7-Eleven Store #11152** |
| (516) 541-7200 | **7-Eleven Store #32760** |
| | **7-Eleven Store #25449C-2422** |

ADDRESSES FOR NOTICE OF MOTION