William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:          (619) 221-4400
Fax:          (619) 224-3974
E-mail:       wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. ) | Case No.       12-CV-05354-KAM-RLM |
| ) | |
| Plaintiffs. ) | |
| ) | AFFIDAVIT OF RASHIDA KHAN |
| Vs. ) | IN SUPPORT OF MOTION TO |
| ) | ADMIT COUNSEL PRO HAC VICE |
| ) | |
| ULTIMATE ONE DISTRIBUTING ) | |
| CORP., et al., ) | The Hon. Kiyo A. Matsumoto |
| ) | |
| Defendants ) | |
| ) | |

State of New York    )
                     )    ss:
County of New York   )

State of California

County of San Diego

AFFIDAVIT

Rashida Khan, being duly sworn, hereby deposes and says as follows:

1. I am affiliated with the law firm of Law Offices of William A. Markham.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant Dandee Company, Inc.

Dated:   3/21/13

Rashida Khan

LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

550 West C Street, Suite 2040

San Diego, CA 92101

wm@markhamlawfirm.com

(619) 221-4400

ALINA TAYLOR
Commission # 1863504
Notary Public - California
San Diego County
My Comm. Expires Sep 29, 2013

See attached
Jurat

NOTARIZED

AFFIDAVIT

-2-

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of _San Diego_ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

_____          _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

_21st_ day of _March_____, _2013_, by
  Date             Month        Year

(1)_Rashida Khan_____,
           Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (,)
                 (and

(2)_____,
           Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
Signature of Notary Public

**ALINA TAYLOR**
Commission # 1863504
Notary Public - California
San Diego County
My Comm. Expires Sep 29, 2013

Place Notary Seal Above

━━━━━━━━━━━━━ *OPTIONAL* ━━━━━━━━━━━━━

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_Affidavit_____

Document Date:_March 21, 2013_ Number of Pages: _2_

Signer(s) Other Than Named Above: _N/A_____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 18, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RASHIDA
ASHRAF KHAN, #196420 was admitted to the practice of law in this state by the
Supreme Court of California on August 24, 1998; that from the date of admission
to February 13, 2004, she was an ACTIVE member of the State Bar of California;
that on February 13, 2004, she transferred at her request to the INACTIVE status
as of January 1, 2004; that from that date to March 7, 2008, she was an
INACTIVE member of the State Bar of California; that on March 7, 2008, she
transferred at her request to the ACTIVE status; that she has been since that date,
and is at date hereof, an ACTIVE member of the State Bar of California; and that
no recommendation for discipline for professional or other misconduct has ever
been made by the Board of Trustees or a Disciplinary Board to the Supreme Court
of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records