William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:      (619) 221-4400
Fax:      (619) 224-3974
E-mail:   wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al.<br><br>Plaintiffs.<br><br>Vs.<br><br>ULTIMATE ONE DISTRIBUTING CORP., et al.,<br><br>Defendants | Case No.   12-CV-05354-KAM-RLM<br><br>ADMINISTRATIVE ORDER 97-13<br><br>The Hon. Kiyo A. Matsumoto |

ADMINISTRATIVE ORDER

| | |
|---|---|
| 1 | WHEREAS the Judicial Conference at its September 23 1997 meeting decided that local courts may charge, at their option, a local fee for pro hac vice admission separate from the fees currently authorized for the admission of attorneys to practice for all purposes, and |

WHEREAS the Judicial Conference at its September 23 1997 meeting decided that local courts may charge, at their option, a local fee for pro hac vice admission separate from the fees currently authorized for the admission of attorneys to practice for all purposes, and

WHEREAS the Judicial Conference provided further that revenues from local fees set for pro hac vice admission may be deposited into a district's local non-appropriated funds account, and

WHEREAS the Board of Judges of the Easter District of New York at its meeting held on October 21, 1997 approved a fee of $25.00 for each pro hac vice admission approved by the Court, and directed that these fees be deposited into the District Courts Purpose Fund, a local non-appropriated account.

NOW THEREFORE, it is Ordered that the Clerk's Office begin charging $25.00 for each pro hac vice admission and deposit the funds so collected in the Court Purpose Fund, effective November 3, 1997.

SO ORDERED.

Date: _____

Judge Kiyo A. Matsumoto