William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:     (619) 224-3974
E-mail:  wm@markhamlawfirm.com

Attorneys for Defendants Kevin Attiq and Fadi Attiq

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al.<br><br>Plaintiffs.<br><br>Vs.<br><br>ULTIMATE ONE DISTRIBUTING CORP., et al.,<br><br>Defendants | Case No.     12-CV-05354-KAM-RLM<br><br>ADMISSION TO PRACTICE<br>PRO HAC VICE<br><br>The Hon. Kiyo A. Matsumoto |

MOTION FOR PRO HAC VICE

1  The motion for admission to practice pro hac vice in the above captioned manner is granted.  The
2  admitted attorney Maura Griffin is permitted to argue or try this particular case in whole or in part as
3  counsel or advocate for Defendants Kevin Attiq and Fadi Attiq.
4
5  This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your
6  appearance as counsel in this case.  A notation of your admission pro hac vice in the above listed
7  case will be made on the roll of attorneys.

14  Dated:                          _____
15                                  United States District Judge

19  cc:    Pro Hac Vice Attorney: Maura Griffin
20         Court File

MOTION FOR PRO HAC VICE                                                               -2-