1  William A. Markham, California State Bar No. 132970
   Dorn Graham Bishop, California State Bar No. 147994
2  Jason Eliaser, California State Bar No. 248394
   LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
3  550 West C Street, Suite 2040
   San Diego, CA 92101
4
   Tel:        (619) 221-4400
5  Fax:        (619) 224-3974
   E-mail:     wm@markhamlawfirm.com
6
   Attorneys for Defendants Kevin Attiq and Fadi Attiq
7

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF NEW YORK

11

12
   INNOVATION VENTURES, LLC et al.        )    Case No.      12-CV-05354-KAM-RLM
13                                         )
                 Plaintiffs.               )
14                                         )
                 Vs.                       )
15                                         )    NOTICE OF MOTION TO ADMIT
                                           )    COUNSEL PRO HAC VICE
16 ULTIMATE ONE DISTRIBUTING              )
   CORP., et al.,                          )
17                                         )    The Hon. Kiyo A. Matsumoto
                 Defendants                )
18                                         )
                                           )
19 ─────────────────────────────          )

20

21

22

23

24

25

26

27

28

   NOTICE OF MOTION

1

2  TO:   Opposing Counsel (see attached addresses and email addresses)

3

4       PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this

5  motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to

6  Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern

7  Districts of New York for an Order allowing the admission of movant, an affiliated member of the

8  firm of The Law Offices of William A. Markham, P.C., as attorney pro hac vice to argue or try this

9  case in whole or in part as counsel for Defendants Kevin Attiq and Fadi Attiq  There are no pending

10  disciplinary proceedings against me in any State or Federal court.

11

12                              Respectfully submitted,

13

14

15  Dated:  3/22/13

16                              Maura Griffin

17                              LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

18                              550 West C Street, Suite 2040

19                              San Diego, CA 92101

20                              wm@markhamlawfirm.com

21                              (619) 221-4400

22

23

24

25

26

27

28

NOTICE OF MOTION                                                    -2-

1

Attachment "A"

2

3

| Addresses for Attorneys of Record | Party Represented |
|---|---|
| **Brian M. Akkashian**<br><br>Paesano Akkashian, PC<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>bakkashian@paesanooakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |
| **Richard Apkarian, Jr.**<br><br>Paesano Akkashian<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>rapkarian@paesanoakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Michael Barton**<br><br>Plunkett Cooney<br><br>38505 Woodward Ave<br><br>Suite 2000<br><br>Bloomfield Hills, MI 48304<br><br>248-901-4070<br><br>248-901-4040 (fax)<br><br>mbarton@plunkettcooney.com | Universal Wholesale, Inc.<br><br>Joseph Sevany |
| **Jess M. Berkowitz**<br><br>Jess M. Berkowitz<br><br>401 Broadway, Suite 1510<br><br>New York, NY 10013<br><br>212-431-4453<br><br>212-431-4471 (fax)<br><br>jessberkowitzesq@aol.com | **Delta Distribution Services Corp.**<br><br>**Sulaiman S. Aamir**<br><br>**Empire Trade Wholesaler Corp.** |
| **Andre K. Cizmarik**<br><br>Edwards Wildman Palmer LLP<br><br>750 Lexington Avenue<br><br>New York, NY 10022<br><br>212-308-4411<br><br>888-325-9598 (fax)<br><br>acizmarik@edwardswildman.com | **Quality King Distributions, Inc.** |

| | |
|---|---|
| **Michelle Waller Cohen** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Tyler LLP | **Living Essential, LLC** |
| 1133 Avenue Of The Americas | **International IP Holdings LLC** |
| New York, NY 10036 | |
| 212-336-2758 | |
| 212-336-1235 (fax) | |
| mcohen@pbwt.com | |
| **Timothy Connaughton** | **Capital Sales Company, Ltd** |
| Vandeveer Garzia | |
| 1450 West Long Lake, Ste 100 | |
| Troy, MI 48098 | |
| 248-312-2916 | |
| 248-267-1242 (fax) | |
| tconnaughton@vgpclaw.com | |
| **Bridget Anne Crawford** | **Elegant Trading, Inc** |
| Cowan Liebowitz & Latman PC | **Ahmed Bhimani** |
| 1133 Avenue Of The Americas | |
| New York, NY 10036 | |
| 212-790-9200 | |
| 212-575-0671 (fax) | |
| bac@cll.com | |

| | |
|---|---|
| **Brian J. Davis**<br><br>Law Office of Brian J. Davis<br><br>400 Garden City Plaza<br><br>Suite 450<br><br>Garden City, NY 11530<br><br>516-542-0249<br><br>516-542-0259 (fax)<br><br>ah@bjdpc.com | **Shah Distributors, Inc** |
| **Danielle Marie Defilippis**<br><br>Norris McLaughlin & Marcus, PA<br><br>875 Third Avenue<br><br>8th Floor<br><br>New York, NY 10022<br><br>212-808-0700<br><br>212-808-0844 (fax)<br><br>dmdefilippis@nmmlaw.com | **Midwest Wholesale Distributers**<br><br>**Justin Shayota**<br><br>**Walid Jamil**<br><br>**JT Wholesale, Inc**<br><br>**Trimexico Inc.**<br><br>**Raid Jamil** |
| **Daniel Jason DiMuro**<br><br>Gordon & Rees LLP<br><br>18 Columbia Turnpike Suite 220<br><br>Florham Park, NJ 07932<br><br>973-549-2500<br><br>ddimuro@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br><br>**MCR Printing and Packaging Corp**<br><br>**Camilo Ramirez**<br><br>**Mario Ramirez**<br><br>**Naftaunited.com** |

| | |
|---|---|
| **Ronald A. Giller**<br><br>Gordon & Rees LLP<br><br>90 Broad Street<br><br>23rd Floor<br><br>New York, NY 10004<br><br>212-269-5500<br><br>212-269-5505 (fax)<br><br>rgiller@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br><br>**MCR Printing and Packaging Corp**<br><br>**Camilo Ramirez**<br><br>**Mario Ramirez**<br><br>**Naftaunited.com** |
| **Joseph P. Goldberg**<br><br>Hodgson Russ LLP<br><br>1540 Broadway, 24th Floor<br><br>New York, NY 10036<br><br>(212) 751-4300<br><br>(212) 751-0928 (fax)<br><br>jgoldberg@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br><br>**Victory Wholesale Grocers** |
| **Zachary S. Goldberg**<br><br>Goldberg, Corwin & Greenberg, LLP<br><br>331 Madison Avenue, 15th Floor<br><br>New York, NY 10017<br><br>212-986-1000<br><br>212-986-8039 (fax)<br><br>zgoldberg@gcgllp.com | **Steerforth Trading, Inc**<br><br>**Isaac Anzaroot** |

| | |
|---|---|
| **Stanley R. Goodman**<br><br>Goodman & Saperstein, Esqs.<br><br>100 Garden City Plaza<br><br>Suite 412B<br><br>Garden City, NY 11530<br><br>(516) 227-2100<br><br>gsesq600@aol.com | **Food Distributers International, Inc**<br><br>**Scott Tilbrook**<br><br>**Purity Wholesale Grocers, Inc.** |
| **Natasha Sardesai Grant**<br><br>Kenyon & Kenyon LLP<br><br>1 Broadway<br><br>New York, NY 10004<br><br>212-908-6851<br><br>212-425-5288 (fax)<br><br>nsardesai@kenyon.com | **CVS Caremark Corp.** |
| **David M. Greeley**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street<br><br>Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3150<br><br>619-702-6893 (fax)<br><br>greeley@scmv.com | **Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting**<br><br>**Adriana Shayota**<br><br>**Joseph Shayota** |

| | |
|---|---|
| **Todd D. Greenberg**<br><br>Addabbo & Greenberg<br><br>118-21 Queens Blvd.<br><br>Suite 306<br><br>Forest Hills, NY 11375<br><br>718-268-0400<br><br>718-575-9869 (fax)<br><br>todd@queenslaw.com | **Price Master Corp.**<br><br>**Ultimate One Distributing Corp.**<br><br>**Abdul Satar Najimi**<br><br>**Gulam Najimi**<br><br>**Wally Najimi** |
| **Hara K. Jacobs**<br><br>Ballard Spahr<br><br>1735 Market St<br><br>51st Floor<br><br>Philadelphia, PA 19103<br><br>215-864-8209<br><br>215-864-8999 (fax)<br><br>jacobsh@ballardspahr.com | **Valero Retail Holdings, Inc.** |
| **J. Christopher Jensen**<br><br>Cowan, Liebowitz & Latman, P.C.<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036-6799<br><br>212-790-9200<br><br>jcj@cll.com | **Elegant Trading, Inc**<br><br>**Ahmed Bhimani** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Gregory Charles Johnson** <br><br> Katten Muchin Rosenman LLP <br><br> 575 Madison Avenue <br><br> New York, NY 10022 <br><br> 212-940-6599 <br><br> gregory.johnson@kattenlaw.com | **Universal Wholesale, Inc.** <br><br> **Joseph Sevany** |
| **Brian A. Kalman** <br><br> London Fischer, LLP. <br><br> 59 Maiden Lane <br><br> New York, NY 10038 <br><br> 212-972-1000 <br><br> 212-972-1030 (fax) <br><br> bkalman@londonfischer.com | **Capital Sales Company, Ltd** |
| **Jonah Moses Knobler** <br><br> Patterson Belknap Webb & Tyler <br><br> 1133 Avenue of the Americas <br><br> New York, NY 10036 <br><br> 212-336-2134 <br><br> 212-336-2848 (fax) <br><br> jknobler@pbwt.com | **Innovation Ventures, LLC** <br><br> **Living Essential, LLC** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **John Ko**<br><br>John Y. Ko, Attorney at Law<br><br>1855 W Katella Ave Suite 365<br><br>Orange, CA 92867<br><br>714-771-5875<br><br>714-771-2689 (fax)<br><br>jkcellistlawyer@gmail.com | **Moa Trading, Inc**<br><br>**David K Lee** |
| **Stephen J. Kressel**<br><br>Kressel, Rothlein, Walsh & Roth LLC<br><br>684 Broadway<br><br>Massapequa, NY 11758<br><br>516-798-5363<br><br>516-798-5498 (fax)<br><br>s.kressel@krwrlaw.com | **Excel Wholesale Distributors, Inc.** |
| **Thomas Philip Kurland**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>(212)336-2000<br><br>(212)336-2222 (fax)<br><br>tkurland@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Jason Joseph Lavery** | **Richmond Wholesale Company, Inc.** |
| Callen Koster Brady & Brennan | **Saquib Khan** |
| 1 Whitehall Street | |
| New York, NY 10004 | |
| (212)248-8800 | |
| (212)248-6815 (fax) | |
| jlavery@ckbblaw.com | |
| **Stephen M. Lobbin** | **Juan Romero Gutierrez** |
| The Eclipse Group LLP | **Advanced Nutraceutical** |
| 2020 Main Street | **Manufacturing, LLC** |
| Suite 600 | **Nutrition Private Label, Inc.** |
| Irvine, CA 92614 | |
| 949-851-5000 | |
| 949-851-5051 (fax) | |
| sml@eclipsegrp.com | |
| **J. Bruce Maffeo** | **Baja Exporting, LLC** |
| Cozen O'Connor | **Joseph Shayota** |
| 277 Park Avenue | |
| 20th Floor | |
| New York, NY 10172 | |
| 212-883-4951 | |
| 212-937-5202 (fax) | |
| jbmaffeo@cozen.com | |

ADDRESSES FOR NOTICE OF MOTION

| Chiara Mattieson | Universal Wholesale, Inc. |
|---|---|
| Plunkett Cooney | Joseph Sevany |
| 38505 Woodward Ave | |
| Ste 2000 | |
| Bloomfield Hills, MI 48304 | |
| 248-901-4000 | |
| 248-901-4040 (fax) | |
| cmattieson@plunkettcooney.com | |
| **Megan P. McKnight** | **Universal Wholesale, Inc.** |
| Plunkett Cooney | **Joseph Sevany** |
| 38505 Woodward Ave | |
| Suite 2000 | |
| Bloomfield Hills, MI 48304 | |
| 248-901-4000 | |
| 248-901-4040 (fax) | |
| mmcknight@plunkettcooney.com | |
| **Jane Metcalf** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Tyler LLP | **Living Essential, LLC** |
| 1133 Avenue of the Americas | |
| New York, NY 10036-6710 | |
| 212-336-2000 | |
| jmetcalf@pbwt.com | |

| | |
|---|---|
| **Alexander Michaels**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2904<br><br>amichaels@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Vincent A. Nagler**<br><br>Callan, Regenstreich, Koster & Brady<br><br>One Whitehall Street<br><br>New York, NY 10004<br><br>(212) 248-8800<br><br>212-248-6815 (fax)<br><br>vnagler@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br><br>**Saquib Khan** |
| **Leslie Nizin**<br><br>Leslie Nizin<br><br>125-10 Queens Blv'd<br><br>Kew Gardens, NY 11415<br><br>718-263-2411<br><br>718-263-2911 (fax)<br><br>lnizin@aol.com | **Top Choice Trading USA, Inc.** |

| | |
|---|---|
| **Anthony R. Paesano**<br><br>Paesano Akkashian, PC<br><br>132 N Old Woodward Avenue<br><br>Birmingham, MI 48009<br><br>(248)792-6886<br><br>(248)792-6885 (fax)<br><br>apaesano@paesanoakkashian.com | **JT Wholesale, Inc**<br><br>**Midwest Wholesale Distributers**<br><br>**Trimexico Inc.**<br><br>**Justin Shayota**<br><br>**Raid Jamil**<br><br>**Walid Jamil** |
| **Ariel Samuel Peikes**<br><br>Gottlieb, Rackman & Reisman PC<br><br>270 Madison Avenue<br><br>8th Floor<br><br>New York, NY 10016<br><br>212-684-3900<br><br>212-684-3999 (fax)<br><br>apeikes@grr.com | **Baseline Distribution, Inc**<br><br>**David Flood** |
| **Stanton L. Phillips**<br><br>Law office of Stanton Lee Phillips<br><br>433 N Camden Dr Ste, 970<br><br>Suite 970<br><br>Beverly Hills, CA 90210<br><br>310-859-9900<br><br>310-859-7788 (fax)<br><br>stan@slphillipslaw.com | **One Stop Label Corporation** |

ADDRESSES FOR NOTICE OF MOTION

| Geoffrey Potter | Innovation Ventures, LLC |
|---|---|
| Patterson Belknap Webb & Tyler LLP | **Living Essential, LLC** |
| 1133 Ave of the Americas | **International IP Holdings LLC** |
| New York, NY 10036 | |
| 212-336-2000 | |
| 212-336-2222 (fax) | |
| gpotter@pbwt.com | |
| **Kathryn Quarles** | **Tradeway International, Inc. d/b/a** |
| Seltzer Caplan McMahon Vitek | **Baja Exporting** |
| 750 B Street, Suite 2100 | **Adriana Shayota** |
| San Diego, CA 92101 | **Joseph Shayota** |
| 619-685-3014 | |
| 619-702-6868 (fax) | |
| quarles@scmv.com | |
| **Bruce M. Sabados** | **Universal Wholesale, Inc.** |
| Katten Muchin Rosenman LLP | **Joseph Sevany** |
| 575 Madison Avenue | |
| New York, NY 10022 | |
| 212-940-8800 | |
| 212-940-8776 (fax) | |
| bruce.sabados@kattenlaw.com | |

| | |
|---|---|
| **Martin I. Saperstein**<br><br>Goodman & Saperstein, Esqs.<br><br>100 Garden City Plaza<br><br>Suite 412B<br><br>Garden City, NY 11530<br><br>516-227-2100<br><br>516-228-8120 (fax)<br><br>gsesq600@aol.com | **Food Distributers International, Inc**<br><br>**Scott Tilbrook**<br><br>**Purity Wholesale Grocers, Inc.** |
| **Richard S. Schurin**<br><br>Gottlieb, Rackman & Reisman, P.C.<br><br>270 Madison Avenue<br><br>8th Floor<br><br>New York, NY 10016-0601<br><br>(212) 684-3900<br><br>212-684-3999 (fax)<br><br>rschurin@grr.com | **Baseline Distribution, Inc.**<br><br>**David Flood** |
| **Howard J. Shire**<br><br>Kenyon & Kenyon<br><br>One Broadway<br><br>New York, NY 10004<br><br>212-908-6205<br><br>212-425-5288 (fax)<br><br>hshire@kenyon.com | **CVS Caremark Corp.** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Zachary Winthrop Silverman** | **Quality King Distributions, Inc** |
| Edwards Wildman Palmer LLP | |
| 750 Lexington Avenue | |
| New York, NY 10022 | |
| 212-308-4411 | |
| 212-308-4844 (fax) | |
| zsilverman@edwardswildman.com | |
| **Randi Wolkenbreit Singer** | **Core-Mark International, Inc.** |
| Weil, Gotshal & Manges, LLP | |
| 767 Fifth Avenue | |
| New York, NY 10153 | |
| 212-310-8000 | |
| 212-310-8007 (fax) | |
| randi.singer@weil.com | |
| **David Benjamin Sunshine** | **Baja Exporting, LLC** |
| Cozen O'Connor | **Joseph Shayota** |
| 250 Park Avenue | |
| New York, NY 10177 | |
| 212-986-1116 | |
| 212-986-0604 (fax) | |
| dsunshine@cozen.com | |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **James K. Thome**<br><br>Vandeveer Garzia, PC<br><br>1450 West Long Lake Road<br><br>Suite 100<br><br>Troy, MI 48098<br><br>248-312-2800<br><br>248-267-1242 (fax)<br><br>jthome@vgpclaw.com | **Capital Sales Company, Ltd** |
| **James Renfro Thompson**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3049<br><br>619-702-6836 (fax)<br><br>thompson@scmv.com | **Adriana Shayota**<br><br>**Joseph Shayota**<br><br>**Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting** |
| **Jacquelyn Renee Trussell**<br><br>Hodgson Russ LLP<br><br>1540 Broadway<br><br>24th Floor<br><br>New York, NY 10036<br><br>212-751-4300<br><br>212-751-0928 (fax)<br><br>jtrussel@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br><br>**Victory Wholesale Grocers** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Gregory Vega**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3040<br><br>619-685-3100 (fax)<br><br>vega@scmv.com | **Adriana Shayota**<br><br>**Joseph Shayota**<br><br>**Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting** |
| **Anthony J. Viola**<br><br>Edwards Wildman Palmer LLP<br><br>750 Lexington Avenue<br><br>New York, NY 10022-1200<br><br>212-912-2827<br><br>212-308-4844 (fax)<br><br>aviola@edwardswildman.com | **Quality King Distributions, Inc.** |
| **Elizabeth Nicole Warin**<br><br>Cozen O'Connor<br><br>45 broadway<br><br>16th Floor<br><br>New York, NY 10006<br><br>212-883-4969<br><br>212-509-9492 (fax)<br><br>nwarin@cozen.com | **Baja Exporting, LLC**<br><br>**Joseph Shayota** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Jeremy Alexander Weinberg** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Tyler LLP | **Living Essential, LLC** |
| 1133 Avenue Of The Americas | |
| New York, NY 10036 | |
| 212-336-2000 | |
| 212-336-2222 (fax) | |
| jweinberg@pbwt.com | |
| **Christos George Yatrakis** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Taylor LLP | **Living Essential, LLC** |
| 1133 Avenue of the Americas | |
| New York, NY 10036 | |
| 212-336-2519 | |
| 212-336-2222 (fax) | |
| cyatrakis@pbwt.com | |
| **Gordon J. Zuiderweg** | **Leslie Roman** |
| Law Offices of Barry K. Rothman | **Flexopack** |
| 1901 Avenue Of The Stars | **Donna Roman** |
| Suite 370 | |
| Los Angeles, CA 90067 | |
| 310-557-0062 | |
| 310-557-9080 (fax) | |
| bkr@bkrlegal.com | |

ADDRESSES FOR NOTICE OF MOTION

| Arnold J. Hauptman | 7-Eleven Store #11181 |
|---|---|
| 686 Broadway | 7-Eleven Store #23407) |
| Massapequa, NY 11758 | 7-Eleven Store #11152 |
| (516) 541-7200 | 7-Eleven Store #32760 |
| | 7-Eleven Store #25449C-2422 |

ADDRESSES FOR NOTICE OF MOTION