1 | William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
2 | Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
3 | 550 West C Street, Suite 2040
San Diego, CA 92101
4 |
Tel:        (619) 221-4400
5 | Fax:        (619) 224-3974
E-mail:     wm@markhamlawfirm.com
6 |
Attorneys for Defendants Kevin Attiq and Fadi Attiq
7 |

8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                   EASTERN DISTRICT OF NEW YORK

11 |

12 |

| INNOVATION VENTURES, LLC et al.      )        Case No.       12-CV-05354-KAM-RLM
13 |                                      )
|              Plaintiffs.              )
14 |                                      )        AFFIDAVIT OF MAURA GRIFFIN
|        Vs.                            )        IN SUPPORT MOTION TO
15 |                                      )        ADMIT COUNSEL PRO HAC VICE
|                                      )
16 | ULTIMATE ONE DISTRIBUTING           )
| CORP., et al.,                       )
17 |                                      )        The Hon. Kiyo A. Matsumoto
|              Defendants               )
18 |                                      )

19 | _____

20 |

21 |

22 | State of New York   )        State of California
|                     )   ss:
23 | County of New York )        County of San Diego

24 |

25 |

26 |

27 |

28 |

AFFIDAVIT

Maura Griffin, being duly sworn, hereby deposes and says as follows:

1. I am an attorney affiliated with the law firm of Law Offices of William A. Markham.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants Dandee Company, Inc., Kevin Attiq and Fadi Attiq.

Dated:

Maura Griffin

LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

550 West C Street, Suite 2040

San Diego, CA 92101

wm@markhamlawfirm.com

(619) 221-4400

NOTARIZED

AFFIDAVIT                                                                                              -2-

# California Acknowledgment Form

State of California
County of _San Diego_ } ss,

On _March 14, 2013_ before me, _Rick Aljabi, Notary Public_ ,
personally appeared _Mawa Griffin_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Seal

RICK ALJABI
Commission # 1963043
Notary Public - California
San Diego County
My Comm. Expires Dec 8, 2015

_Raljali_
Signature of Notary

### Notes

Please provide information about the document that this form is attached to.
***This is not required under California State notary public law.***

Affidavit of Mawa Griffin in support to Admit Counsel
Pro Hac Vice.