1  William A. Markham, California State Bar No. 132970
   Dorn Graham Bishop, California State Bar No. 147994
2  Jason Eliaser, California State Bar No. 248394
   LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
3  550 West C Street, Suite 2040
   San Diego, CA 92101
4
5  Tel:     (619) 221-4400
   Fax:     (619) 224-3974
6  E-mail:  wm@markhamlawfirm.com

7  Attorneys for Defendants Kevin Attiq and Fadi Attiq

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF NEW YORK
10

11

12
   INNOVATION VENTURES, LLC et al.    )   Case No.    12-CV-05354-KAM-RLM
13                                    )
           Plaintiffs.                )
14                                    )   ADMISSION TO PRACTICE
       Vs.                            )   PRO HAC VICE
15                                    )
                                      )
16 ULTIMATE ONE DISTRIBUTING          )
   CORP., et al.,                     )   The Hon. Kiyo A. Matsumoto
17                                    )
           Defendants                 )
18                                    )
   _____)
19

20

21

22

23

24

25

26

27

28

MOTION FOR PRO HAC VICE

1  The motion for admission to practice pro hac vice in the above captioned manner is granted. The
2  admitted attorney Steve Elia is permitted to argue or try this particular case in whole or in part as
3  counsel or advocate for Defendants Kevin Attiq and Fadi Attiq.

5  This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your
6  appearance as counsel in this case. A notation of your admission pro hac vice in the above listed
7  case will be made on the roll of attorneys.

14  Dated:

15  _____
    United States District Judge

19  cc:    Pro Hac Vice Attorney: Steve Elia
20         Court File