William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:      (619) 221-4400
Fax:     (619) 224-3974
E-mail:   wm@markhamlawfirm.com

Attorneys for Defendants Kevin Attiq and Fadi Attiq.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. ) | Case No.   12-CV-05354-KAM-RLM |
| ) Plaintiffs. ) | |
| Vs. ) | AFFIDAVIT OF STEVE ELIA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| ) ULTIMATE ONE DISTRIBUTING ) CORP., et al., ) | The Hon. Kiyo A. Matsumoto |
| ) Defendants ) | |

State of New York   )
                    )  ss:
County of New York  )

State of California
County of San Diego

AFFIDAVIT

Steve Elia, being duly sworn, hereby deposes and says as follows:

1. I am an attorney affiliated with the law firm of Law Offices of William A. Markham.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants Dandee Company, Inc., Kevin Attiq and Fadi Attiq.

Dated: 3/13/2013

Steve Elia

LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

550 West C Street, Suite 2040

San Diego, CA 92101

wm@markhamlawfirm.com

(619) 221-4400

NOTARIZED

AFFIDAVIT                                                                                                                                                -2-

# California Acknowledgment Form

State of California
County of __San Diego__ } ss.

On __March 13, 2013__ before me, __Rick Aljabi, Notary Public__,
personally appeared __Steven Elia__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Seal

_Raljabi_
Signature of Notary

**RICK ALJABI**
Commission # 1963043
Notary Public - California
San Diego County
My Comm. Expires Dec 8, 2015

## Notes

Please provide information about the document that this form is attached to.
***This is not required under California State notary public law.***

Affidavit of Steven Elia in Support of Motion to admit Counsel p/o Hac Vice.

©2007 Golden State Notary, Inc.   www.GoldenStateNotary.com   (888) 263-1977