THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 13, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEVEN ANMAR ELIA, #217200 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records