William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:         (619) 221-4400
Fax:        (619) 224-3974
E-mail:    wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. | Case No.    12-CV-05354-KAM-RLM |
| Plaintiffs. | |
| Vs. | ADMISSION TO PRACTICE PRO HAC VICE |
| ULTIMATE ONE DISTRIBUTING CORP., et al., | The Hon. Kiyo A. Matsumoto |
| Defendants | |

MOTION FOR PRO HAC VICE

-2-

1. The motion for admission to practice pro hac vice in the above captioned manner is granted. The admitted attorney Jason Eliaser is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant DanDee Company, Inc.

2. This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____

United States District Judge

cc:   Pro Hac Vice Attorney: Jason Eliaser
      Court File