1  William A. Markham, State Bar No. 132970
   Dorn Graham Bishop, State Bar No. 147994
2  Jason Eliaser, State Bar No. 248394
   LAW OFFICES OF WILLIAM MARKHAM, P.C.
3  550 West C Street, Suite 2040
   San Diego, CA 92101
4
   Tel:         (619) 221-4400
5  Fax:         (619) 224-3974
   E-mail:      wm@markhamlawfirm.com
6
   Attorneys for Defendant DanDee Company, Inc.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF NEW YORK**

10

11

12
   INNOVATION VENTURES, LLC et al.      )      Case No.      12-CV-05354-KAM-RLM
13                                       )
                    Plaintiffs.          )
14                                       )
              Vs.                        )
15                                       )      PROOF OF SERVICE
                                         )
16 ULTIMATE ONE DISTRIBUTING            )
   CORP., et al.,                        )
17                                       )
                    Defendants           )
18                                       )
                                         )
19 _____      )
                                         )
20

21

22

23

24

25

26

27

28

   PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action.  My business address is at located at 550 West C Street, Suite 2040 San Diego, CA 92101 San Diego, CA 92101.

On the date indicated below, I served the following document(s), which is (are) described as follows:

- **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

- **MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

- **AFFIDAVIT OF JASON ELIASER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

on the parties or attorneys for parties in this action addressed as follows.  (If more than one means of service is checked, the means of service used for each party is indicated.)

xx

_____  **Via Electronic Transmittal:**
The document(s) described above were served on the parties in this action at the e-mail address(es) indicated for the following listed counsel.

| Attorneys of Record | Party Represented |
|---|---|
| **Brian M. Akkashian**<br>Paesano Akkashian, PC<br>132 N Old Woodward Ave<br>Birmingham, MI 48009<br>248-792-6886<br>248-792-6885 (fax)<br>bakkashian@paesanoakkashian.com | JT Wholesale, Inc<br>Midwest Wholesale Distributers<br>Trimexico Inc.<br>Justin Shayota<br>Raid Jamil<br>Walid Jamil |
| **Richard Apkarian, Jr.**<br>Paesano Akkashian<br>132 N Old Woodward Ave<br>Birmingham, MI 48009<br>248-792-6886<br>248-792-6885 (fax)<br>rapkarian@paesanoakkashian.com | JT Wholesale, Inc<br>Midwest Wholesale Distributers<br>Trimexico Inc.<br>Justin Shayota<br>Raid Jamil<br>Walid Jamil |

| | |
|---|---|
| **Michael Barton**<br>Plunkett Cooney<br>38505 Woodward Ave<br>Suite 2000<br>Bloomfield Hills, MI 48304<br>248-901-4070<br>248-901-4040 (fax)<br>mbarton@plunkettcooney.com | Universal Wholesale, Inc.<br>Joseph Sevany |
| **Jess M. Berkowitz**<br>Jess M. Berkowitz<br>401 Broadway, Suite 1510<br>New York, NY 10013<br>212-431-4453<br>212-431-4471 (fax)<br>jessberkowitzesq@aol.com | **Delta Distribution Services Corp.**<br>**Sulaiman S. Aamir**<br>**Empire Trade Wholesaler Corp.** |
| **Andre K. Cizmarik**<br>Edwards Wildman Palmer LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>212-308-4411<br>888-325-9598 (fax)<br>acizmarik@edwardswildman.com | **Quality King Distributions, Inc.** |
| **Michelle Waller Cohen**<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue Of The Americas<br>New York, NY 10036<br>212-336-2758<br>212-336-1235 (fax)<br>mcohen@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC**<br>**International IP Holdings LLC** |
| **Timothy Connaughton**<br>Vandeveer Garzia<br>1450 West Long Lake, Ste 100<br>Troy, MI 48098<br>248-312-2916<br>248-267-1242 (fax)<br>tconnaughton@vgpclaw.com | **Capital Sales Company, Ltd** |

| | |
|---|---|
| **Bridget Anne Crawford**<br>Cowan Liebowitz & Latman PC<br>1133 Avenue Of The Americas<br>New York, NY 10036<br>212-790-9200<br>212-575-0671 (fax)<br>bac@cll.com | **Elegant Trading, Inc**<br><br>**Ahmed Bhimani** |
| **Brian J. Davis**<br>Law Office of Brian J. Davis<br>400 Garden City Plaza<br>Suite 450<br>Garden City, NY 11530<br>516-542-0249<br>516-542-0259 (fax)<br>ah@bjdpc.com | **Shah Distributors, Inc** |
| **Danielle Marie Defilippis**<br>Norris McLaughlin & Marcus, PA<br>875 Third Avenue<br>8th Floor<br>New York, NY 10022<br>212-808-0700<br>212-808-0844 (fax)<br>dmdefilippis@nmmlaw.com | **Midwest Wholesale Distributers**<br><br>**Justin Shayota**<br><br>**Walid Jamil**<br><br>**JT Wholesale, Inc**<br>**Trimexico Inc.**<br>**Raid Jamil** |
| **Daniel Jason DiMuro**<br>Gordon & Rees LLP<br>18 Columbia Turnpike Suite 220<br>Florham Park, NJ 07932<br>973-549-2500<br>ddimuro@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br>**MCR Printing and Packaging Corp**<br>**Camilo Ramirez**<br>**Mario Ramirez**<br><br>**Naftaunited.com** |
| **Ronald A. Giller**<br>Gordon & Rees LLP<br>90 Broad Street<br>23rd Floor<br>New York, NY 10004<br>212-269-5500<br>212-269-5505 (fax)<br>rgiller@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br>**MCR Printing and Packaging Corp**<br>**Camilo Ramirez**<br>**Mario Ramirez**<br><br>**Naftaunited.com** |

| | |
|---|---|
| **Joseph P. Goldberg**<br>Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, NY 10036<br>(212) 751-4300<br>(212) 751-0928 (fax)<br>jgoldberg@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br>**Victory Wholesale Grocers** |
| **Zachary S. Goldberg**<br>Goldberg, Corwin & Greenberg, LLP<br>331 Madison Avenue, 15th Floor<br>New York, NY 10017<br>212-986-1000<br>212-986-8039 (fax)<br>zgoldberg@gcgllp.com | **Steerforth Trading, Inc**<br>**Isaac Anzaroot** |
| **Stanley R. Goodman**<br>Goodman & Saperstein, Esqs.<br>100 Garden City Plaza<br>Suite 412B<br>Garden City, NY 11530<br>(516) 227-2100<br>gsesq600@aol.com | **Food Distributers International, Inc**<br>**Scott Tilbrook**<br>**Purity Wholesale Grocers, Inc.** |
| **Natasha Sardesai Grant**<br>Kenyon & Kenyon LLP<br>1 Broadway<br>New York, NY 10004<br>212-908-6851<br>212-425-5288 (fax)<br>nsardesai@kenyon.com | **CVS Caremark Corp.** |
| **David M. Greeley**<br>Seltzer Caplan McMahon Vitek<br>750 B Street<br>Suite 2100<br>San Diego, CA 92101<br>619-685-3150<br>619-702-6893 (fax)<br>greeley@scmv.com | **Tradeway International, Inc. d/b/a**<br>**Baja Exporting**<br>**Adriana Shayota**<br>**Joseph Shayota** |

| | |
|---|---|
| **Todd D. Greenberg**<br>Addabbo & Greenberg<br>118-21 Queens Blvd.<br>Suite 306<br>Forest Hills, NY 11375<br>718-268-0400<br>718-575-9869 (fax)<br>todd@queenslaw.com | **Price Master Corp.**<br>**Ultimate One Distributing Corp.**<br>**Abdul Satar Najimi**<br>**Gulam Najimi**<br>**Wally Najimi** |
| **Hara K. Jacobs**<br>Ballard Spahr<br>1735 Market St<br>51st Floor<br>Philadelphia, PA 19103<br>215-864-8209<br>215-864-8999 (fax)<br>jacobsh@ballardsphar.com | **Valero Retail Holdings, Inc.** |
| **J. Christopher Jensen**<br>Cowan, Liebowitz & Latman, P.C.<br>1133 Avenue of the Americas<br>New York, NY 10036-6799<br>212-790-9200<br>jcj@cll.com | **Elegant Trading, Inc**<br>**Ahmed Bhimani** |
| **Gregory Charles Johnson**<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022<br>212-940-6599<br>gregory.johnson@kattenlaw.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |
| **Brian A. Kalman**<br>London Fischer, LLP.<br>59 Maiden Lane<br>New York, NY 10038<br>212-972-1000<br>212-972-1030 (fax)<br>bkalman@londonfischer.com | **Capital Sales Company, Ltd** |

| | |
|---|---|
| **Jonah Moses Knobler**<br>Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2134<br>212-336-2848 (fax)<br><br>jknobler@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **John Ko**<br>John Y. Ko, Attorney at Law<br>1855 W Katella Ave Suite 365<br>Orange, CA 92867<br>714-771-5875<br>714-771-2689 (fax)<br>jkcellistlawyer@gmail.com | **Moa Trading, Inc**<br><br>**David K Lee** |
| **Stephen J. Kressel**<br>Kressel, Rothlein, Walsh & Roth LLC<br>684 Broadway<br>Massapequa, NY 11758<br>516-798-5363<br>516-798-5498 (fax)<br>s.kressel@krwrlaw.com | **Excel Wholesale Distributors, Inc.** |
| **Thomas Philip Kurland**<br>Patterson Belknap Webb & Tyler<br>1133 Avenue Of The Americas<br>New York, NY 10036<br>(212)336-2000<br>(212)336-2222 (fax)<br>tkurland@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC** |
| **Jason Joseph Lavery**<br>Callen Koster Brady & Brennan<br>1 Whitehall Street<br>New York, NY 10004<br>(212)248-8800<br>(212)248-6815 (fax)<br>jlavery@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br>**Saquib Khan** |

| | |
|---|---|
| **Stephen M. Lobbin**<br>The Eclipse Group LLP<br>2020 Main Street<br>Suite 600<br>Irvine, CA 92614<br>949-851-5000<br>949-851-5051 (fax)<br>sml@eclipsegrp.com | **Juan Romero Gutierrez**<br>**Advanced Nutraceutical**<br>**Manufacturing, LLC**<br>**Nutrition Private Label, Inc.** |
| **J. Bruce Maffeo**<br>Cozen O'Connor<br>277 Park Avenue<br>20th Floor<br>New York, NY 10172<br>212-883-4951<br>212-937-5202 (fax)<br>jbmaffeo@cozen.com | **Baja Exporting, LLC**<br>**Joseph Shayota** |
| **Chiara Mattieson**<br>Plunkett Cooney<br>38505 Woodward Ave<br>Ste 2000<br>Bloomfield Hills, MI 48304<br>248-901-4000<br>248-901-4040 (fax)<br>cmattieson@plunkettcooney.com | **Universal Wholesale, Inc.**<br> **Joseph Sevany** |
| **Megan P. McKnight**<br>Plunkett Cooney<br>38505 Woodward Ave<br>Suite 2000<br>Bloomfield Hills, MI 48304<br>248-901-4000<br>248-901-4040 (fax)<br>mmcknight@plunkettcooney.com | **Universal Wholesale, Inc.**<br>**Joseph Sevany** |
| **Jane Metcalf**<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>212-336-2000<br>jmetcalf@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC** |

| | |
|---|---|
| **Alexander Michaels**<br>Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2904<br>amichaels@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC** |
| **Vincent A. Nagler**<br>Callan, Regensreich, Koster & Brady<br>One Whitehall Street<br>New York, NY 10004<br>(212) 248-8800<br>212-248-6815 (fax)<br>vnagler@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br>**Saquib Khan** |
| **Leslie Nizin**<br>Leslie Nizin<br>125-10 Queens Blv'd<br>Kew Gardens, NY 11415<br>718-263-2411<br>718-263-2911 (fax)<br>lnizin@aol.com | **Top Choice Trading USA, Inc**. |
| **Anthony R. Paesano**<br>Paesano Akkashian, PC<br>132 N Old Woodward Avenue<br>Birmingham, MI 48009<br>(248)792-6886<br>(248)792-6885 (fax)<br>apaesano@paesanoakkashian.com | **JT Wholesale, Inc**<br>**Midwest Wholesale Distributers**<br>**Trimexico Inc.**<br>**Justin Shayota**<br>**Raid Jamil**<br>**Walid Jamil** |
| **Ariel Samuel Peikes**<br>Gottlieb, Rackman & Reisman PC<br>270 Madison Avenue<br>8th Floor<br>New York, NY 10016<br>212-684-3900<br>212-684-3999 (fax)<br>apeikes@grr.com | **Baseline Distribution, Inc**<br>**David Flood** |

| | |
|---|---|
| **Stanton L. Phillips**<br>Law office of Stanton Lee Phillips<br>433 N Camden Dr Ste, 970<br>Suite 970<br>Beverly Hills, CA 90210<br>310-859-9900<br>310-859-7788 (fax)<br>stan@slphillipslaw.com | **One Stop Label Corporation** |
| **Geoffrey Potter**<br>Patterson Belknap Webb & Tyler LLP<br>1133 Ave of the Americas<br>New York, NY 10036<br>212-336-2000<br>212-336-2222 (fax)<br>gpotter@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC**<br><br>**International IP Holdings LLC** |
| **Kathryn Quarles**<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>619-685-3014<br>619-702-6868 (fax)<br>quarles@scmv.com | **Tradeway International, Inc. d/b/a**<br>**Baja Exporting**<br>**Adriana Shayota**<br><br>**Joseph Shayota** |
| **Bruce M. Sabados**<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022<br>212-940-8800<br>212-940-8776 (fax)<br>bruce.sabados@kattenlaw.com | **Universal Wholesale, Inc.**<br>**Joseph Sevany** |
| **Martin I. Saperstein**<br>Goodman & Saperstein, Esqs.<br>100 Garden City Plaza<br>Suite 412B<br>Garden City, NY 11530<br>516-227-2100<br>516-228-8120 (fax)<br>gsesq600@aol.com | **Food Distributers International, Inc**<br>**Scott Tilbrook**<br> **Purity Wholesale Grocers, Inc.** |

| | |
|---|---|
| **Richard S. Schurin**<br>Gottlieb, Rackman & Reisman, P.C.<br>270 Madison Avenue<br>8th Floor<br>New York, NY 10016-0601<br>(212) 684-3900<br>212-684-3999 (fax)<br>rschurin@grr.com | **Baseline Distribution, Inc.**<br><br>**David Flood** |
| **Howard J. Shire**<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004<br>212-908-6205<br>212-425-5288 (fax)<br>hshire@kenyon.com | **CVS Caremark Corp.** |
| **Zachary Winthrop Silverman**<br>Edwards Wildman Palmer LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>212-308-4411<br>212-308-4844 (fax)<br>zsilverman@edwardswildman.com | **Quality King Distributions, Inc** |
| **Randi Wolkenbreit Singer**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>212-310-8007 (fax)<br>randi.singer@weil.com | **Core-Mark International, Inc.** |
| **David Benjamin Sunshine**<br>Cozen O'Connor<br>250 Park Avenue<br>New York, NY 10177<br>212-986-1116<br>212-986-0604 (fax)<br>dsunshine@cozen.com | **Baja Exporting, LLC**<br><br>**Joseph Shayota** |

| | |
|---|---|
| **James K. Thome**<br>Vandeveer Garzia, PC<br>1450 West Long Lake Road<br>Suite 100<br>Troy, MI 48098<br>248-312-2800<br>248-267-1242 (fax)<br>jthome@vgpclaw.com | **Capital Sales Company, Ltd** |
| **James Renfro Thompson**<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>619-685-3049<br>619-702-6836 (fax)<br>thompson@scmv.com | **Adriana Shayota**<br>**Joseph Shayota**<br>**Tradeway International, Inc. d/b/a**<br>**Baja Exporting** |
| **Jacquelyn Renee Trussell**<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Floor<br>New York, NY 10036<br>212-751-4300<br>212-751-0928 (fax)<br>jtrussel@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br>**Victory Wholesale Grocers** |
| **Gregory Vega**<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>619-685-3040<br>619-685-3100 (fax)<br>vega@scmv.com | **Adriana Shayota**<br>**Joseph Shayota**<br>**Tradeway International, Inc. d/b/a**<br>**Baja Exporting** |
| **Anthony J. Viola**<br>Edwards Wildman Palmer LLP<br>750 Lexington Avenue<br>New York, NY 10022-1200<br>212-912-2827<br>212-308-4844 (fax)<br>aviola@edwardswildman.com | **Quality King Distributions, Inc.** |

| | |
|---|---|
| **Elizabeth Nicole Warin**<br>Cozen O'Connor<br>45 broadway<br>16th Floor<br>New York, NY 10006<br>212-883-4969<br>212-509-9492 (fax)<br>nwarin@cozen.com | **Baja Exporting, LLC**<br>**Joseph Shayota** |
| **Jeremy Alexander Weinberg**<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue Of The Americas<br>New York, NY 10036<br>212-336-2000<br>212-336-2222 (fax)<br>jweinberg@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC** |
| **Christos George Yatrakis**<br>Patterson Belknap Webb & Taylor LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2519<br>212-336-2222 (fax)<br>cyatrakis@pbwt.com | **Innovation Ventures, LLC**<br>**Living Essential, LLC** |
| **Gordon J. Zuiderweg**<br>Law Offices of Barry K. Rothman<br>1901 Avenue Of The Stars<br>Suite 370<br>Los Angeles, CA 90067<br>310-557-0062<br>310-557-9080 (fax)<br>bkr@bkrlegal.com | **Leslie Roman**<br>**Flexopack**<br>**Donna Roman** |

xx
_____

**Via United State Mail:**

I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first-class postage thereon fully prepaid, and deposited with the United States Postal Service on the same business day and addressed as follows:

PROOF OF SERVICE                                                                 -13-

| | |
|---|---|
| **Arnold J. Hauptman**<br>686 Broadway<br>Massapequa, NY 11758<br>(516) 541-7200 | **7-Eleven Store #11181**<br>**7-Eleven Store #23407**)<br>**7-Eleven Store #11152**<br> **7-Eleven Store #32760**<br>**7-Eleven Store #25449C-2422** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California on March 22, 2013.

R. Khan

PROOF OF SERVICE                                                                    -14-