1   William A. Markham, California State Bar No. 132970
     Dorn Graham Bishop, California State Bar No. 147994
2   Jason Eliaser, California State Bar No. 248394
     LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
3   550 West C Street, Suite 2040
     San Diego, CA 92101
4
     Tel:        (619) 221-4400
5   Fax:      (619) 224-3974
     E-mail:   wm@markhamlawfirm.com
6
     Attorneys for Defendant Dandee Company, Inc.
7

8

9                  **UNITED STATES DISTRICT COURT**

                **EASTERN DISTRICT OF NEW YORK**
10

11

12

13   INNOVATION VENTURES, LLC et al.    )    Case No.    12-CV-05354-KAM-RLM
                             )
             Plaintiffs.       )
14                          )
               Vs.          )    NOTICE OF MOTION TO ADMIT
15                          )    COUNSEL PRO HAC VICE
                         )
16   ULTIMATE ONE DISTRIBUTING      )
     CORP., et al.,               )
17                          )    The Hon. Kiyo A. Matsumoto
             Defendants    )
18                          )
     —————————————————  )
19

20

21

22

23

24

25

26

27

28

1

2  TO:  Opposing Counsel (see attached addresses and email addresses)

3

4        PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this

5  motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to

6  Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern

7  Districts of New York for an Order allowing the admission of movant, a member of the firm of The

8  Law Offices of William A. Markham, P.C., as attorney pro hac vice to argue or try this case in whole

9  or in part as counsel for Defendants DanDee Company, Inc., Kevin Attiq and Fadi Attiq  There are

10 no pending disciplinary proceedings against me in any State or Federal court.

11

12                                        Respectfully submitted,

13

14

15     Dated:  3-22-13          _____

16                                        Dorn Graham Bishop

17                                        LAW OFFICES OF WILLIAM A. MARKHAM, P.C.

18                                        550 West C Street, Suite 2040

19                                        San Diego, CA 92101

20                                        wm@markhamlawfirm.com

21                                        (619) 221-4400

22

23

24

25

26

27

28

NOTICE OF MOTION                                                                          -2-

Attachment "A"

| Addresses for Attorneys of Record | Party Represented |
|---|---|
| **Brian M. Akkashian**<br><br>Paesano Akkashian, PC<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>bakkashian@paesanoakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |
| **Richard Apkarian, Jr.**<br><br>Paesano Akkashian<br><br>132 N Old Woodward Ave<br><br>Birmingham, MI 48009<br><br>248-792-6886<br><br>248-792-6885 (fax)<br><br>rapkarian@paesanoakkashian.com | JT Wholesale, Inc<br><br>Midwest Wholesale Distributers<br><br>Trimexico Inc.<br><br>Justin Shayota<br><br>Raid Jamil<br><br>Walid Jamil |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Michael Barton**<br><br>Plunkett Cooney<br><br>38505 Woodward Ave<br><br>Suite 2000<br><br>Bloomfield Hills, MI 48304<br><br>248-901-4070<br><br>248-901-4040 (fax)<br><br>mbarton@plunkettcooney.com | Universal Wholesale, Inc.<br><br> Joseph Sevany |
| **Jess M. Berkowitz**<br><br>Jess M. Berkowitz<br><br>401 Broadway, Suite 1510<br><br>New York, NY 10013<br><br>212-431-4453<br><br>212-431-4471 (fax)<br><br>jessberkowitzesq@aol.com | **Delta Distribution Services Corp.**<br><br>**Sulaiman S. Aamir**<br><br>**Empire Trade Wholesaler Corp.** |
| **Andre K. Cizmarik**<br><br>Edwards Wildman Palmer LLP<br><br>750 Lexington Avenue<br><br>New York, NY 10022<br><br>212-308-4411<br><br>888-325-9598 (fax)<br><br>acizmarik@edwardswildman.com | **Quality King Distributions, Inc.** |

| | |
|---|---|
| **Michelle Waller Cohen**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-336-2758<br><br>212-336-1235 (fax)<br><br>mcohen@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC**<br><br>**International IP Holdings LLC** |
| **Timothy Connaughton**<br><br>Vandeveer Garzia<br><br>1450 West Long Lake, Ste 100<br><br>Troy, MI 48098<br><br>248-312-2916<br><br>248-267-1242 (fax)<br><br>tconnaughton@vgpclaw.com | **Capital Sales Company, Ltd** |
| **Bridget Anne Crawford**<br><br>Cowan Liebowitz & Latman PC<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-790-9200<br><br>212-575-0671 (fax)<br><br>bac@cll.com | **Elegant Trading, Inc**<br><br>**Ahmed Bhimani** |

| | |
|---|---|
| **Brian J. Davis**<br><br>Law Office of Brian J. Davis<br><br>400 Garden City Plaza<br><br>Suite 450<br><br>Garden City, NY 11530<br><br>516-542-0249<br><br>516-542-0259 (fax)<br><br>ah@bjdpc.com | **Shah Distributors, Inc** |
| **Danielle Marie Defilippis**<br><br>Norris McLaughlin & Marcus, PA<br><br>875 Third Avenue<br><br>8th Floor<br><br>New York, NY 10022<br><br>212-808-0700<br><br>212-808-0844 (fax)<br><br>dmdefilippis@nmmlaw.com | **Midwest Wholesale Distributers**<br><br>**Justin Shayota**<br><br>**Walid Jamil**<br><br>**JT Wholesale, Inc**<br><br>**Trimexico Inc.**<br><br>**Raid Jamil** |
| **Daniel Jason DiMuro**<br><br>Gordon & Rees LLP<br><br>18 Columbia Turnpike Suite 220<br><br>Florham Park, NJ 07932<br><br>973-549-2500<br><br>ddimuro@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br><br>**MCR Printing and Packaging Corp**<br><br>**Camilo Ramirez**<br><br>**Mario Ramirez**<br><br>**Naftaunited.com** |

| | |
|---|---|
| **Ronald A. Giller**<br><br>Gordon & Rees LLP<br><br>90 Broad Street<br><br>23rd Floor<br><br>New York, NY 10004<br><br>212-269-5500<br><br>212-269-5505 (fax)<br><br>rgiller@gordonrees.com | **MCR Innovations and Packaging, Inc.**<br><br>**MCR Printing and Packaging Corp**<br><br>**Camilo Ramirez**<br><br>**Mario Ramirez**<br><br>**Naftaunited.com** |
| **Joseph P. Goldberg**<br><br>Hodgson Russ LLP<br><br>1540 Broadway, 24th Floor<br><br>New York, NY 10036<br><br>(212) 751-4300<br><br>(212) 751-0928 (fax)<br><br>jgoldberg@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a**<br><br>**Victory Wholesale Grocers** |
| **Zachary S. Goldberg**<br><br>Goldberg, Corwin & Greenberg, LLP<br><br>331 Madison Avenue, 15th Floor<br><br>New York, NY 10017<br><br>212-986-1000<br><br>212-986-8039 (fax)<br><br>zgoldberg@gcgllp.com | **Steerforth Trading, Inc**<br><br>**Isaac Anzaroot** |

| | |
|---|---|
| **Stanley R. Goodman**<br><br>Goodman & Saperstein, Esqs.<br><br>100 Garden City Plaza<br><br>Suite 412B<br><br>Garden City, NY 11530<br><br>(516) 227-2100<br><br>gsesq600@aol.com | **Food Distributers International, Inc**<br><br>**Scott Tilbrook**<br><br>**Purity Wholesale Grocers, Inc.** |
| **Natasha Sardesai Grant**<br><br>Kenyon & Kenyon LLP<br><br>1 Broadway<br><br>New York, NY 10004<br><br>212-908-6851<br><br>212-425-5288 (fax)<br><br>nsardesai@kenyon.com | **CVS Caremark Corp.** |
| **David M. Greeley**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street<br><br>Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3150<br><br>619-702-6893 (fax)<br><br>greeley@scmv.com | **Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting**<br><br>**Adriana Shayota**<br><br>**Joseph Shayota** |

ADDRESSES FOR NOTICE OF MOTION

Case 1:12-cv-05354-KAM-RLM   Document 484-1   Filed 03/22/13   Page 9 of 22 PageID #: 6429

| Todd D. Greenberg | Price Master Corp. |
|---|---|
| Addabbo & Greenberg | **Ultimate One Distributing Corp.** |
| 118-21 Queens Blvd. | **Abdul Satar Najimi** |
| Suite 306 | **Gulam Najimi** |
| Forest Hills, NY 11375 | **Wally Najimi** |
| 718-268-0400 | |
| 718-575-9869 (fax) | |
| todd@queenslaw.com | |
| **Hara K. Jacobs** | **Valero Retail Holdings, Inc.** |
| Ballard Spahr | |
| 1735 Market St | |
| 51st Floor | |
| Philadelphia, PA 19103 | |
| 215-864-8209 | |
| 215-864-8999 (fax) | |
| jacobsh@ballardspahr.com | |
| **J. Christopher Jensen** | **Elegant Trading, Inc** |
| Cowan, Liebowitz & Latman, P.C. | **Ahmed Bhimani** |
| 1133 Avenue of the Americas | |
| New York, NY 10036-6799 | |
| 212-790-9200 | |
| jcj@cll.com | |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Gregory Charles Johnson**<br><br>Katten Muchin Rosenman LLP<br><br>575 Madison Avenue<br><br>New York, NY 10022<br><br>212-940-6599<br><br>gregory.johnson@kattenlaw.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |
| **Brian A. Kalman**<br><br>London Fischer, LLP.<br><br>59 Maiden Lane<br><br>New York, NY 10038<br><br>212-972-1000<br><br>212-972-1030 (fax)<br><br>bkalman@londonfischer.com | **Capital Sales Company, Ltd** |
| **Jonah Moses Knobler**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2134<br><br>212-336-2848 (fax)<br><br>jknobler@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |

ADDRESSES FOR NOTICE OF MOTION

| **John Ko** | **Moa Trading, Inc** |
|---|---|
| John Y. Ko, Attorney at Law | **David K Lee** |
| 1855 W Katella Ave Suite 365 | |
| Orange, CA 92867 | |
| 714-771-5875 | |
| 714-771-2689 (fax) | |
| jkcellistlawyer@gmail.com | |
| **Stephen J. Kressel** | **Excel Wholesale Distributors, Inc.** |
| Kressel, Rothlein, Walsh & Roth LLC | |
| 684 Broadway | |
| Massapequa, NY 11758 | |
| 516-798-5363 | |
| 516-798-5498 (fax) | |
| s.kressel@krwrlaw.com | |
| **Thomas Philip Kurland** | **Innovation Ventures, LLC** |
| Patterson Belknap Webb & Tyler | **Living Essential, LLC** |
| 1133 Avenue Of The Americas | |
| New York, NY 10036 | |
| (212)336-2000 | |
| (212)336-2222 (fax) | |
| tkurland@pbwt.com | |

| | |
|---|---|
| **Jason Joseph Lavery** | **Richmond Wholesale Company, Inc.** |
| Callen Koster Brady & Brennan | **Saquib Khan** |
| 1 Whitehall Street | |
| New York, NY 10004 | |
| (212)248-8800 | |
| (212)248-6815 (fax) | |
| jlavery@ckbblaw.com | |
| **Stephen M. Lobbin** | **Juan Romero Gutierrez** |
| The Eclipse Group LLP | **Advanced Nutraceutical** |
| 2020 Main Street | **Manufacturing, LLC** |
| Suite 600 | **Nutrition Private Label, Inc.** |
| Irvine, CA 92614 | |
| 949-851-5000 | |
| 949-851-5051 (fax) | |
| sml@eclipsegrp.com | |
| **J. Bruce Maffeo** | **Baja Exporting, LLC** |
| Cozen O'Connor | **Joseph Shayota** |
| 277 Park Avenue | |
| 20th Floor | |
| New York, NY 10172 | |
| 212-883-4951 | |
| 212-937-5202 (fax) | |
| jbmaffeo@cozen.com | |

ADDRESSES FOR NOTICE OF MOTION                                                -10-

| | |
|---|---|
| **Chiara Mattieson**<br><br>Plunkett Cooney<br><br>38505 Woodward Ave<br><br>Ste 2000<br><br>Bloomfield Hills, MI 48304<br><br>248-901-4000<br><br>248-901-4040 (fax)<br><br>cmattieson@plunkettcooney.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |
| **Megan P. McKnight**<br><br>Plunkett Cooney<br><br>38505 Woodward Ave<br><br>Suite 2000<br><br>Bloomfield Hills, MI 48304<br><br>248-901-4000<br><br>248-901-4040 (fax)<br><br>mmcknight@plunkettcooney.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |
| **Jane Metcalf**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036-6710<br><br>212-336-2000<br><br>jmetcalf@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |

ADDRESSES FOR NOTICE OF MOTION

-11-

| | |
|---|---|
| **Alexander Michaels**<br><br>Patterson Belknap Webb & Tyler<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2904<br><br>amichaels@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Vincent A. Nagler**<br><br>Callan, Regenstreich, Koster & Brady<br><br>One Whitehall Street<br><br>New York, NY 10004<br><br>(212) 248-8800<br><br>212-248-6815 (fax)<br><br>vnagler@ckbblaw.com | **Richmond Wholesale Company, Inc.**<br><br>**Saquib Khan** |
| **Leslie Nizin**<br><br>Leslie Nizin<br><br>125-10 Queens Blv'd<br><br>Kew Gardens, NY 11415<br><br>718-263-2411<br><br>718-263-2911 (fax)<br><br>lnizin@aol.com | **Top Choice Trading USA, Inc.** |

| | |
|---|---|
| **Anthony R. Paesano** | **JT Wholesale, Inc** |
| Paesano Akkashian, PC | **Midwest Wholesale Distributers** |
| 132 N Old Woodward Avenue | **Trimexico Inc.** |
| Birmingham, MI 48009 | **Justin Shayota** |
| (248)792-6886 | **Raid Jamil** |
| (248)792-6885 (fax) | **Walid Jamil** |
| apaesano@paesanoakkashian.com | |
| **Ariel Samuel Peikes** | **Baseline Distribution, Inc** |
| Gottlieb, Rackman & Reisman PC | **David Flood** |
| 270 Madison Avenue | |
| 8th Floor | |
| New York, NY 10016 | |
| 212-684-3900 | |
| 212-684-3999 (fax) | |
| apeikes@grr.com | |
| **Stanton L. Phillips** | **One Stop Label Corporation** |
| Law office of Stanton Lee Phillips | |
| 433 N Camden Dr Ste, 970 | |
| Suite 970 | |
| Beverly Hills, CA 90210 | |
| 310-859-9900 | |
| 310-859-7788 (fax) | |
| stan@slphillipslaw.com | |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Geoffrey Potter**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Ave of the Americas<br><br>New York, NY 10036<br><br>212-336-2000<br><br>212-336-2222 (fax)<br><br>gpotter@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC**<br><br>**International IP Holdings LLC** |
| **Kathryn Quarles**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3014<br><br>619-702-6868 (fax)<br><br>quarles@scmv.com | **Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting**<br><br>**Adriana Shayota**<br><br>**Joseph Shayota** |
| **Bruce M. Sabados**<br><br>Katten Muchin Rosenman LLP<br><br>575 Madison Avenue<br><br>New York, NY 10022<br><br>212-940-8800<br><br>212-940-8776 (fax)<br><br>bruce.sabados@kattenlaw.com | **Universal Wholesale, Inc.**<br><br>**Joseph Sevany** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Martin I. Saperstein** | **Food Distributers International, Inc** |
| Goodman & Saperstein, Esqs. | **Scott Tilbrook** |
| 100 Garden City Plaza | **Purity Wholesale Grocers, Inc.** |
| Suite 412B | |
| Garden City, NY 11530 | |
| 516-227-2100 | |
| 516-228-8120 (fax) | |
| gsesq600@aol.com | |
| **Richard S. Schurin** | **Baseline Distribution, Inc.** |
| Gottlieb, Rackman & Reisman, P.C. | **David Flood** |
| 270 Madison Avenue | |
| 8th Floor | |
| New York, NY 10016-0601 | |
| (212) 684-3900 | |
| 212-684-3999 (fax) | |
| rschurin@grr.com | |
| **Howard J. Shire** | **CVS Caremark Corp.** |
| Kenyon & Kenyon | |
| One Broadway | |
| New York, NY 10004 | |
| 212-908-6205 | |
| 212-425-5288 (fax) | |
| hshire@kenyon.com | |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Zachary Winthrop Silverman** | **Quality King Distributions, Inc** |
| Edwards Wildman Palmer LLP | |
| 750 Lexington Avenue | |
| New York, NY 10022 | |
| 212-308-4411 | |
| 212-308-4844 (fax) | |
| zsilverman@edwardswildman.com | |
| **Randi Wolkenbreit Singer** | **Core-Mark International, Inc.** |
| Weil, Gotshal & Manges, LLP | |
| 767 Fifth Avenue | |
| New York, NY 10153 | |
| 212-310-8000 | |
| 212-310-8007 (fax) | |
| randi.singer@weil.com | |
| **David Benjamin Sunshine** | **Baja Exporting, LLC** |
| Cozen O'Connor | **Joseph Shayota** |
| 250 Park Avenue | |
| New York, NY 10177 | |
| 212-986-1116 | |
| 212-986-0604 (fax) | |
| dsunshine@cozen.com | |

| | |
|---|---|
| **James K. Thome** Vandeveer Garzia, PC 1450 West Long Lake Road Suite 100 Troy, MI 48098 248-312-2800 248-267-1242 (fax) jthome@vgpclaw.com | **Capital Sales Company, Ltd** |
| **James Renfro Thompson** Seltzer Caplan McMahon Vitek 750 B Street, Suite 2100 San Diego, CA 92101 619-685-3049 619-702-6836 (fax) thompson@scmv.com | **Adriana Shayota** **Joseph Shayota** **Tradeway International, Inc. d/b/a** **Baja Exporting** |
| **Jacquelyn Renee Trussell** Hodgson Russ LLP 1540 Broadway 24th Floor New York, NY 10036 212-751-4300 212-751-0928 (fax) jtrussel@hodgsonruss.com | **Brothers Trading Co., Inc. d/b/a** **Victory Wholesale Grocers** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Gregory Vega**<br><br>Seltzer Caplan McMahon Vitek<br><br>750 B Street, Suite 2100<br><br>San Diego, CA 92101<br><br>619-685-3040<br><br>619-685-3100 (fax)<br><br>vega@scmv.com | **Adriana Shayota**<br><br>**Joseph Shayota**<br><br>**Tradeway International, Inc. d/b/a**<br><br>**Baja Exporting** |
| **Anthony J. Viola**<br><br>Edwards Wildman Palmer LLP<br><br>750 Lexington Avenue<br><br>New York, NY 10022-1200<br><br>212-912-2827<br><br>212-308-4844 (fax)<br><br>aviola@edwardswildman.com | **Quality King Distributions, Inc.** |
| **Elizabeth Nicole Warin**<br><br>Cozen O'Connor<br><br>45 broadway<br><br>16th Floor<br><br>New York, NY 10006<br><br>212-883-4969<br><br>212-509-9492 (fax)<br><br>nwarin@cozen.com | **Baja Exporting, LLC**<br><br>**Joseph Shayota** |

ADDRESSES FOR NOTICE OF MOTION

| | |
|---|---|
| **Jeremy Alexander Weinberg**<br><br>Patterson Belknap Webb & Tyler LLP<br><br>1133 Avenue Of The Americas<br><br>New York, NY 10036<br><br>212-336-2000<br><br>212-336-2222 (fax)<br><br>jweinberg@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Christos George Yatrakis**<br><br>Patterson Belknap Webb & Taylor LLP<br><br>1133 Avenue of the Americas<br><br>New York, NY 10036<br><br>212-336-2519<br><br>212-336-2222 (fax)<br><br>cyatrakis@pbwt.com | **Innovation Ventures, LLC**<br><br>**Living Essential, LLC** |
| **Gordon J. Zuiderweg**<br><br>Law Offices of Barry K. Rothman<br><br>1901 Avenue Of The Stars<br><br>Suite 370<br><br>Los Angeles, CA 90067<br><br>310-557-0062<br><br>310-557-9080 (fax)<br><br>bkr@bkrlegal.com | **Leslie Roman**<br><br>**Flexopack**<br><br>**Donna Roman** |

ADDRESSES FOR NOTICE OF MOTION

| **Arnold J. Hauptman** | **7-Eleven Store #11181** |
|---|---|
| 686 Broadway | **7-Eleven Store #23407)** |
| Massapequa, NY 11758 | **7-Eleven Store #11152** |
| (516) 541-7200 | **7-Eleven Store #32760** |
| | **7-Eleven Store #25449C-2422** |