William A. Markham, California State Bar No. 132970
Dorn Graham Bishop, California State Bar No. 147994
Jason Eliaser, California State Bar No. 248394
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:     (619) 224-3974
E-mail:  wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. ) | Case No.    12-CV-05354-KAM-RLM |
| Plaintiffs. ) | |
| Vs. ) | AFFIDAVIT OF DORN GRAHAM BISHOP IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| ULTIMATE ONE DISTRIBUTING ) CORP., et al., ) | |
| Defendants ) | The Hon. Kiyo A. Matsumoto |

State of New York   )           State of California
                    ) ss:
County of New York  )           County of San Diego

AFFIDAVIT

Dorn Graham Bishop, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Law Offices of William A. Markham.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants Dandee Company, Inc., Kevin Attiq and Fadi Attiq.

Dated: March 15, 2013

_____
Dorn Graham Bishop
LAW OFFICES OF WILLIAM A. MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101
wm@markhamlawfirm.com
(619) 221-4400

State of California        )
                           )
County of San Diego        )

On March 15, 2013, before me, Kim Davis, Notary Public, personally appeared Dorn Graham Bishop, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Notary Seal)

KIM DAVIS
COMM. # 1866192
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
COMM. EXPIRES OCT. 18, 2013

AFFIDAVIT                                                                   -2-