UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INNOVATIVE VENTURES, LLC,** **LIVING ESSENTIALS, LLC** and **INTERNATIONAL IP HOLDINGS LLC**, Plaintiffs, -against- **ULTIMATE ONE DISTRIBUTING CORP.**, *et al.*, Defendants. | 12 Civ. 5354 (KAM)(RLM) **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant **STEERFORTH TRADING, INC.,** improperly sued herein as STEERFORTH TRADING, INC. a.k.a STEER FORTH TRADING, INC., by its attorneys, GOLDBERG, CORWIN & GREENBERG, LLP, states that it has no parent company and that no publicly traded entity owns ten percent (10%) or more of its stock.

Dated: New York, New York
       March 22, 2013

GOLDBERG, CORWIN & GREENBERG, LLP

By: /s/ Zachary N. Goldberg
Zachary S. Goldberg, Esq.
zgoldberg@gcgllp.com
331 Madison Avenue, 15th Floor
New York, New York 10017
(212) 986-1000

*Attorneys for Defendants and Cross-claim Plaintiffs*
*STEERFORTH TRADING, INC.*
*and ISAAC ANZAROOT*