UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC and INTERNATIONAL IP
HOLDINGS, LLC,

                    Plaintiffs,

                v.

ULTIMATE ONE DISTRIBUTING CORP., ET AL.,

                    Defendants.
---------------------------------------------------------------------x

Civil Action No. 12 Civ. 5354 (KAM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendants RICHMOND WHOLESALE COMPANY, INC. and SAQUIB KHAN (collectively "Richmond") and defendant CORE-MARK INTERNATIONAL, INC. ("Core-Mark"), that the time for Core-Mark to answer, move or otherwise respond with respect to the cross-claims asserted by Richmond in this action is extended until April 8, 2013.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, each of which shall be deemed an original, and a facsimile or PDF copy of the signatures of respective counsel hereon shall be deemed as fully binding as original signatures for all purposes.

Dated:  April 1, 2013

/s/ Jason Lavery
By:  Jason Lavery
CALLAN, KOSTER, BRADY &
BRENNAN, LLP
One Whitehall Street, 10th Floor
New York, New York 10004
Telephone: (212) 248-8800
*Attorneys for Defendants Richmond Wholesale Company, Inc. & Saquib Khan*

Dated:  April 1, 2013

/s/ Randi W. Singer
By:  Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8152
*Attorneys for Defendant Core-Mark International, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE