# Exhibit 1

## Richard Apkarian, Jr.

| | |
|---|---|
| **From:** | Richard Apkarian, Jr. |
| **Sent:** | Monday, April 08, 2013 4:21 PM |
| **To:** | 'Roberts, John E. (x2024)' |
| **Cc:** | Brian Akkashian; Anthony Paesano; Potter, Geoffrey (x2050) (gpotter@pbwt.com) |
| **Subject:** | RE: Innovation Ventures, LLC et al. v. Ultimate One Distributing Corp. et al., No. 12-civ-5354 (E.D.N.Y.) |

John,

Please ensure that the box is up and running by the end of the week. It's unfair and prejudicial for plaintiffs to have access to all documents, while we have nothing. Then, plaintiffs pick and choose what documents we're allowed to see by attaching certain ones to letters to the court and threatening motions. If the box is not up and running by the end of the week, we'll file a motion.

-Rich

---

Richard M. Apkarian Jr.
Paesano Akkashian, P.C.
Attorneys and Counselors
132 North Old Woodward Avenue
Birmingham, Michigan 48009
p 248.792.6886
f 248.792.6885
Email: rapkarian@paesanoakkashian.com

---

**From:** Roberts, John E. (x2024) [mailto:jroberts@pbwt.com]
**Sent:** Thursday, April 04, 2013 5:14 PM
**To:** Richard Apkarian, Jr.
**Cc:** Brian Akkashian; Anthony Paesano
**Subject:** Re: Innovation Ventures, LLC et al. v. Ultimate One Distributing Corp. et al., No. 12-civ-5354 (E.D.N.Y.)

Hi Rich -

Plaintiffs are finalizing a "drop-box" mechanism for sharing all third-party documents and should have it up and running in short order.

John

On Apr 3, 2013, at 10:07 AM, "Richard Apkarian, Jr." <rapkarian@paesanoakkashian.com> wrote:

> John,
>
> My office represents Walid Jamil, Raid Jamil, Justin Shayota, Midwest Wholesale, Trimexico and JT Wholesale. Please let this email serve as our continuing request for copies of all documents produced by third parties in response to the subpoenas that the Plaintiffs are issuing in this case. Please send us copies of all documents that have been produced thus far.
>
> -Rich

1

Richard M. Apkarian Jr.
Paesano Akkashian, P.C.
Attorneys and Counselors
132 North Old Woodward Avenue
Birmingham, Michigan 48009
p 248.792.6886
f 248.792.6885
Email: rapkarian@paesanoakkashian.com

---

**From:** Roberts, John E. (x2024) [mailto:jroberts@pbwt.com]
**Sent:** Monday, March 25, 2013 5:55 PM
**To:** todd@queenslaw.com; s.kressel@krwrlaw.com; craig.adas@weil.com; randi.singer@weil.com; jessica.costa@weil.com; wkoster@ckbblaw.com; jlavery@ckbblaw.com; rbates@ckbblaw.com; vnagler@ckbblaw.com; hshire@kenyon.com; nsardesai@kenyon.com; Ajhauptman@aol.com; jacobsh@ballardspahr.com; schindlerwilliamss@ballardspahr.com; jgoldberg@hodgsonruss.com; jtrussel@hodgsonruss.com; acizmarik@edwardswildman.com; zsilverman@edwardswildman.com; aviola@edwardswildman.com; rschurin@grr.com; apeikes@grr.com; geraldgordinieratty@gmail.com; Anthony Paesano; Amy Nixon; Brian Akkashian; Richard Apkarian, Jr.; dmdefilippis@nmmlaw.com; jkcellistlawyer@gmail.com; jthome@VGpcLAW.com; tjconnaughton@VGpcLAW.com; gsesq600@aol.com; jcj@cll.com; mmcknight@plunkettcooney.com; cmattieson@plunkettcooney.com; mbarton@plunkettcooney.com; bruce.sabados@kattenlaw.com; gregory.johnson@kattenlaw.com; vega@scmv.com; greeley@scmv.com; thompson@scmv.com; quarles@scmv.com; arias@scmv.com; jbmaffeo@cozen.com; nwarin@cozen.com; dsunshine@cozen.com; BrianDavis@bjdpc.com; zgoldberg@gcgllp.com; rgiller@gordonrees.com; ddimuro@gordonrees.com; stan@slphillipslaw.com; sml@eclipsegrp.com; bkr@bkrlegal.com; mm@martinlawgroup.biz; jessberkowitzesq@aol.com; lnizin@aol.com; Potter, Geoffrey (x2050); Yatrakis, Christos G. (x2519); Cohen, Michelle W. (x2758); perfumeshower@yahoo.com
**Cc:** _cg LE Team
**Subject:** Innovation Ventures, LLC et al. v. Ultimate One Distributing Corp. et al., No. 12-civ-5354 (E.D.N.Y.)

Counsel --

Attached is a non-party subpoena that plaintiffs will be serving in the above-captioned matter.

John E. Roberts
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2024

---

```
Privileged/Confidential Information may be contained in this message.  If you
are not
the addressee indicated in this message (or responsible for delivery of the
message to
such person), you may not copy or deliver this message to anyone.  In such
case, you
should destroy this message and kindly notify the sender by reply
email.  Please advise
immediately if you or your employer do not consent to Internet email for
messages of this
kind.
```

---

2

```
IRS Circular 230 disclosure:  Any tax advice contained in this communication
(including
any attachments or enclosures) was not intended or written to be used, and
cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or (ii)
promoting, marketing or recommending to another party any transaction or
matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant
to U.S.
Treasury regulations governing tax practitioners.)

========================================================================
=


------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

========================================================================
```

3