Geoffrey Potter
Thomas P. Kurland
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: 212-336-2000
Fax: 212-336-2222

*Attorneys for Plaintiffs Innovation Ventures LLC,*
*Living Essentials, LLC, and International IP Holdings, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————— x
                                    :

INNOVATION VENTURES, LLC, LIVING   :
ESSENTIALS, LLC, and INTERNATIONAL  :
IP HOLDINGS, LLC,                     :   12 Civ. 5354 (KAM) (RLM)
                         Plaintiffs,   :
                                      :   ECF Filing
         - against -             :
                                      :   **PLAINTIFFS'**
ULTIMATE ONE DISTRIBUTING CORP.,  :   **NOTICE OF MOTION**
ET AL.,                               :   **FOR CONTEMPT**
                     Defendants.  :
                                      :
—————————————————— x

      **PLEASE TAKE NOTICE** that Plaintiffs Innovation Ventures LLC, Living

Essentials, LLC, and International IP Holdings, LLC, by their undersigned attorneys, upon all

prior pleadings had herein, the annexed Declarations of Geoffrey Potter and Thomas P. Kurland

and the exhibits thereto and the accompanying Memorandum of Law, will move this Court

before the Honorable Kiyo Matsumoto, at the United States Courthouse, Room 6G North,  225

Cadman Plaza East, Brooklyn, NY 11201 on May 7, 2013 at 4:30 p.m. for an Order adjudging

Defendants Walid Jamil and Raid Jamil in contempt of the Temporary Restraining Orders issued

on November 13 and 27, 2012, and Preliminary Injunction Orders issued on December 11, 2012,

and such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT by order of the Court, Plaintiffs'

Motion for Contempt must be served and filed no later than April 19, 2013, opposing papers, if

any, must be served and filed no later than April 26, 2013, and reply papers, if any, must be

served and filed no later than April 30, 2013.

Dated: New York, New York
      April 19, 2013

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
     Geoffrey Potter
     Thomas P. Kurland
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
*Attorneys for Plaintiffs Innovation Ventures LLC,*
*Living Essentials, LLC, and International IP*
*Holdings, LLC*