**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| INNOVATION VENTURES, LLC ET AL., | 12 Civ. 5354 (KAM) |
| Plaintiffs, | **JOINT STIPULATION AND ORDER** |
| -against- | |
| ULTIMATE ONE DISTRIBUTING CORP., ET AL., | |
| Defendants. | |

Food Distributors International, Inc. and Scott Tilbrook, on the one hand, and Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Defendants"), on the other, by and through their undersigned counsel, having stipulated to the extension of time for the Baja Defendants to answer or otherwise respond to Food Distributors International, Inc.'s and Scott Tilbrook's amended cross-claim, filed on Friday, April 26, 2013, to allow Plaintiffs to conduct jurisdictional discovery;

IT IS HEREBY ORDERED that the Baja Defendants shall answer or otherwise respond to the above-referenced amended cross-claim on or before May 28, 2013.

Dated: April 30, 2013                   Dated:  April 30, 2013

/s/  Martin Saperstein                   /s/  James R. Thompson

By: Stanley R. Goodman (SG 2500)         By: Gregory A. Vega
    Martin I. Saperstein (MS 5510)           David M. Greeley
Goodman & Saperstein                         James R. Thompson
100 Garden City Plaza, Suite 412B            Brian Ragen
Garden City, New York 11530              Seltzer Caplan McMahon Vitek
(516) 227-2100                           750 B Street, Suite 2100
Attorneys for Purity Wholesale           San Diego, California  92101
Grocers, Inc., Food Distributors         **thompson@scmv.com**
International, Inc. and Scott Tilbrook    T: (619) 685-3003 / F: (619) 685-3100
                                         Attorneys for Tradeway Int'l, Inc. d/b/a Baja
                                         Exporting, Joseph Shayota, and Adriana
                                         Shayota

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record via the Court's Electronic Case Filing System.

Dated:  San Diego, California

April 30, 2013                                    /s/ James R. Thompson
                                                            James R. Thompson
                                                            SELTZER CAPLAN MCMAHON VITEK
                                                            Attorneys for Defendants Joseph Shayota, Adriana
                                                            Shayota and Tradeway Int'l, Inc. dba Baja
                                                            Exporting
                                                            750 "B" Street, Suite 2100
                                                            San Diego, California 92101
                                                            (619) 685-3100