UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— x
                                              :
INNOVATION VENTURES, LLC, LIVING              :
ESSENTIALS, LLC, and INTERNATIONAL            :
IP HOLDINGS, LLC,                             :   12 Civ. 5354 (KAM) (RLM)
                          Plaintiffs,         :
                                              :   **ADMISSION TO PRACTICE PRO**
         - against -                          :   **HAC VICE**
                                              :
ULTIMATE ONE DISTRIBUTING CORP.,              :
ET AL.,                                       :
                          Defendants.         :
                                              :
                                              :
————————————————————— x

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Darin J. LeBeau, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above-listed case will be made on the roll of attorneys.

Dated: _____

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
*Dated:* 4/30/13

_____
UNITED STATES DISTRICT JUDGE

cc:   Pro Hac Vice Attorney
      Court File