UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| INNOVATION VENTURES, LLC ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> ULTIMATE ONE DISTRIBUTING CORP., ET AL., <br><br> Defendants. | 12 Civ. 5354 (KAM) <br><br> **JOINT STIPULATION AND ORDER** |

Food Distributors International, Inc. and Scott Tilbrook, on the one hand, and Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota (collectively, the "Baja Defendants"), on the other, by and through their undersigned counsel, having stipulated to the extension of time for the Baja Defendants to answer or otherwise respond to Food Distributors International, Inc.'s and Scott Tilbrook's amended cross-claim, filed on Friday, April 26, 2013, to allow Plaintiffs to conduct jurisdictional discovery;

IT IS HEREBY ORDERED that the Baja Defendants shall answer or otherwise respond to the above-referenced amended cross-claim on or before May 28, 2013.

Dated: April 30, 2013

Dated: April 30, 2013

/s/ Martin Saperstein
By: Stanley R. Goodman (SG 2500)
    Martin I. Saperstein (MS 5510)
Goodman & Saperstein
100 Garden City Plaza, Suite 412B
Garden City, New York 11530
(516) 227-2100
Attorneys for Purity Wholesale Grocers, Inc., Food Distributors International, Inc. and Scott Tilbrook

/s/ James R. Thompson
By: Gregory A. Vega
    David M. Greeley
    James R. Thompson
    Brian Ragen
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, California 92101
thompson@scmv.com
T: (619) 685-3003 / F: (619) 685-3100
Attorneys for Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 4/30/13

-1-