UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
INNOVATION VENTURES, LLC, et al.,  :
:
                      Plaintiffs,  :    12 Civ. 5354 (KAM) (RLM)
:
    -against-  :    **DECLARATION OF**
:    **GEOFFREY POTTER**
:
ULTIMATE ONE DISTRIBUTING CORP., et al.,  :
:
                      Defendants.  :
:
:
------------------------------------------------------------ x

        GEOFFREY POTTER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

        1.    I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials") in the above-captioned action. I make this declaration on personal knowledge in support of Living Essentials' Reply Memorandum of Law in Support of its Motion for Contempt against defendants Walid Jamil and Raid Jamil (the "Jamil Defendants"), and to place certain facts and documents before this Court.

        2.    On November 27, 2013, I took the deposition of Defendant Waild Jamil at the offices of Bienenstock Court Reporting, located at 211 West Fort Street, Suite 1611, Detroit, Michigan 48226. A true and correct copy of portions of the transcript of that deposition is attached hereto as **Exhibit A**.

        3.    On February 7, 2013, I took the deposition of Defendant Raid Jamil at the offices of Bienenstock Court Reporting, located at 211 West Fort Street, Suite 1611, Detroit, Michigan

6160155v.1

48226. A true and correct copy of portions of the transcript of that deposition is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2013

*/s/ Geoffrey Potter*

_____

Geoffrey Potter