UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INNOVATION VENTURES, LLC, et al.,

                        Plaintiffs,                                   **ORDER**

        -against-                                           12-CV-5354 (KAM)

ULTIMATE ONE DISTRIBUTING
CORP., et al.,

                        Defendants.
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      The Court has reviewed the revised Proposed Protective Order and Order for Access filed by plaintiffs on April 29, 2013, ECF Docket Entry ("DE") #541. Although no defendant has objected to any of the revisions, the Court is unclear as to the proposed procedures contemplated for the handling of materials seized by law enforcement or plaintiffs and their agents.

      Section 5.3 of the Proposed Protective Order, titled "Seized Materials," has not been substantively modified, <u>but see</u> Memorandum and Order (Apr. 23, 2013) at 4, DE #532 (directing the parties to modify "the two proposed Orders"), and Section 2 of the Order for Access is ambiguous as to whether plaintiffs will be retaining copies of any of the seized materials before returning them to the parties that originally possessed them.

      Plaintiffs are directed to clarify the intent of the proposed orders, by May 3, 2013.

      SO ORDERED.

Dated:    Brooklyn, New York
             May 1, 2013

                                                         /s/ *Roanne L. Mann*
                                                    **ROANNE L. MANN**
                                                    **UNITED STATES MAGISTRATE JUDGE**