# SELTZER | CAPLAN | McMAHON | VITEK
### A LAW CORPORATION

www.scmv.com
619.685.3003
619.685.3100 fax

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

JAMES R. THOMPSON
thompson@scmv.com
(619) 685-3049
(619) 702-6836 fax

NORMAN T. SELTZER
(1918-2011)

ROBERT CAPLAN
GERALD L. MCMAHON
REGINALD A. VITEK
DAVID J. DORNE
JAMES R. DAWE
BRIAN T. SELTZER
ELIZABETH A. SMITH-CHAVEZ
JOYCE A. MCCOY
DENNIS J. WICKHAM
JOHN H. ALSPAUGH
JAMES P. DELPHEY
ELINOR T. MERIDETH
MICHAEL G. NARDI
THOMAS F. STEINKE
NEAL P. PANISH
SEAN T. HARGADEN
DAVID J. ZUBKOFF
PATRICK Q. HALL
MICHAEL A. LEONE
J. SCOTT SCHEPER
DANIEL E. EATON
MONTY A. McINTYRE
GREGORY A. VEGA
HOWARD J. BARNHORST, II
JACK R. LEER
AMANDA L. HARRIS
MARNIE SMITH
DAVID M. GREELEY
CHARLES B. WITHAM
RHONDA CRANDALL
SCOTT ALAN MILLER
ROBERT (ROBIN) M. TRAYLOR
LINDA PAPST de LEON
JOSEPH P. MARTINEZ
G. SCOTT WILLIAMS
JEFFREY B. HARRIS
MATTHEW M. MAHONEY
ERIK L. SCHRANER
TRACY A. WARREN
DANIEL W. ABBOTT
JAMES H. SIEGEL
CHRISTINE M. LA PINTA
TODD E. HYATT
ANDREW D. BROOKS
ANGELA A. WOOLARD
JASON M. SANTANA
MICHAEL B. LEES
J. KEVIN HANN
RACHEL M. SCATIZZI
MATTHEW D. SELTZER
KATHRYN B. QUARLES
JAMES R. THOMPSON
DAVID H. LICHTENSTEIN
ANDREA N. MYERS
MARISSA A. McARTHUR
TREVOR B. POTTER
JOSEPH M. MCMULLEN
BRIAN M. RAGEN
BRIAN M. KATUSIAN
REBECCA L. VAN LOON
JASON R. FAAS
PARISA F. WEISS

OF COUNSEL
LAWRENCE S. BRANTON
DAVID P. RUTH
LAURA M. LAMB

May 28, 2013

U.S. Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Via ECF

*Application granted.*
SO ORDERED:
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 5/30/13

Re: *Innovation Ventures, LLC et al. v. Walid Jamil et al.* Docket No. 12 Civ. 05354

Dear Judge Mann:

I represent Joseph and Adriana Shayota and Tradeway International, Inc. dba Baja Exporting (collectively, "Baja Defendants"). The following co-defendants filed cross-claims against the Baja Defendants: Richmond Wholesale Company, Inc. and Saquib Khan (collectively, "Richmond Wholesale"); Midwest Wholesale Distributors, Justin Shayota, Walid Jamil, Raid Jamil, JT Wholesale, Inc. and Trimexico, Inc. (collectively, "Midwest Defendants"); Purity Wholesale Grocers, Inc., Food Distributors International, Inc. and Scott Tilbrook; and Brothers Trading Co., Inc. d/b/a victory Wholesale Grocers ("Victory") (Collectively, "Parties"). By stipulation and subsequent order of the Court, the Baja Defendants' response to these cross-claims was extended to today, May 28, 2013, which mirrored the stipulation and order entered with respect to Baja Defendants' time to respond to Plaintiffs Seventh Amended Complaint.

On March 4, 2013, an Initial Conference was held before United States Magistrate Judge Mann. At the Initial Conference Judge Mann ordered jurisdictional discovery as to Capital Sales and the Baja Exporting Defendants to be completed by June 3, 2013 and requests for a pre-motion conference challenging personal jurisdiction be filed by June 10, 2013. [Doc. #436].

On Friday, May 24, 2013, this Court approved a further extension of time to respond to Plaintiffs' Seventh Amended Complaint and adopted a proposed briefing schedule on the Baja Defendants' proposed motion challenging jurisdiction and venue. [See Order dated May 24, 2013.] The Parties have agreed in principle to an extension of time for the Baja Defendants to respond to the above-referenced cross-claims until after the Court has ruled on the Baja Defendants' motion. A stipulation to that effect has been circulated but has not been finalized.

SELTZER | CAPLAN | McMAHON | VITEK

Honorable Roanne L. Mann
May 28, 2013
Page 2

Accordingly, Baja Defendants hereby request that they be given a few days to finalize the stipulation and be permitted to file the stipulation no later than May 31, 2013. Thank you for your consideration of this request.

Respecfully,

*[signature]*

James R. Thompson, Esq.
Seltzer Caplan McMahon Vitek
A Law Corporation

JRT:tlm

cc:   All counsel of record in EDNY Action (via e-mail)