UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
INNOVATION VENTURES, LLC; LIVING                             :
ESSENTIALS, LLC; and INTERNATIONAL IP                        :    12 Civ. 5354 (KAM) (RLM)
HOLDINGS, LLC                                                :
                                                             :    **NOTICE OF APPEARANCE**
                       Plaintiffs,                           :    **(JOHN YOHAN KO)**
                                                             :
       - against -                                           :
                                                             :
ULTIMATE ONE DISTRIBUTING CORP., ET                          :    Hon. Kiyo A. Matsumoto
AL.,                                                         :
                       Defendants.                           :
                                                             :
-------------------------------------------------------------X

     PLEASE TAKE NOTICE that John Yohan Ko of John Yohan Ko, Attorney at Law now makes his general appearance in the present case as the lead attorney of record for Defendant Moa Trading, Inc. and Defendant Mark K. Lee (collectively, the "Moa Defendants"). Mr. Ko has been authorized by this Court to appear pro hac vice in this case on behalf of the Moa Defendants.

                                                                                   Respectfully Submitted,

Dated: June 16, 2013                                   /s/ John Yohan Ko
                                                                JOHN YOHAN KO, ATTORNEY AT LAW
                                                                Counsel for Defendants Mark K. Lee and
                                                                Moa Trading, Inc.
                                                               1855 W. Katella Ave. Suite 365
                                                               Orange, California 92867
                                                               jkcellistlawyer.gmail.com