IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INNOVATION VENTURES, LLC; LIVING ESSENTIALS, LLC; and INTERNATIONAL IP HOLDINGS, LLC, | : : : : | |
| Plaintiffs, | : : | 12 Civ. 5354 (KAM) (RLM) |
| -against- | : : | **JURY DEMAND** |
| ULTIMATE ONE DISTRIBUTING CORP., *et al.*, | : : : | |
| Defendants. | : | |

**DEFENDANT VALERO RETAIL HOLDINGS, INC.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Valero Retail Holdings, Inc. ("Defendant" or "Valero"), which became CST Services LLC as of May 1, 2013, by its attorneys, Ballard Spahr LLP, states that its parent company is CST Brands, Inc. and that Valero Energy Corp. is a publicly-held company that owns 10% or more of CST Brands, Inc.'s stock.

Date: June 24, 2013

/s/ Hara K. Jacobs
Hara K. Jacobs (HJ8647)
Sarah Schindler-Williams (SW0320)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel.: 215-665-8500
Fax: 215-864-8999
jacobsh@ballardspahr.com
schindlerwilliamss@ballardspahr.com

*Attorneys for Valero Retail Holdings, Inc.*

DMEAST #16357232 v1