ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: Sept. 11, 2013
START: 1:40 pm
END: 1:50 pm

DOCKET NO: 12 CV 5354

CASE: Innovation Ventures v. Ultimate One

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE

FOR PLAINTIFF: Geoffrey Potter

FOR DEFENDANT: Capital Sales — James Thome

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
___ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record during the deposition of Sam Haddad (President of Capital Sales), the Court overrules the defense objection to a line of inquiry, with the understanding that the Court is ruling on discoverability, not admissibility. The Court will allow a brief examination on the issue, subject to the previously entered Confidentiality Order.