# Exhibit A

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF NEW YORK
     ----------------------------------------x
3    INNOVATION VENTURES, LLC, LIVING ESSENTIALS,
     LLC, and INTERNATIONAL IP HOLDINGS, LLC,
4
                              Plaintiffs,
5
            -against-
6
     ULTIMATE ONE DISTRIBUTING CORP., et al,
7
                              Defendants,
8
     Case No. 12 Civ. 5354(KAM)(RLM)
9    ----------------------------------------x

10

11                           1133 Avenue of the Americas
                             New York, New York
12
                             April 25, 2013
13                           10:05 a.m.

14

15         Videotaped Deposition of SCOTT TILBROOK,

16   pursuant to Notice, before Sophie Nolan, a

17   Notary Public of the State of New York.

18

19

20

21

22

23         ELLEN GRAUER COURT REPORTING CO. LLC
             126 East 56th Street, Fifth Floor
24              New York, New York  10022
                     212-750-6434
25                   Ref:  103337

```
1                        TILBROOK
2              MR. GOODMAN:  This one has back
3         food sales.
4         A.       Okay.  Do you have a question on
5    it?
6         Q.       To your knowledge does this
7    summarize all of your purchases of 5-hour
8    Energy ever?
9         A.       To my knowledge, it does.
10        Q.       Other than the one sale to Impact
11   Food Sales did any of the 5-hour Energy that
12   you bought from any of your vendors go directly
13   to Quality King?
14        A.       That question I could not answer
15   exactly as I did not pick up the product.
16   Quality King did.
17              MR. GOODMAN:  No, but the purchaser
18        was Quality King.
19        Q.       Yeah --
20        A.       Well, he didn't ask the question
21   that way.  He asked if it went directly to
22   Quality King.  I'm specifying my answer in the
23   fact that Quality King was the person picking
24   the product up, whether it went into their
25   hands or not, I don't know.
```

```
 1                      TILBROOK
 2   or regulation.
 3        Q.      Obtained by FDI?
 4        A.      Correct.
 5        Q.      Does it -- does this apply to FDI's
 6   supplier in your view?
 7                MR. GOODMAN:  I'll object to the
 8           form of the question, you can answer.
 9        A.      I know, I need a direct question.
10   As far as you asked me the question of what
11   this means to me and I think I answered that
12   question.  And now you're asking me to explain
13   it in a different way.
14        Q.      Did you understand that the -- the
15   rep and warranty -- the representation and
16   warranty that FDI was making to Quality King
17   was on behalf of FDI only or on behalf of FDI
18   and its supplier?
19        A.      I represent my company.  I don't
20   represent my suppliers.
21        Q.      So as far as --
22        A.      I can't represent another company
23   that I don't work for or represent.  You know,
24   I'm not a -- I'm not a sales rep for Baja
25   Exporting.
```

```
 1                     TILBROOK
 2   negotiations or conversations with Kevin Attiq
 3   about the 5-hour Energy?
 4              MR. THOMPSON: :  Objection, calls
 5      for speculation.
 6              MR. GOODMAN:  Well, if you know.
 7      Do you know if Joseph Shayota was aware?
 8      A.      Ask me that question in a different
 9   way because that's a broad spectrum.
10      Q.      Did you discuss your negotiations
11   between yourself and Kevin Attiq with Joe
12   Shayota?
13      A.      No.  Joe said whatever deal you
14   work out with Kevin you work out.
15      Q.      Did you follow up with Joe about
16   your relationship with Kevin Attiq and Dan Dee
17   in this infancy of this relationship?
18      A.      If I was to answer that question
19   I'd be guessing at what dialogue was said.  I
20   don't remember.
21      Q.      Okay.  Well, you testified earlier
22   that the reason you started doing business with
23   Dan Dee with regard to 5-hour Energy -- well,
24   one of the reasons was that Joe put you
25   together with Kevin; right?
```