Gregory A. Vega, Esq. (SBN: 141477)
David M. Greeley, Esq. (SBN 198520)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail: vega@scmv.com; greeley@scmv.com

Attorneys for Defendants BAJA EXPORTING, LLC and JOSEPH SHAYOTA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,,

Plaintiffs,

v.

ULTIMATE ONE DISTRIBUTING CORP, ET AL.,

Defendants.

Case No. 1:12-cv-05354 (KAM-RLM)

**PROOF OF SERVICE**

Complaint Filed: October 25, 2012
Trial Date: None set

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 750 B Street, Suite 2100, San Diego, California 92101-8177.

On the date listed below, I served **DEFENDANTS TRADEWAY INT'L dba BAJA EXPORTING, JOSEPH SHAYOTA AND ADRIANA SHAYOTA'S:**

1. **REPLY BRIEF TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR ALTERNATIVELY FOR IMPROPER VENUE;**
2. **DECLARATION OF DAVID M. GREELEY; and**
3. **LETTER TO THE COURT.**

on all interested parties in this action as follows:

☒ **BY ELECTRONIC CASE FILING:** The document(s) described above were served on the parties in this action through the Eastern District of New York Electronic Case Filing system on the counsel listed in the attached Service List.

☒ **BY E-MAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses as shown on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true

SELTZER CAPLAN McMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

and correct.

Executed on May 2, 2013 at San Diego, California.

Patricia Mulcahy

**SERVICE LIST**
(Updated 5/1/13)

Alexander Michaels, Esq.
Christos George Yatrakis, Esq.
Geoffrey Potter, Esq.
Jane Metcalf, Esq.
Jeremy Alexander Weinberg, Esq.
Jonah Moses Knobler, Esq.
Thomas Philip Kurland, Esq.
Michelle Waller Cohen, Esq.
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036
T: 212-336-2000
F: 212-336-2222
amichaels@pbwt.com
cyatrakis@pbwt.com
gpotter@pbwt.com
jmetcalf@pbwt.com
jweinberg@pbwt.com
jknobler@pbwt.com
tkurland@pbwt.com
mcohen@pbwt.com

Attorneys for Plaintiffs Innovation Ventures, LLC and Living Essential, LLC

Darin J. LeBeau, Esq.
OAKLAND LAW GROUP, PLLC
38955 Hills Tech Drive
Farmington, MI 48331
T: 248-560-0452
F: 248-871-9895
mcditigation@pbwt.com

Attorneys for Plaintiffs Innovation Ventures, LLC, Living Essential, LLC and International IP Holdings LLC

Randi Wolkenbreit Singer, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
T: 212-310-8000
F: 212-310-8007
Randi.singer@weil.com

Attorneys for Defendant Core-Mark International, Inc.

Hara K. Jacob, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-864-8209
F: 215-864-8999
jacobsh@ballardspahr.com

Attorneys for Defendant Valero Retail Holdings, Inc.

Joseph P. Goldberg, Esq.
Jacquelyn Renee Trussell, Esq.
HODGSON RUSS LLP
1540 Broadway, 24th Floor
New York, NY 10036
T: 212-751-4300
F: 212-751-0928
jgoldberg@hodgsonruss.com
jtrussel@hodgsonruss.com

Attorneys for Defendant Brothers Trading Co., Inc. dba Victory Wholesale Grocers

Andre K. Cizmarik, Esq.
Anthony J. Viola, Esq.
Zachary Winthrop Silverman, Esq.
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
T: 212-308-4411
F: 212-888-325-9598
acizmarik@edwardswildman.com
aviola@edwardswildman.com
zsilverman@edwardswildman.com

Attorneys for Defendant Quality King Distributions, Inc.

Richard S. Schurin, Esq.
Ariel Samuel Peikes, Esq.
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016
T: 212-684-3900
F: 212-684-3999
rschurin@grr.com
apeikes@grr.com

Attorneys for Defendants Baseline Distribution, Inc. and David Flood

Stanley R. Goodman, Esq.
Martin I. Saperstein, Esq.
GOODMAN & SAPERSTEIN, ESQS.
666 Old Country Road, Suite 530
Garden City, NY 11530
T: 516-227-2100
F: 516-228-8120
gsesq600@aol.com

Attorneys for Defendants Food Distributors International, Inc. and Scott Tilbrook

Bruce M. Sabados, Esq.
Gregory Charles Johnson, Esq.
KATTEN MUCHIN ROSEMAN LLP
575 Madison Avenue
New York, NY 10022
T: 212-940-8800
F: 212-940-8776
Bruce.sabados@kmzr.com
Gregory.johnson@kattenlaw.com

Attorneys for Defendants Universal Wholesale, Inc. and Joseph Sevany

Michael Barton, Esq.
Chiara Mattieson, Esq.
Megan P. McKnight, Esq.
PLUNKETT COONEY

Attorneys for Defendants Universal Wholesale, Inc. and Joseph Sevany

38505 Woodward Avenue, Ste. 2000
Bloomfield Hills, MI 48304
T: 248-901-4070
F: 248-901-4040
mbarton@plunkettcooney.com
cmattieson@plunkettcooney.com
mmcknight@plunkettcooney.com

Gregory Charles Johnson, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
T: 212-940-6599
Gregory.johnson@kattenlaw.com

Attorneys for Defendants Universal Wholesale, Inc. and Joseph Sevany

Anthony R. Paesano, Esq.
Brian M. Akkashian, Esq.
Richard Apkarian, Jr., Esq.
PAESANO AKKASHIAN, PC
7457 Franklin Road, Ste. 200
Bloomfield Hills, MI 48301
T: 248-792-6886
F: 248-792-6885
apaesano@paesanoakkashian.com
bakkashian@paesanoakkashian.com
rapkarian@paesanoakkashian.com

Attorneys for Defendants JT Wholesale, Inc., Midwest Wholesale Distributers, Trimexico, Inc., Justin Shayota, Raid Jamil and Walid Jamil

Danielle Marie Defilippis, Esq.
NORRIS McLAUGHLIN & MARCU, PA
875 Third Avenue, 8th Floor
New York, NY 10022
T: 212-808-0700
F: 212-808-0844
dmdefilippis@nmmlaw.com

Attorneys for Defendants JT Wholesale, Inc., Midwest Wholesale Distributers, Trimexico, Inc., Justin Shayota, Raid Jamil and Walid Jamil

Jess M. Berkowitz, Esq.
401 Broadway, Ste. 1510
New York, NY 10013
T: 2112-431-4453
F: 212-431-4471
jessberkowitzesq@aol.com

Attorneys for Defendants Delta Distribution Services Corp., Sulaiman S. Aamir and Empire Trade Wholesaler Corp.

Timothy Connaughton, Esq.
James K. Thome, Esq.
VANDEVEER GARZIA
1450 West Long Lake, Ste. 100
Troy, MI 48098
T: 248-312-2916
F: 248-267-1242
tconnaughton@vgpclaw.com
jthome@vgpclaw.com

Attorneys for Defendant Capital Sales Company, Ltd.

Bridget Anne Crawford, Esq.
J. Christopher Jensen, Esq.
COWAN LIEBOWITZ & LATMAN PC

Attorneys for Defendants Elegant Trading, Inc. and Ahmed Bhimani

SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

1133 Avenue of the Americas
New York, NY 10036
T: 212-790-9200
F: 212-575-0671
bac@cll.com
jcj2cll.com

Brian J. Davis, Esq.
LAW OFFICE OF BRIAN J. DAVIS
400 Garden City Plaza, Ste. 450
Garden City, NY 11530
T: 517-542-0249
F: 517-542-0259
ah@bjdpc.com

Attorneys for Defendant Shah Distributors, Inc.

Daniel Jason DiMuro, Esq.
GORDON & REES LLP
18 Columbia Turnpike, Ste. 220
Florham Park, NJ 07932
T: 973-549-2500
ddimuro@gordonrees.com

Attorneys for Defendants MCR Innovations and Packaging, Inc., MCR Printing and Packaging Corp., Camilo Ramirez, Mario Ramirez and Naftaunited.com

Ronald A. Giller, Esq.
GORDON & REES LLP
90 Broad St., 23rd Floor
New York, NY 10004
T: 212-269-5500
F: 212-269-5505
griller@gordonrees.com

Attorneys for Defendants MCR Innovations and Packaging, Inc., MCR Printing and Packaging Corp., Camilo Ramirez, Mario Ramirez and Naftaunited.com

Zachary S. Goldberg, Esq.
GOLDBERG, CORWIN & GREENBERG, LLP
331 Madison Avenue, 15th Floor
New York, NY 10017
T: 212-986-1000
F: 212-986-8039
zgoldberg@gcgllp.com

Attorneys for Defendants Steerforth Trading, Inc. and Isaac Anzaroot

Natasha Sardesai Grant, Esq.
Howard J. Shire, Esq.
KENYON & KENYON LLP
1 Broadway
New York, NY 10004
T: 212-908-6851
F: 212-425-5288
nsardesai@kenyon.com
hshire@kenyon.com

Attorneys for Defendant CVS Caremark Corp.

Todd D. Greenberg, Esq.
ADDABBO & GREENBERG
118-21 Queens Blvd., Ste. 306
Forest Hills, NY 11375
T: 718-268-0400
F: 718-575-9869
todd@queenslaw.com

Attorneys for Defendants Price Master Corp., Ultimate One Distributing Corp., Abdul Satar Najimi, Gulam Najimui and Wally Najimi

Rashida A. Khan, Esq.
LAW OFFICES OF WILLIAM A. MARKHAM, PC
550 West C Street, Ste. 2040
San Diego, CA 92101
T: 619-221-4400
F: 619-224-3974
rk@markhamlawfirm.com

Attorneys for Defendants Kevin Attiq and Dan-Dee Company, Inc.

Maura Griffin, Esq.
LAW OFFICES OF WILLIAM A. MARKHAM, PC
550 West C Street, Ste. 2040
San Diego, CA 92101
T: 619-906-4446
F: 619-906-4447
mg@maurafriffinlaw.com

Attorneys for Defendant Kevin Attiq

Steven A. Elia, Esq.
LAW OFFICES OF STEVEN A. ELIA APC
2221 Camino Del Rios, Ste. 207
San Diego, CA 92108
T: 619-444-2244
F: 619-440-2233
steve@elialaw.com

Attorneys for Defendant Kevin Attiq

Brian A. Kalman, Esq.
LONDON FISCHER, LLP
59 Maiden Lane
New York, NY 10038
T: 212-972-1000
F: 212-972-1030
bkalman@londonfischer.com

Attorneys for Defendant Capital Sales Company, Ltd.

John Ko, Esq.
1855 W. Katella Avenue, Ste. 365
Orange, CA 92867
T: 714-771-5875
F: 714-771-2689
jkcellistlawyer@gmail.com

Attorneys for Defendants Moa Trading, Inc. and David K. Lee

Stephen J. Kressel, Esq.
KRESSEL, ROTHLEIN, WLASH & ROTH LLC
684 Broadway
Massapequa, NY 11758
T: 516-798-5363
F: 516-798-5498
s.kressel@krwrlaw.com

Attorneys for Defendant Excel Wholesale Distributors, Inc.

Jason Joseph Lavery, Esq.
Vincent A. Nagler, Esq.
CALLEN KOSTER BRADY & BRENNAN
1 Whitehall Street
New York, NY 10004
T: 212-248-8800
F: 212-248-6815

Attorneys for Defendants Richmond Wholesale Company, Inc. and Saquib Khan

SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

jlavery@ckbblaw.com
vnagler@ckbblaw.com

| | |
|---|---|
| Stephen M. Lobbin, Esq.<br>THE ECLIPSE GROUP LLP<br>2020 Main St., Ste. 600<br>Irvine, CA 92614<br>T: 949-851-5000<br>F: 949-851-5051<br>sml@sclipsegrp.com | Attorneys for Defendants Juan Romero Gutierrez, Advanced Nutraceutical Manufacturing, LLC and Nutrition Private Label, Inc. |
| Leslie Nizin, Esq.<br>125-10 Queens Blvd.<br>Kew Gardens, NY 11415<br>T: 718-263-2411<br>F: 718-263-2911<br>lnizin@aol.com | Attorneys for Defendant Top Choice Trading USA, Inc. |
| Stanton L. Phillips, Esq.<br>LAW OFFICES OF STANTON LEE PHILLIPS<br>433 N. Camden Dr., Ste. 970<br>Beverly Hills, CA 90210<br>T: 310-859-9900<br>F: 310-859-7788<br>stan@slphillipslaw.com | Attorneys for Defendant One Stop Label Corporation |
| Gordon J. Zuiderweg, Esq.<br>LAW OFFICES OF BARRY K. ROTHMAN<br>1901 Avenue of the Stars, Ste. 370<br>Los Angeles, CA 90067<br>T: 310-557-0062<br>F: 310-557-9080<br>bkr@bkrlegal.com | Attorneys for Defendants Leslie Roman, Flexopack and Donna Roman |
| Arnold J. Hauptman, Esq.<br>686 Broadway<br>Massapequa, NY 11758<br>T: 516-541-7200<br>shauptman@aol.com | Attorneys for Defendants 7-Elevent Store #11181, 7-Elevent Store #23407, 7-Elevent Store #11152, 7-Elevent Store #32760 and 7-Elevent Store #25449C-2422 |