William A. Markham, CA State Bar No. 132970
Dorn Graham Bishop, CA State Bar No. 147994
Rashida Khan, CA State Bar No. 196420
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:    (619) 224-3974
E-mail:  wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION VENTURES, LLC et al.<br><br>Plaintiffs.<br><br>Vs.<br><br>ULTIMATE ONE DISTRIBUTING CORP. et al.<br><br>Defendants<br><br>RELATED ACTIONS | Case No.   12 Civ. 5354<br>           (KAM) (RLM)<br><br>STIPULATION AND ORDER ON SUBSTITUTION OF ATTORNEYS FOR THE DAN-DEE DEFENDANTS<br><br>Complaint Filed:   October 25, 2012<br>Trial Date:        Not set |

STIPULATION AND ORDER ON SUBSTITUTION OF
ATTORNEYS FOR DAN-DEE COMPANY, INC.

WHEREAS, on October 25, 2012, Plaintiffs initiated the present case, naming various parties as Defendants; and

WHEREAS, certain Defendants in the present case have filed third-party claims against Third-Party Defendants Dan-Dee Company, Inc. ("Dan-Dee") and Kevin Attiq; and

WHEREAS, October 26, 2012, Plaintiffs initiated a related case in the Northern District of California entitled *Innovation Ventures, LLC v. Pittsburgh Wholesale Grocers, LLC* (12-CV-5523-WHA) (the "California Action,"); and

WHEREAS, in the California Action Plaintiffs asserted claims against Dan-Dee, Kevin Attiq, and Fadi Attiq, and they in turn asserted third-party claims against various parties, all of whom are Defendants in the present case; and

WHEREAS, on November 15, 2013 the California Action was transferred under 18 U.S.C. §1404(a) from the Northern District of California to this judicial district, where the undersigned signatories understand that the California Action will be forthwith consolidated with the present case for all purposes, including trial; and

WHEREAS, in the present case Dan-Dee has been represented until now by William Markham, Dorn Bishop, and Rashida Khan of the Law Offices of William Markham, P.C.; and until its transfer Dan-Dee was represented in the California Action by these same attorneys as well as Jason Eliaser of the Law Offices of William Markham, P.C.; and

WHEREAS, until now Kevin Attiq has been represented in the present case by Steven Elia of the Law Offices of Steven Elia, P.C. and Maura Griffin of the Law Office of Maura Griffin (erroneously identified as an attorney of Law Offices of William Markham on the docket for this case); and Kevin Attiq and Fadi Attiq have been represented by these two attorneys in the California Case; and

WHEREAS, Dan-Dee, Kevin Attiq, and Fadi Attiq have elected to engage Steven Elia and Maura Griffin to represent all of them in the present case and in the California Action upon its transfer to this Court, so that these attorneys will take the place of William Markham, Dorn Bishop, Rashida Khan, and Jason Eliaser and henceforward represent Dan-Dee in the present case, including the claims transferred from the California Action; and

STIPULATION AND ORDER ON SUBSTITUTION OF
ATTORNEYS FOR DAN-DEE COMPANY, INC.

-2-

```
 1       WHEREFORE, Dan-Dee, Kevin Attiq, and Fadi Attiq now give notice and request the
 2  Court's approval of the following substitution of attorneys: William Markham, Dorn Bishop, and
 3  Rashida Khan of the Law Offices of William Markham, P.C. are hereby replaced and substituted by
 4  Steven Elia of the Law Offices of Steven Elia, P.C. and the Law Office of Maura Griffin, who
 5  henceforward shall be the attorneys of record for Dan-Dee in the present case and also in the
 6  California Action.
 7       IT IS SO STIPULATED.
 8
 9  Dated: November 19, 2013                    _____
10                                              Fadi Attiq, President
                                                DAN-DEE COMPANY, INC.
11
12  Dated: November 19, 2013                    _____
13                                              Fadi Attiq
14
    Dated: November 19, 2013                    _____
15                                              Kevin Attiq
16
17
18  Dated: November 19, 2013                    /s/ William Markham
19                                              _____
                                                William Markham, Esq.
                                                LAW OFFICES OF WILLIAM MARKHAM, P.C.
20                                              Former Attorney for Dan-Dee Company, Inc.
21
22  Dated: November 19, 2013                    /s/ Dorn Bishop
23                                              _____
                                                Dorn Bishop, Esq.
                                                LAW OFFICES OF WILLIAM MARKHAM, P.C.
24                                              Former Attorney for Dan-Dee Company, Inc.
25
26  //
27  //
28  //
```

STIPULATION AND ORDER ON SUBSTITUTION OF
ATTORNEYS FOR DAN-DEE COMPANY, INC.

-3-

Dated: November 19, 2013        /s/ Rashida Khan
_____
Rashida Khan, Esq.
LAW OFFICES OF WILLIAM MARKHAM, P.C.
Former Attorney for Dan-Dee Company, Inc.

Dated: November 19, 2013        /s/ Steven Elia
_____
LAW OFFICES OF STEVEN ELIA, P.C.
New Attorney for Dan-Dee Company, Inc. and
Attorney for Kevin Attiq

Dated: November 19, 2013        /s/ Maura Griffin
_____
LAW OFFICE OF MAURA GRIFFIN
New Attorney for Dan-Dee Company, Inc. and
Attorney for Kevin Attiq

### ORDER ON THE STIPULATION

The Court having reviewed the stipulated substitution of attorneys, which has been given in timely manner, now orders, with plaintiffs' consent, that the above substitution of attorneys be given immediate effect, on condition that the substitution will cause no delay in this case.

IT IS SO ORDERED.

SO ORDERED:
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*

Dated: November __, 2013

Roanne L. Mann   Dated: 11/20/13
United States Magistrate Judge

STIPULATION AND ORDER ON SUBSTITUTION OF
ATTORNEYS FOR DAN-DEE COMPANY, INC.

-4-