UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

Innovation Ventures, LLC et al.          Plaintiff,      Case No. 12 CV 5354

-against-

Ultimate One Distributing
Corp. et al.                             Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### RICHARD S. SCHURIN
FILL IN ATTORNEY NAME

My EDNY Bar Number is: RS 0199    My State Bar Number is    NY 2661270

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: GOTTLIEB, RACKMAN & REISMAN PC
             FIRM ADDRESS: 270 MADISON AVENUE, NEW YORK, NY 10016
             FIRM TELEPHONE NUMBER: (212) 684-3900
             FIRM FAX NUMBER: (212) 684-3999

NEW FIRM:    FIRM NAME: STERN & SCHURIN LLP
             FIRM ADDRESS: 410 E. JERICHO TPKE, MINEOLA, NY 11501
             FIRM TELEPHONE NUMBER: (516) 248-0300
             FIRM FAX NUMBER: (516) 283-0277    EMAIL: rschurin@sternschurin.com

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: JANUARY  2  , 2013

_____
ATTORNEY'S SIGNATURE