UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X
:
INNOVATION VENTURES, LLC, ET AL.,                    :
:       12 Civ. 5354 (KAM) (RLM)
Plaintiffs,        :
:
-against-                     :       **<u>STIPULATION AND ORDER</u>**
:
ULTIMATE ONE DISTRIBUTING CORP., ET   :
AL.                                                                  :
:
Defendants.       :
:
———————————————————— X

WHEREAS, Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and

International IP Holdings, LLC (collectively, "Plaintiffs") and Core-Mark International, Inc.,

Purity Wholesale Grocers, Inc., Baseline Distribution, Inc., David Flood, Moa Trading, Inc.,

Capital Sales Company, and Quality King Distributors, Inc. (collectively, "Stipulating

Defendants") have been engaged in good faith settlement discussions and the Stipulation

Defendants seek additional time to reach a resolution of the claims against them;

WHEREAS, pursuant to the Court's scheduling order dated March 11, 2013 (Dkt. No.

452), fact discovery in this action is scheduled to close on January 17, 2014; and

WHEREAS, the goals of justice and efficiency would be best served by further

settlement discussions;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned, that the Court's scheduling order is amended as follows:

1.  The deposition of Ron Knudsen previously scheduled to take place on January 6, 2014

shall be taken no later than February 21, 2014;

2.  The deposition of Quality King Distributor Inc.'s corporate designee currently scheduled

to take place on January 15, 2014 shall be taken no later than February 21, 2014;

3. The deposition of Core-Mark International, Inc.'s corporate designee currently scheduled to take place on January 17, 2014 shall be taken no later than February 28, 2014;

4. The deposition of Mike Dunn currently scheduled to take place on January 14, 2014 shall be taken no later than February 28, 2014;

5. The deposition of Karen Rodriguez-Mclellan currently scheduled to take place on January 16, 2014 shall be taken no later than February 28, 2014;

6. The deposition of Purity Wholesale Grocers, Inc.'s corporate designee currently scheduled to take place on January 10, 2014 shall be taken no later than February 28, 2014;

7. The deposition of Jim Zaccardi currently scheduled to take place on January 13, 2014 shall be taken no later than February 28, 2014;

8. The deposition of Moa Trading, Inc.'s corporate designee currently scheduled to take place on January 7, 2014 shall be taken no later than February 15, 2014;

9. The deposition of Baseline Distribution, Inc.'s corporate designee previously scheduled to take place on January 8, 2014 shall be taken no later than March 15, 2014;

10. The deposition of Plaintiffs' corporate designee shall take place no later than March 7, 2014;

11. No party shall be prevented from asking questions of Plaintiffs' corporate designee solely because the deposition is scheduled to occur after January 17, 2014;

12. The deposition of Brian Nystuen previously scheduled to take place on January 3, 2014 shall be taken no later than February 19, 2014;

13. The deposition of Antonio Lico previously scheduled to take place on December 27, 2013 shall be taken no later than February 19, 2014;

14. The deposition of Joseph Resser previously scheduled to take place on December 30, 2013 shall be taken no later than February 19, 2014;

6629134

15. Plaintiffs shall respond on or before March 28, 2014 to Defendant Core-Mark International, Inc.'s First Set of Requests For Production of Documents, and Defendant Core-Mark International, Inc.'s First Set of Interrogatories to Plaintiffs;

16. Core-Mark International, Inc. shall respond on or before March 28, 2014 to Plaintiffs' First Set of Requests for Admission to Defendant Core-Mark International Inc. and Plaintiffs' First Set of Interrogatories to Defendant Core-Mark International Inc.;

17. Baseline Distribution, Inc. shall respond on or before March 28, 2014 to Plaintiffs' First Set of Requests for Admission to Defendant Baseline Distribution, Inc. and Plaintiffs' Second Set of Interrogatories to Baseline Distribution, Inc.;

18. Non-binding private mediations between Plaintiffs and each of the Stipulating Defendants, except Moa Trading, Inc., must be completed by March 28, 2014; and

19. If a resolution is not reached through mediation or other means, fact discovery as between Plaintiffs and the Stipulating Defendants will closed on March 28, 2014.

Dated: January 15, 2014

**CONSENTED AND AGREED TO BY:**

PATTERSON BELKNAP WEBB & TYLER LLP

GOODMAN & SAPERSTEIN

By:    /s/ Geoffrey Potter
      Geoffrey Potter
      gpotter@pbwt.com
      Christos G. Yatrakis
      cyatrakis@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

By: _____
      Stanley R. Goodman
      gsesq600@aol.com
100 Garden City Plaza, Suite 412-B
Garden City, NY 11530
(516) 227-2100

*Attorneys for Purity Wholesale Grocers, Inc.*

*Attorneys for Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC*

- 3 -

6629134

15. Plaintiffs shall respond on or before March 28, 2014 to Defendant Core-Mark International, Inc.'s First Set of Requests For Production of Documents, and Defendant Core-Mark International, Inc.'s First Set of Interrogatories to Plaintiffs;

16. Core-Mark International, Inc. shall respond on or before March 28, 2014 to Plaintiffs' First Set of Requests for Admission to Defendant Core-Mark International Inc. and Plaintiffs' First Set of Interrogatories to Defendant Core-Mark International Inc.;

17. Baseline Distribution, Inc. shall respond on or before March 28, 2014 to Plaintiffs' First Set of Requests for Admission to Defendant Baseline Distribution, Inc. and Plaintiffs' Second Set of Interrogatories to Baseline Distribution, Inc.;

18. Non-binding private mediations between Plaintiffs and each of the Stipulating Defendants, except Moa Trading, Inc., must be completed by March 28, 2014; and

19. If a resolution is not reached through mediation or other means, fact discovery as between Plaintiffs and the Stipulating Defendants will closed on March 28, 2014.

Dated: January 15, 2014

**CONSENTED AND AGREED TO BY:**

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
    Geoffrey Potter
    gpotter@pbwt.com
    Christos G. Yatrakis
    cyatrakis@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC*

GOODMAN & SAPERSTEIN

By: _____
    Stanley R. Goodman
    gsesq600@aol.com
100 Garden City Plaza, Suite 412-B
Garden City, NY 11530
(516) 227-2100

*Attorneys for Purity Wholesale Grocers, Inc.*

6629134

WEIL, GOTSHAL & MANGES LLP

By: ___/s/ Randi Singer_____
      Randi W. Singer
      randi.singer@weil.com
767 Fifth Avenue
New York, NY 10153
(212) 310-8152

*Attorneys for Core-Mark International, Inc.*

By: ___/s/ John Ko_____
      John Ko
      jkcellistlawyer@gmail.com
1855 W. Katella Ave., Suite 365
Orange, CA 92867
(818) 912-9803

*Attorney for Moa Trading, Inc.*
*and Mark K. Lee*

VANDEVEER GARZIA, P.C.

By: ___/s/ James Thome_____
      James K. Thome
      jthome@vgpclaw.com
1450 West Long Lake Road
Suite 100
Troy, MI 48090
(248) 312-2800

*Attorneys for Capital Sales Company*

EDWARDS WILDMAN PALMER LLP

By: ___/s/ Andre Cizmarik_____
      Andre K. Cizmarik
      Acizmarik@Edwardswildman.com
750 Lexington Avenue
New York, NY 10022
(212) 912-2731

*Attorneys For Quality King Distributors, Inc.*

STERN & SCHURIN LLP

By: ___/s/ Richard Schurin_____
      Richard S. Schurin
      rschurin@grr.com
220 East 42nd Street
Suite 3304
New York, NY 10017
(212) 338-0300

*Attorneys for Baseline and David Flood*

**SO ORDERED:**

_____
MAGISTRATE JUDGE ROANNE L. MANN

- 4 -

6629134