UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC,

        Plaintiffs,

  -against-

ULTIMATE ONE DISTRIBUTING CORP.,
ET AL.,

        Defendants.

-------------------------------------------------------------x

TOP CHOICE TRADING USA, INC
RESPONSE TO PLAINTIFFS' FIRST
SET OF REQUESTS FOR ADMISSION

12 Civ. 5354 (KAM) (RLM)

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and Local rules of the Eastern District of New York, Defendant, Top Choice Trading, USA, Inc. ("Top Choice") responds herein to the Plaintiffs' First Set of Requests for Admission.

## GENERAL OBJECTIONS

1. Definitions beyond the scope of Local Civil rule 26.3.

## RESPONSES TO REQUESTS FOR ADMISSION

Request for Admission No. 1: Admit that all of the 5-hour Energy that You purchased from the Steerforth Defendants in 2012 was counterfeit.

Response: Denies that Top Choice had knowledge at the time of purchase that the 5-hour Energy purchased from Steerforth Defendants in 2012 was counterfeit.

Request for Admission No. 2: Admit that some of the 5-hour Energy that You purchased from the Steerforth Defendants in 2012 was counterfeit.

Response: Denies that Top Choice had knowledge at the time of purchase that the 5-hour Energy purchased from the Steerforth Defendants in 2012 was counterfeit.

Request for Admission No. 3: Admit that all of the 5-hour Energy You sold to Shah Distributors had been purchased by You from the Steerforth Defendants.

Response: Denies that Top Choice had knowledge at the time of sale to Shah Distributors was counterfeit.

Request for Admission No. 4: Admit that some of the 5-hour Energy You sold to Shah distributors had been purchased by You from the Steerforth Defendants.

Response: Denies that Top Choice had knowledge at the time of sale to Shah Distributors in 2012 that the 5-hour Energy purchased from Steerforth Defendants was counterfeit.

Request for Admission No. 5: Admit that You knew the 5-hour Energy that You purchased from the Steerforth Defendants in 2012 was counterfeit.

Response: Denies that Top Choice had knowledge that the 5-hour Energy purchased from the Steerforth Defendants in 2012 was counterfeit.

Request for Admission No. 6: Admit that You took no steps to ensure that the 5-hour Energy product You purchased from the Steerforth Defendants in 2012 was authentic.

Response: Top Choice objects to this Request to the extent that it is vague and ambiguous and improperly requires Top Choice to speculate as to its meaning.

Request for Admission No. 7: Admit that the Steerforth Defendants sold You 5-hour Energy in 2012 at a price lower than any price at which any other seller offered you 5-hour Energy in 2012.

Response: Steerforth Defendants offered the most competitive pricing.

Request for Admission No.8: Admit that documents Bates-stamped TCT000001-TCT000132 and produced to Plaintiffs are true and correct copies of documents from your files that were created and maintained by you in the ordinary course of business.

Response: Admit

Dated: Kew Gardens, New York
January 15, 2014

                                                                                            /s/ Leslie Nizin
                                                                                            LESLIE NIZIN, ESQ
                                                                                            Attorney for
                                                                                            Top Choice Trading, USA, Inc.
                                                                                            125-10 Queens Boulevard
                                                                                            Suite 6
                                                                                            KewGardens, New York 11415
                                                                                            Tel: (718) 263-2411
                                                                                            Fax: (718) 263-2911
                                                                                            Email: lnizin@aol.com

TO:

Patterson Belknap Webb & Tyler LLP
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Email: gpotter@pbwt.com
            cyatrakis@pbwt.com
            mcohen@pbwt.com
            Ablumenkrantz@pbwt.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INNOVATION VENTURES, LLC, et al.,

                12 Civ. 5354 (KAM-RLM)

              Plaintiffs,

    -against-

ULTIMATE ONE DISTRIBUTING CORP.,
et al.,
              Defendants.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TOP CHOICE TRADING USA, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSION dated January 15, 2014 was this day served by Electronic Transmission (E-mail) addressed as indicated below:

**Geoffrey Potter, Esql, Christos George Yatrakis, Esq., Michelle Waller Cohen, Esq.
Adam Blumenkrantz, Esq., Alexander Michaels, Esq., Thomas Philip Kurkland, Esq.,
Jane Metcalf, Esq., Jonah Moses Knobler, Esq., Jeremy Alexander Weinberg, Esq.**
Patterson Belknap Webb & Tyler LLP
**Darin J. LeBeau, Esq.**
Via Electronic Mail: gpotter@pbwt.com, cyatrakis@pbwt.com, mcohen@pbwt.com, amichaels@pbwt.com, ablumenkrantz@pbwt.com, tkurland@pbwt.com, jmetcalf@pbwt.com, jweinberg@pbwt.com, jknobler@pbwt.com, darin@oaklandlawgroup.com, mcolitigation@pbwt.com
**Attorneys for Plaintiff, Innovation Ventures, LLC;
Living Essentials, LLC; and International IP Holdings, LLC**

**Todd D. Greenberg, Esq.**
Addabbo & Greenberg
Via Electronic Mail: todd@queenslaw.com
**Attorneys for Ultimate One Distributing Corp., Gulam Najimi a/k/a Ghulamali Ali Najimi, Wally Najimi a/k/a Ahmed Wally Najimi, Price Master Corp., Abdul Satar Jajimi**

**Stephen J. Kressel, Esq.**
Kressel & Rothlein, Walsh & Roth LLC
Via Electronic Mail: s.kressel@krwrlaw.com
**Attorneys for Excel Wholesale Distributors, Inc. And Farid Tursonzadah a/k/a Farid Turson**

**Randi Wolkenbreit Singer, Esq., Craig Adas, Esq., Jessica Costa, Esq.**
Weil, Gotshal & Manges, LLP
Via Electronic Mail: randi.singer@weil.com, craig.adas@weil.com, jessica.costa@weil.com
*Attorneys for Core-Mark International, Inc.*

**Vincent A. Nagler, Esq., Ryan Bates, Esq., Warren Koster, Esq., Jason Lavery, Esq.**
Callan, Koster, Brady & Brennan, LLP
Via Electronic Mail: vnagler@ckbblaw.com, rbates@ckbblaw.com, wkoster@ckbblaw.com, jlavery@ckbblaw.com
*Attorneys for Richmond Wholesale Company, Inc. and Saquib Khan*

**Howard J. Shire, Esq., Natasha Sardesai-Grant, Esq.**
Kenyon & Kenyon, LLP
Via Electronic Mail: hshire@kenyon.com, nsardesai@kenyon.com
*Attorneys for CVS Caremark Corp.*

**Arnold J. Hauptman, Esq.**
Via electronic mail: ajhauptman@aol.com
*Attorney for 7 Eleven Stores #11152, #25449C-2422, #11181, #32760, #23407*

**Michael Martin, Esq.**
Martin Law Group
Via electronic mail: mm@martinlawgroup.biz
*Attorneys for Prestige Mobil*

**Hara K. Jacobs, Esq., Sarah Shindler-Williams, Esq.**
Ballard Spahr LLP
Via Electronic Mail: jacobsh@ballardspahr.com, schindlerwilliamss@ballardspahr.com
*Attorneys for Valero Retail Holdings, Inc.*

**Jess M. Berkowitz, Esq.**
Via Electronic Mail: jessberkowitzesq@aol.com
*Attorney for Delta Distribution Services Corp., Sulaiman S. Aamir, Empire Trade Wholesaler Corp.*

**Andre K. Cizmarik, Esq., Anthony J. Viola, Esq., Zachary W. Silverman, Esq.**
Edwards Wildman Palmer LLP
Via Electronic Mail: acizmarik@edwardswildman.com, aviola@edwardswildman.com, zsilverman@edwardswildman.com
*Attorneys for Quality King Distributors, Inc.*

**Richard S. Schurin, Esq.**
Stern & Schurin LLP
Via Electronic Mail: rschurin@sternschurin.com
*Attorneys for Baseline Distribution, Inc., David Flood*

2

**Danielle M. Defilippis, Esq.**
Norris McLaughlin & Marcus, P.A.
**Anthony R. Paesano, Esq., Brian M. Akkashian, Esq., Richard M. Apkarian, Jr., Esq.,
Amy Nixon, Esq.**
Paesano Akkashian, PC
**Gerald Gordinier, Esq.**
Via Electronic Mail: dmdefilippis@nmmlaw.com, apaesano@paesanoakkashian.com,
bakkashian@paesanoakkashian.com, rapkarian@paesanoakkashian.com,
anixon@paesanoakkashian.com, geraldgordinieratty@gmail.com
*Attorneys for Midwest Wholesale Distributors, Justin Shayota, Walid Jamil a/k/a Wally Jamil,
JT Wholesale, Inc., Raid Jamil a/k/a Brian Jamil* **and** *TriMexico Inc.*

**John Y. Ko, Esq.**
Via Electronic Mail: jkcellistlawyer@gmail.com
*Attorney for Moa Trading, Inc. and David K. Lee*

**James K. Thome, Esq., Timothy Connaughton, Esq.**
Vandeveer Garzia, PC
**Brian A. Kalman, Esq.**
London Fischer LLP
Via Electronic Mail: jthome@vgpclaw.com, tconnaughton@vgpclaw.com,
bkalman@londonfischer.com
*Attorneys for Capital Sales Company*

**J. Christopher Jensen, Esq., Bridget Anne Crawford, Esq.**
Cowan, Liebowitz & Latman, P.C.
Via Electronic Mail: jcj@cll.com, bac@cll.com
*Attorneys for Elegant Trading, Inc., Ahmed Bhimani*

```
GOODMAN & SAPERSTEIN
Via Electronic Mail: gsesq600@aol.com
```
*Attorney for* ```Food Distributors International, Inc. and Scott Tilbrook```

**Bruce M. Sabados, Esq., Gregory C. Johnson, Esq.**
Katten Muchin Rosenman LLP
**Megan P. McKnight, Esq., Chiara Mattieson, Esq., Michael J. Barton, Esq.**
Plunkett Cooney
Via Electronic Mail: bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com,
*cmattieson@plunkettcooney.com*, mmcknight@plunkettcooney.com,
*mbarton@plunkettcooney.com*
*Attorneys for Universal Wholesale, Inc., Joseph Sevany, Sr. a/k/a Joe Zaitouna*

**David Benjamin Sunshine, Esq., Elizabeth Nicole Warin, Esq., J. Bruce Maffeo, Esq.**
Cozen O'Connor
Via Electronic Mail: dsunshine@cozen.com, nwarin@cozen.com, jbmaffeo@cozen.com
*Attorneys for Baja Exporting, LLC and Joseph Shayota*

**David M. Greeley, Esq., Gregory A. Vega, Esq., Esq., David Lichtenstein, Esq., Ricardo Arias, Esq.**
Seltzer Caplan McMahon Vitek
Via Electronic Mail: greeley@scmv.com, vega@scmv.com, lichtenstein@scmv.com, arias@scmv.com
*Attorneys for Baja Exporting, LLC, Joseph Shayota, Tradeway International, Inc. d/b/a Baja Exporting, and Adriana Shayota*

**Brian J. Davis, Esq.**
Brian J. Davis P.C.
Via Electronic Mail: briandavis@pjdpc.com
*Attorney for Shah Distributors, Inc. and Arvind Shah*

**Zachary S. Goldberg, Esq.**
Goldberg, Corwin & Greenberg, LLP
Via Electronic Mail: zgoldberg@gcgllp.com
*Attorneys for Steerforth Trading, Inc. a/k/a Steer Forth Trading, Inc. and Isaac Anzaroot*

**Ronald A. Giller, Esq., Daniel Jason DiMuro, Esq.**
Gordon & Rees LLP
Via Electronic Mail: rgiller@gordonrees.com, ddimuro@gordonrees.com
*Attorneys for MCR Innovtions and Packaging, Inc., MCR Printing and Packaging Corp., Mario Ramirez, Camilo Ramirez and Naftaunited.com*

**Stanton Lee Phillips, Esq., Ira M. Siegel, Esq.**
Via Electronic Mail: stan@slphillipslaw.com, irasiegel@earthlink.net
*Attorney for One Stop Label Corporation*

**Gordon J. Zuiderweg, Esq.**
Law Offices of Barry K. Rothman
Via Electronic Mail: bkr@bkrlegal.com
*Attorneys for Leslie Roman, Flexopack and Donna Roman*

**Stephen M. Lobbin, Esq.**
The Eclipse Group, LLP
Via Electronic Email: sml@eclipsegrp.com
*Attorneys for Juan Romero Gutierrez a/k/a Juan Romero, Advanced Nutraceutical Manufacturing LLC and Nutrition Private Label, Inc.*

**Steven A. Elia, Esq.**
Law Offices of Steven A. Elia, APC
**Maura Griffin, Esq.**
Law Offices of Maura Griffin
Via Electronic Mail: steve@elialaw.com, mg@mauragriffinlaw.com
*Attorneys for Third Party Defendants Dan Dee Company, Inc., Kevin Attiq and Fadi Attiq*

_____
Jacqueline McElroy

Dated: Kew Gardens, New York
       January 16, 2014

5