# Exhibit 1

Michael J. Barton
Megan P. McKnight
Chiara Mattieson
PLUNKETT COONEY
38505 Woodward Avenue, Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4000
Attorneys for Universal Wholesale, Inc.
and Joseph Sevany

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――― X
:
INNOVATION VENTURES, LLC and LIVING :
ESSENTIALS, LLC,                   :    12 Civ. 5354 (KAM)(RLM)
                                   :
              Plaintiffs,          :    **JOINDER TO QUALITY KING
                                   :    DISTRIBUTORS, INC'S AMENDED
      -against-                    :    NOTICE OF DEPOSITION TO
                                   :    PLAINTIFFS PURSUANT TO RULE
ULTIMATE ONE DISTRIBUTING CORP., ET :   30(b)(6)**
AL.                                :
                                   :    Date: November 1, 2013
              Defendants.          :    Time:  9:30 AM
―――――――――――――――――――― X

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Universal Wholesale, Inc. and Joseph Sevany join Quality King Distributors, Inc.'s Amended Notice of Deposition upon oral examination of plaintiffs Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC (collectively "Plaintiffs") Pursuant to Rule 30(b)(6) dated September 26, 2013.  The deposition will be taken before a duly qualified court reporter, beginning on November 1, 2013 at 9:30 AM, at Bienenstock Reporting, 30800 Telegraph Road, Suite 2925, Bingham Farms, Michigan 48025, or such other location as may be mutually convenient.  The deposition will continue from day to day until completed, will be recorded by stenographic means, and may be videotaped.  You are invited to attend.

Plaintiffs shall designate in writing and produce the officer(s), director(s), managing agent(s) and/or other persons who will testify on its behalf with respect to each of the topics set forth in **Schedule A** attached to Quality King Distributors, Inc.'s Amended Notice of Deposition as well as each of the topics set forth in **Schedule A** attached hereto.

Dated:   October 14, 2013
         Bloomfield Hills, Michigan

By: _____

Chiara Mattieson
cmattieson@plunkettcooney.com
Michael J. Barton
Megan P. McKnight
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304
(248) 901-4000
Attorneys for Defendants Universal Wholesale, Inc. and Joseph Sevany

**SCHEDULE A**

INSTRUCTIONS AND DEFINITIONS

1. The definitions and rules of construction set forth in Local Rule 26.3 of the Eastern District of New York are incorporated herein by reference.

2. "Complaint" refers to the Seventh Amended Complaint, filed on or about December 28, 2012.

3. "Plaintiffs," "You" or "Your" shall include Innovation Ventures, LLC; Living Essentials, LLC; and International IP Holdings, LLC and all of their subsidiaries, affiliates, attorneys, accountants, agents, officers, directors, employees, servants, and any person or entity acting on their behalf.

4. The term "5 Hour Energy®" means the Plaintiffs' 5 Hour Energy® products (i.e., its liquid, bottles, caps, labels and packaging).

5. The term "Subject 5 Hour Energy®" means the allegedly counterfeit and/or non-genuine 5 Hour Energy® products that any of the defendants are alleged in the Complaint to have bought or sold.

6. The term "Universal customers" means those entities that Universal Wholesale, Inc. ("Universal") is alleged to have sold the Subject 5 Hour Energy® products.

7. The term "Universal Wholesale, Inc." ("Universal") shall include any and all persons you allege to be employees, agents or representatives of Universal with regard to any matter at issue in the Complaint.

8. Unless otherwise indicated, all topics shall concern the time period of November 1, 2010 to the present.

TOPICS FOR RULE 30(b)(6) DEPOSITION

3

1. All of those topics listed in **Schedule A** attached to Quality King Distributors, Inc.'s Amended Notice of Deposition.

2. Investigations or surveillance of Joseph Sevany ("Sevany") and Universal regarding 5 Hour Energy®.

3. The purchase and sale of 5 Hour Energy® or the Subject 5 Hour Energy® by Universal and Universal Customers.

4. Any profits Plaintiffs claim Sevany or Universal generated by selling Subject 5 Hour Energy®.

5. Any communication of risks or dangers associated with the Subject 5 Hour Energy® to Sevany, Universal or Universal Customers.

6. The basis for the allegations in the Complaint that Universal or Sevany engaged in willful trademark and trade dress infringement.

7. The basis for the allegations in the Complaint that Universal or Sevany engaged in willful copyright infringement.

8. The persons employed by, who are agents for, or are otherwise associated with Plaintiffs that are most knowledgeable as to the claims of willful trademark, trade dress or copyright infringement by Universal or Sevany as alleged in the Complaint.

9. Any information or evidence that any alleged trademark, trade dress or copyright infringement by Universal or Sevany as alleged in the Complaint was not willful.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
INNOVATION VENTURES, LLC and LIVING :
ESSENTIALS, LLC, : 12 Civ. 5354 (KAM)
:
              Plaintiffs, :
:
          -against- :
:
ULTIMATE ONE DISTRIBUTING CORP., ET :
AL. :
:
              Defendants. :
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I, CHIARA MATTIESON, do hereby certify that the foregoing **JOINDER TO QUALITY KING DISTRIBUTORS, INC'S AMENDED NOTICE OF DEPOSITION TO PLAINTIFFS PURSUANT TO RULE 30(b)(6) DATED OCTOBER 14, 2013 AND SCHEDULE A THERETO** was this day served by Electronic Transmission (email) address as indicated below:

**Geoffrey Potter, Esq., Christos George Yatrakis, Esq., Michelle Waller Cohen, Esq., Adam Blumenkrantz, Esq., Alexander Michaels, Esq., Thomas Philip Kurland, Esq., Jane Metcalf, Esq., Jonah Moses Knobler, Esq., Jeremy Alexander Weinberg, Esq.** Patterson Belknap Webb & Tyler LLP
Via Electronic Mail: gpotter@pbwt.com, cyatrakis@pbwt.com, mcohen@pbwt.com, amichaels@pbwt.com, ablumenkrantz@pbwt.com, tkurland@pbwt.com, jmetcalf@pbwt.com, jweinberg@pbwt.com, jknobler@pbwt.com
*Attorneys for Plaintiff, Innovation Ventures, LLC;*
*Living Essentials, LLC; and International IP Holdings, LLC*

**Todd D. Greenberg, Esq.**
Addabbo & Greenberg
Via Electronic Mail: todd@queenslaw.com
*Attorneys for Ultimate One Distributing Corp., Gulam Najimi a/k/a Ghulamali Ali Najimi, Wally Najimi a/k/a Ahmed Wally Najimi, Price Master Corp., Abdul Satar Najimi*

**Stephen J. Kressel, Esq.**
Kressel & Rothlein, Walsh & Roth LLC

5

Via Electronic Mail: skessel@krwrlaw.com
*Attorneys for Excel Wholesale Distributors, Inc. and Farid Tursonzadah a/k/a Farid Turson*

**Randi Wolkenbreit Singer, Esq., Craig Adas, Esq., Jessica Costa, Esq.**
Weil, Gotshal & Manges, LLP
Via Electronic Mail: randi.singer@weil.com, craig.adas@weil.com, jessica.costa@weil.com *Attorneys for Core-Mark International, Inc.*

**Vincent A. Nagler, Esq., Ryan Bates, Esq., Warren Koster, Esq., Jason Lavery, Esq.** Callan, Koster, Brady & Brennan, LLP
Via Electronic Mail: vnagler@ckbblaw.com, rbates@ckbblaw.com, wkoster@ckbblaw.com, ilavery@ckbblaw.com
Attorneys for Richmond Wholesale Company, Inc. and Saquib Khan

**Howard J. Shire, Esq., Natasha Sardesai-Grant, Esq.**
Kenyon & Kenyon, LLP
Via Electronic Mail: hshire@kenyon.com, nsardesai@kenyon.com *Attorneys for CVS Caremark Corp.*

*Arnold J. Hauptman, Esq.*

*Via Electronic Mail: ajhauptman@aol.com*

Attorneys for 7 Eleven Stores #11152,#25449C-2422, #11181, #32760, #23407

*Michael Martin, Esq.*
***Martin Law Group***
Via Electronic Mail: mm@martinlawgroup.biz *Attorneys for*
***Prestige Mobil***

*Hara K. Jacobs, Esq., Sarah Shindler-Williams, Esq.*
***Ballard Spahr LLP***
Via Electronic Mail: iacobsh@ballardspahr.com, schindler-williams@ballardspahr.com *Attorneys for Valero Retail Holdings, Inc.*

*Jess M. Berkowitz, Esq.*
*Via Electronic Mail: jessberkowitzesq@aol.com*
Attorneys for Delta Distribution Services Corp., Sulaiman S. Aamir, Empire Trade Wholesaler Corp.

*Joseph P. Goldberg, Esq., Jacquelyn Renee Trussell, Esq.*
***Hodgson Russ LLP***
Via Electronic Mail: jgoldberg@hodgsonruss.com, jtrussel@hodgsonruss.com *Attorneys for Brothers Trading Co., Inc. d/b/a*

6

*Victory Wholesale Grocers*

**Andre K. Cizmarik, Esq., Anthony J. Viola, Esq., Zachary Winthrop Silverman, Esq.**
Edwards Wildman Palmer LLP
Via Electronic Mail:   acizmarik@edwardswildman.com, aviola@edwardswildman.com, zsilverman@edwardswildman.com
Attorneys for Quality King Distributors, Inc.

**Richard S. Schurin, Esq., Ariel Samuel Peikes, Esq.**
Gottlieb, Rackman & Reisman, P.C.
*Via Electronic Mail*:   rschurin@grr.com, apeikes@grr.com
*Attorneys for Baseline Distribution, Inc., David Flood*

Danielle Marie Defilippis, Esq.

**Norris McLaughlin & Marcus, P.A.**

**Anthony R. Paesano, Esq., Brian M. Akkashian, Esq., Richard M. Apkarian, Jr., Esq., Amy Nixon, Esq.**

**Paesano Akkashian, PC**

Gerald Gordinier, Esq.

Via Electronic Mail:  dmdefilippis@nmmlaw.com, apaesano@apaesanoakkashian.com, bakkashian@paesanoakkashian.com, rapkarian@paesanoakkashian.com, anixon@paesanoakkashian, geraldgordinieratty@gmail.com

*Attorneys for Midwest Wholesale Distributors, Justin Shayota, Walid Jamil a/k/a Wally Jamil, JT Wholesale, Inc., Raid Jamil a/k/a Brian Jamil* and *TriMexico Inc.*

John Y. Ko, Esq.
Via Electronic Mail:  jkcellistlawyer@gmail.com
*Attorneys for Moa Trading, Inc. and David K. Lee*

James K. Thome, Esq., Timothy Connaughton, Esq.

**Vandeveer Garzia, PC**

7

Brian A. Kalman, Esq.

**London Fischer LLP**

Via Electronic Mail:  jthome@vgpclaw.com, tconnaughton@vgpclaw.com, bkalman@londonfischer.com

*Attorneys for Capital Sales Company*

**J. Christopher Jensen, Esq., Bridget Ann Crawford, Esq.**
Cowan, Liebowitz & Latman, P.C.
   Via Electronic Mail:   jcj@cll.com, bac@cll.com

*Attorneys for Elegant Trading, Inc., Ahmed Bhimani*

Leslie Nizin, Esq.

**Via Electronic Mail: lnizin@aol.com**

*Attorneys for Top Choice Trading USA, Inc.*

Bruce M. Sabados, Esq., Gregory Charles Johnson, Esq.

**Katten Muchin Rosenman LLP**

Megan P. McKnight, Esq., Chiara Mattieson, Esq., Michael J. Barton, Esq.

**Plunkett Cooney**

Via Electronic Mail:  bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com, cmattieson@plunkettcooney.com  mmcknight@plunkettcooney.com, mbarton@plunkettcooney.com *Attorneys for Universal Wholesale, Inc., Joseph Sevany, Sr. a/k/a Joe Zaitouna*

**David Benjamin Sunshine, Esq., Elizabeth Nicole Warin, Esq., J. Bruce Maffeo, Esq.**
Cozen O'Connor

   Via Electronic Mail: dsunshine@cozen.com, nwarin@cozen.com,

jbmaffeo@cozen.com

*Attorneys for Baja Exporting, LLC and Joseph Shayota*

**David M. Greeley, Esq., Kathryn Quarles, Esq., James R. Thompson, Esq., Gregory A. Vega, Esq.**
Seltzer Caplan McMahon Vitek
Via Electronic Mail: greeley@scmv.com, quarles@scmv.com, thompson@scmv.com, vega@scmv.com
*Attorneys for Joseph Shayota, Tradeway International, Inc. d/b/a Baja Exporting, and Adriana Shayota*

**Brian J. Davis, Esq.**
Via Electronic Mail: ah@bjdpc.com
*Attorneys for Shah Distributors, Inc. and Arvind Shah*

**Zachary S. Goldberg, Esq.**
Goldberg, Corwin & Greenberg, LLP
Via Electronic Mail: zgoldberg@gcgllp.com
*Attorneys for Steerforth Trading, Inc. a/k/a Steer Forth Trading, Inc. and Isaac Anzaroot*

**Ronald A. Giller, Esq., Daniel Jason DiMuro, Esq.**
Gordon & Rees LLP
Via Electronic Mail: rgiller@gordonrees.com, ddimuro@gordonrees.com
*Attorneys for MCR Innovations and Packaging, Inc., MCR Printing and Packaging Corp., Mario Ramirez, Camilo Ramirez and Naftaunited.com*

**Stanton Lee Phillips, Esq.**
Via Electronic Mail:
stan@slphillipslaw.com *Attorneys for One Stop Label Corporation*

**Gordon J. Zuiderweg, Esq.**
Law Offices of Barry K. Rothman
Via Electronic Mail: bkr@bkrlegal.com
*Attorneys for Leslie Roman, Flexopack and Donna Roman*


**Stephen M. Lobbin, Esq.**
The Eclipse Group, LLP
Via Electronic Mail: sml@eclipsegrp.com
*Attorneys for Juan Romero Gutierrez a/k/a Juan Romero, Advanced Nutraceutical Manufacturing LLC and Nutrition Private Label, Inc.*

**Stanley R. Goodman, Esq; Martin I. Saperstein, Esq.**
Goodman & Saperstein, Esqs.
Via Electronic Mial: gsesq600@aol.com
*Attorneys for Food Distributors International, Inc., Scott Tilbrook*

**Rashida A. Khan, Esq.**

9

Law Offices of William A. Markham, P.C
Via Electronic Email:  rk@markhamlawfirm.com
***Attorney for Kevin Attiq; Dan Dee Company***


Dated: October 14, 2013

 Bloomfield Hills, MI

                                                /s/ Chiara Mattieson
                                                Chiara Mattieson


Open.22666.23502.13366998-1