# Exhibit 2

**Mattieson, Chiara**

| | |
|---|---|
| **From:** | Cizmarik, Andre <ACizmarik@edwardswildman.com> |
| **Sent:** | Wednesday, January 08, 2014 3:38 PM |
| **To:** | Blumenkrantz, Adam (x2781); Potter, Geoffrey (x2050); Yatrakis, Christos G. (x2519) (cyatrakis@pbwt.com) |
| **Cc:** | 'todd@queenslaw.com'; 'craig.adas@weil.com'; 'randi.singer@weil.com'; 'jessica.costa@weil.com'; 'mark.ribaudo@weil.com'; 'mco.ecf@weil.com'; 'wkoster@ckbblaw.com'; 'jlavery@ckbblaw.com'; 'laveryjason@gmail.com'; 'rbates@ckbblaw.com'; 'vnagler@ckbblaw.com'; 'hshire@kenyon.com'; 'nsardesai@kenyon.com'; 'Ajhauptman@aol.com'; 'jacobsh@ballardspahr.com'; rschurin@sternschurin.com; 'schindlerwilliamss@ballardspahr.com'; 'acizmarik@edwardswildman.com'; 'zsilverman@edwardswildman.com'; 'zwsilverman@gmail.com'; 'aviola@edwardswildman.com'; 'geraldgordinieratty@gmail.com'; 'apaesano@paesanoakkashian.com'; 'anixon@paesanoakkashian.com'; 'bakkashian@paesanoakkashian.com'; 'rapkarian@paesanoakkashian.com'; 'dmdefilippis@nmmlaw.com'; 'rweston@nmmlaw.com'; 'jkcellistlawyer@gmail.com'; 'johnyohanko@gmail.com'; 'jthome@VGpcLAW.com'; 'tconnaughton@VGpcLAW.com'; 'mprentiss@vgpclaw.com'; 'bkalman@londonfischer.com'; 'gsesq600@aol.com'; 'jcj@cll.com'; 'bac@cll.com'; 'ecf@cll.com'; 'mmcknight@plunkettcooney.com'; 'cmattieson@plunkettcooney.com'; 'sintermaggio@plunkettcooney.com'; 'mbarton@plunkettcooney.com'; 'jbehrik@plunkettcooney.com'; 'bruce.sabados@kattenlaw.com'; 'gregory.johnson@kattenlaw.com'; 'gjohnson@law.gwu.edu'; 'zgoldberg@gcgllp.com'; 'sml@eclipsegrp.com'; 'ecm@eclipsegrp.com'; 'rmeegan@eclipsegrp.com'; 'perfumeshower@yahoo.com'; 'steve@elialaw.com'; 'maria@elialaw.com'; 'mg@mauragriffinlaw.com'; 'ah@bjdpc.com'; 'BrianDavis@bjdpc.com'; 'brianjdavisesq@aol.com'; 'irasiegel@earthlink.net'; 'irasiegel1@gmail.com'; 'kcholakian@cholakian.net'; 'cjewell@cholakian.net'; 'lhuerta@cholakian.net'; 'lnicholson@cholakian.net'; 'smack@cholakian.net'; 'quintin@shammamlaw.com' |
| **Subject:** | RE: Innovation Ventures, LLC, et al v. Ultimate One Distributing Corp., et al; Case No: 12-cv-05354 -- Rule 30(b)(6) deposition of plaintiffs |

Counsel:

Defense counsel has conferred and our good-faith estimate is that we will need less than 3 full days for the Rule 30(b)(6) deposition of plaintiffs, although we will endeavor to complete the deposition sooner. QKD will take the lead in the deposition. We have adequate conference space to accommodate everyone at our offices. Please advise who the designee will be and when he will be available to sit for 3 days.

**Andre K. Cizmarik**
Counsel

Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, NY 10022

Direct: +1 212 912 2731
Fax: +1 888 325 9598

My assistant:  Tanya Johnson +1 212 912 2932

[www.edwardswildman.com](http://www.edwardswildman.com)



_____
Edwards Wildman Palmer LLP has offices in Boston, Chicago, Hartford, Hong Kong, Istanbul, London, Los Angeles, Miami, Morristown NJ, New York, Orange County, Providence, Stamford, Tokyo, Washington DC and West Palm Beach. For more information visit edwardswildman.com.

CONFIDENTIALITY NOTICE

This e-mail message from Edwards Wildman Palmer LLP, Edwards Wildman Palmer UK LLP, Edwards Wildman Palmer, a Hong Kong firm of solicitors, and Edwards Wildman Danismanlik Hizmetleri Avukatlik Ortakligi, a registered foreign attorney partnership, is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business. Edwards Wildman Palmer UK LLP is a limited liability partnership registered in England (registered number OC333092) and is authorised and regulated by the Solicitors Regulation Authority (SRA) and operates an SRA standard complaints procedure (see here). A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Wildman Palmer LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.