# Exhibit 3

# Mattieson, Chiara

| | |
|---|---|
| **From:** | Blumenkrantz, Adam (x2781) <ablumenkrantz@pbwt.com> |
| **Sent:** | Wednesday, January 15, 2014 1:55 PM |
| **To:** | Costa, Jessica; Gsesq600@aol.com; ACizmarik@edwardswildman.com; Singer, Randi; rschurin@sternschurin.com; ZSilverman@edwardswildman.com; jthome@VGpcLAW.com; jko@kolawoffice.com; Mattieson, Chiara; AViola@edwardswildman.com |
| **Cc:** | Potter, Geoffrey (x2050); Yatrakis, Christos G. (x2519); _cg LE Team |
| **Subject:** | Innovation Ventures, LLC, et al. v. Ultimate One Distributing Corp. |
| **Attachments:** | Stipulation to Extend Discovery Deadlines (1.14.2014).DOC |

Dear Counsel,

I have incorporated several date changes proposed by various defendants and attach a new version of the stipulation for your review.  As a result of a client conflict and to coordinate the date with other proposed depositions in this case, Living Essentials' 30(b)(6) designee will be available the first week of March for the deposition.

Please let me know if the attached proposal is acceptable.

Best regards,
Adam


----
Adam P. Blumenkrantz
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: 212.336.2781
Fax: 212.336.1289
Email: ablumenkrantz@pbwt.com

----------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

----------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

==========================================================================