# GOTTLIEB, RACKMAN & REISMAN, P.C.
COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
MARC P. MISTHAL
BARRY R. LEWIN

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
SAMANTHA G. ROTHAUS
JONATHAN M. PUROW

PATENT AGENTS
ZOYA V. CHERNINA
ROBERT P. FEINLAND

OF COUNSEL
JAMES REISMAN

January 21, 2014

VIA ECF
Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Innovation Ventures LLC et al v. Ultimate One Distributing Corp. et al
(12-cv-5354)(KAM)(RLM)

Dear Judge Matsumoto:

Our firm formerly represented Defendants Baseline Distribution, Inc. and David Flood, but we have since been replaced by the firm of Stern & Schurin LLP in this matter. Attorney Richard Schurin was previously an attorney with our firm, and he continues to represent Baseline Distribution and Mr. Flood, now through his new firm, Stern & Schurin. (See D.I. 651)

Accordingly, we request that you remove me as an attorney of record in this case.

We thank the Court for its attention to this request. If the Court has any questions or requires any further information, please contact me.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN, P.C.

/s/Ariel Peikes
Ariel S. Peikes (AP 9157)
apeikes@grr.com

Cc: Richard Schurin, Esq. (via ECF and email)

---

*Handwritten annotation:* Once a stipulation of substitution is filed, the Gottlieb Rackman law firm and attorney Peikes will be removed from the docket.

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 1/22/14