UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INNOVATION VENTURES, LLC and LIVING
ESSENTIALS, LLC,

                       Plaintiff,

       v.                                Civil Case No.: 12-05354 (KAM) (RLM)

ULTIMATE ONE DISTRIBUTING CORP., ET. AL.   **NOTICE OF APPEARANCE**

                       Defendant.
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that Aaron T. Duff, Esq. of Norris McLaughlin & Marcus, P.A., hereby appears on behalf of Walid Jamil, Raid Jamil, JT Wholesale, Inc., Trimexico, Inc., Midwest Wholesale Distributers and Justin Shayota in the above-captioned action and requests that all future correspondence and papers be served upon the undersigned. Aaron T. Duff is a member in good standing of the bar of this Court.

Dated:  Bridgewater, New Jersey
           January 29, 2014

                                           Respectfully submitted,

                                           NORRIS, McLAUGHLIN & MARCUS, P.A.

                                           */s/ Aaron T. Duff*
                                           Aaron T. Duff
                                           875 Third Avenue, 18th Floor
                                           New York, New York 10022
                                           Telephone:  212-808-0700
                                           E-mail: atduff@nmmlaw.com