ROANNE L. MANN      DATE: _2/3/14_

UNITED STATES MAGISTRATE JUDGE     START: _12:40 pm_

                                               END: _1:40 pm_

DOCKET NO: _12 CV 5354_

CASE: _Innovation Ventures v. Ultimate One Distrib_

**✓** INITIAL CONFERENCE            ___ OTHER/ORDER TO SHOW CAUSE
**✓** DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE     **✓** TELEPHONE CONFERENCE _(recorded)_

FOR PLAINTIFFS: _Geoffrey Potter, Christos Yatrakis, Jonah Knobler_

FOR Δ QKD: _Andre Czmarek + Zach Silverman_

FOR DEFENDANTS: _Midwest_ _Richard Apkarian_
FOR Δ _Capital Sales:_ _Melissa Slotta_
FOR Δ _CoreMark:_ _Randi Singer_
FOR Δ _Universal + Devany:_ _Chiara Matteson + Megan McKnight_
FOR Δ ~~DISCOVERY~~ _Naterade_ ~~COMPLETED BY~~ _Hara Jacobs_

_____ NEXT _____ CONFERENCE SCHEDULED FOR_____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY:_____ DEF. TO SERVE PL. BY:_____

RULINGS: <u>PLEASE TYPE THE FOLLOWING ON DOCKET SHEET</u>

_For the reasons stated on the record, the Court denies in substantial part plaintiffs' motion for a protective order (DE #658) except to the limited extent described by the Court. Those defendants who intend to examine plaintiffs' Rule 30(b)(6) witness(es) shall, by February 5, 2014, serve on plaintiffs revised notices of 30(b)(6) depositions in which the topics are limited to areas relating to that specific defendant or group of defendants. Counsel for QKD, which will be acting as lead counsel at those deposition(s) and,_

as soon as possible or in making, on behalf of all defendants, "Questions that relate to defendants generally, will serve on plaintiffs, by February 7, 2014, a revised notice that eliminates topics that were covered at the first day of plaintiffs' Rule 30(b)(6) deposition on October 31, 2013, and, to the extent that the examination at that deposition did not address a particular subtopic, identifies the subtopic on which the witness will be examined.

Plaintiffs' motion for an order directing that plaintiffs' Rule 30(b)(6) depositions be conducted in Detroit, over the objection of some defendants, is denied.

The parties are encouraged to explore alternate forms of discovery by which defendants may obtain information on matters as to which plaintiffs' witnesses will claim not to have knowledge.