LAW OFFICES OF
# MAURA GRIFFIN

February 14, 2014

**By ECF**

Hon. Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Innovation Ventures, et al. v. Pittsburgh Wholesale Grocers, Inc., et al., (13-cv-06397)**
**Innovation Ventures, et al. v. Ultimate One Distributing Corp., et al. (12-cv-5354)**

Dear Judge Matsumoto:

We represent Defendants Dan-Dee Company, Inc., Kevin Attiq and Fadi Attiq ("Dan-Dee Defendants"). On January 13, 2014, Plaintiffs in the above-mentioned cases requested that the cases be consolidated for all purposes pursuant to Fed. R. Civ. P. 42 or, in the alternative that the Court schedule a pre-motion conference in connection with Plaintiffs' intended motion for such relief.

The Dan-Dee Defendants join in Plaintiffs' request that the Court *sua sponte* consolidate these two cases or, alternatively, schedule a pre-trial conference regarding their request for consolidation.

Respectfully submitted,

Maura Griffin

cc: All Counsel (via e-mail and ECF)