UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC.,

    TOP CHOICE TRADING USA, INC.
    ANSWER TO SEVENTH AMENDED
    COMPLAINT

          Plaintiffs,

  -against-                          12 Civ. 5354 (KAM)

ULTIMATE ONE DISTRIBUTING CORP.,
ET AL.,

          Defendants.

----------------------------------------------------------x

    Defendant, TOP CHOICE TRADING USA, INC, by and through its attorney, LESLIE NIZIN, ESQ., as and for an Answer to the Seventh Amended Complaint, superficially allege and state as follows:

    1. Deny having knowledge and information sufficient to form a belief as the allegations set forth in the First and Second Cross Clams filed by te defendants Shah Distributors, Inc. or Arvind Shah as set forth in paragraphs "32", "33", "34", and "35" of their cross claim.

### AS AND FOR A FIRST CROSS-CLAIM AGAINST DEFENDANT STEERFORTH TRADING, INC. a/k/a STEER FORTH TRADING, INC. FOR INDEMNIFICATION

    2. Defendant, TOP CHOICE TRADING USA, INC., repeats, reiterates and realleges each and every response set forth in paragraphs "1" to "65 " as if more fully set forth herein.

    3. If defendant, TOP CHOICE TRADING USA, INC., should be found liable to Plaintiff on any cause of action in the Complaint, then the Defendants claim indemnification from the Defendant, STEERFORTH TRADING INC., a/k/a STEER FORTH TRADING, INC., for any such liability.

**AS AND FOR A SECOND CAUSE OF CROSS-CLAIM AGAINST DEFENDANT STEERFORTH TRADING, INC., a/k/a STEER FORTH TRADING, INC. FOR CONTRIBUTION**

4. Defendant, TOP CHOICE TRADING USA, INC., repeates, reiterates and realleges each and every response set forth in paragraphs "1" through "3" as if more fully set forth at length herein.

5. If Defendant, SHAH DISTRIBUTORS INC. Or ARVIND SHAH, should be found to be liable to Plaintiff on any of the Causes of Action in the complaint, then Defendants claim contribution from Defendant, STEERFORTH TRADING, INC., a/k/a STEER FORTH TRADING, INC., for any such liability.

WHEREFORE, Defendant, TOP CHOICE TRADING USA, INC., demands that the Complaint be dismissed in its entirety; judgment on the cross-claims, and for such other and further relief as to this Court may deem just and proper.

Dated: Kew Gardens, New York
February 25, 2014

Yours, etc.

/s/ Leslie Nizin

LESLIE NIZIN, ESQ.
Attorney for Defendant
Top Choice Trading USA Inc.
125-10 Queens Boulevard
Suite 6
Kew Gardens, New York 11415
(718) 263-2411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INNOVATION VENTURES, LLC, et al.,

                    Plaintiffs,           12 Civ. 5354 (KAM-RLM)

              - against -

ULTIMATE ONE DISTRIBUTING CORP.,
et al.,

                    Defendants.
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TOP CHOICE TRADING USA, INC. ANSWER TO THE SEVENTH AMENDED COMPLAINT

Electronic Transmission (E-mail) addressed as indicated below:

Geoffrey Potter, Esq., Christos George Yatrakis, Esq., Michelle Waller Cohen, Esq.
Adam Blumenkrantz, Esq., Alexander Michaels, Esq., Thomas Philip Kurland, Esq., Jane Metcalf, Esq., Jonah Moses Knobler, Esq., Jeremy Alexander Weinberg, Esq.
Patterson Belknap Webb & Tyler LLP
Darin J. LeBeau, Esq.
Via Electronic Mail: gpotter@pbwt.com, cyatrakis@pbwt.com, mcohen@pbwt.com, amichaels@pbwt.com, ablumenkrantz@pbwt.com, tkurland@pbwt.com, jmetcalf@pbwt.com, jweinberg@pbwt.com, jknobler@pbwt.com, darin@oaklandlawgroup.com, mcolitigation@pbwt.com
*Attorneys for Plaintiff, Innovation Ventures, LLC;*
*Living Essentials, LLC; and International IP Holdings, LLC*

Todd D. Greenberg, Esq
Addabbo & Greenberg
Via electronic Mail: todd@queenslaw.com
*Attorneys for Ultimate One Distributing Corp., Gulam Najimi a/k/a Ghulamali Ali Najimi,*
*Wally Najimi a/k/a Ahmed Wally Najimi, Price Master Corp., Abdul Satar Najimi*

Stephen J. Kressel, Esq.
Kressel & Rothlein, Walsh & Roth LLC
Via Electronic Mail: s.kressel@krwrlaw.com
*Attorneys for Excel Wholesale Distributors, Inc. and Farid Tursonzadah a/k/a Farid Turson*

1

**Randi Wolkenbreit Singer, Esq., Craig Adas, Esq., Jessica Costa, Esq.**
Weil, Gotshal & Manges, LLP
Via Electronic Mail: randi.singer@weil.com, craig.adas@weil.com, jessica.costa@weil.com
*Attorneys for Core-Mark International, Inc.*

**Vincent A. Nagler, Esq., Ryan Bates, Esq., Warren Koster, Esq., Jason Lavery, Esq.**
Callan, Koster, Brady & Brennan, LLP
Via Electronic Mail: vnagler@ckbblaw.com, rbates@ckbblaw.com, wkoster@ckbblaw.com, jlavery@ckbblaw.com
*Attorneys for Richmond Wholesale Company, Inc. and Saquib Khan*

**Howard J. Shire, Esq., Natasha Sardesai-Grant, Esq.**
Kenyon & Kenyon, LLP
Via Electronic Mail: hshire@kenyon.com, nsardesai@kenyon.com
*Attorneys for CVS Caremark Corp.*

**Arnold J. Hauptman, Esq.**
Via electronic mail: ajhauptman@aol.com
*Attorney for 7 Eleven Stores #11152,#25449C-2422, #11181, #32760, #23407*

**Michael Martin, Esq.**
Martin Law Group
Via electronic mail: mm@martinlawgroup.biz
*Attorneys for Prestige Mobil*

**Hara K. Jacobs, Esq., Sarah Shindler-Williams, Esq.**
Ballard Spahr LLP
Via Electronic Mail: jacobsh@ballardspahr.com, schindlerwilliamss@ballardspahr.com
*Attorneys for Valero Retail Holdings, Inc.*

**Jess M. Berkowitz, Esq.**
Via Electronic Mail: jessberkowitzesq@aol.com
*Attorney for Delta Distribution Services Corp., Sulaiman S. Aamir, Empire Trade Wholesaler Corp.*

**Andre K. Cizmarik, Esq., Anthony J. Viola, Esq., Zachary W. Silverman, Esq.**
Edwards Wildman Palmer LLP
Via Electronic Mail: acizmarik@edwardswildman.com, aviola@edwardswildman.com, zsilverman@edwardswildman.com
*Attorneys for Quality King Distributors, Inc.*

**Richard S. Schurin, Esq.**
Stern & Schurin LLP
Via Electronic Mail: rschurin@sternschurin.com
*Attorneys for Baseline Distribution, Inc., David Flood*

2

**Danielle M. Defilippis, Esq.**
Norris McLaughlin & Marcus, P.A.
**Anthony R. Paesano, Esq., Brian M. Akkashian, Esq., Richard M. Apkarian, Jr., Esq., Amy Nixon, Esq.**
Paesano Akkashian, PC
**Gerald Gordinier, Esq.**
Via Electronic Mail: dmdefilippis@nmmlaw.com, apaesano@paesanoakkashian.com, bakkashian@paesanoakkashian.com, rapkarian@paesanoakkashian.com, anixon@paesanoakkashian.com, geraldgordinieratty@gmail.com
*Attorneys for Midwest Wholesale Distributors, Justin Shayota, Walid Jamil a/k/a Wally Jamil, JT Wholesale, Inc., Raid Jamil a/k/a Brian Jamil and TriMexico Inc.*

**John Y. Ko, Esq.**
Via Electronic Mail: jkcellistlawyer@gmail.com
*Attorney for Moa Trading, Inc. and David K. Lee*

**James K. Thome, Esq., Timothy Connaughton, Esq.**
Vandeveer Garzia, PC
**Brian A. Kalman, Esq.**
London Fischer LLP
Via Electronic Mail: jthome@vgpclaw.com, tconnaughton@vgpclaw.com, bkalman@londonfischer.com
*Attorneys for Capital Sales Company*

**J. Christopher Jensen, Esq., Bridget Anne Crawford, Esq.**
Cowan, Liebowitz & Latman, P.C.
Via Electronic Mail: jcj@cll.com, bac@cll.com
*Attorneys for Elegant Trading, Inc., Ahmed Bhimani*

**Leslie Nizin, Esq.**
Via Electronic Mail: lnizin@aol.com
*Attorney for Top Choice Trading USA, Inc.*

**Bruce M. Sabados, Esq., Gregory C. Johnson, Esq.**
Katten Muchin Rosenman LLP
**Megan P. McKnight, Esq., Chiara Mattieson, Esq., Michael J. Barton, Esq.**
Plunkett Cooney
Via Electronic Mail: bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com, cmattieson@plunkettcooney.com, mmcknight@plunkettcooney.com, mbarton@plunkettcooney.com
*Attorneys for Universal Wholesale, Inc., Joseph Sevany, Sr. a/k/a Joe Zaitouna*

**David Benjamin Sunshine, Esq., Elizabeth Nicole Warin, Esq., J. Bruce Maffeo, Esq.**
Cozen O'Connor
Via Electronic Mail: dsunshine@cozen.com, nwarin@cozen.com, jbmaffeo@cozen.com
*Attorneys for Baja Exporting, LLC and Joseph Shayota*

**David M. Greeley, Esq., Gregory A. Vega, Esq., Esq., David Lichtenstein, Esq., Ricardo Arias, Esq.**
Seltzer Caplan McMahon Vitek
Via Electronic Mail: greeley@scmv.com, vega@scmv.com, lichtenstein@scmv.com, arias@scmv.com
*Attorneys for Baja Exporting, LLC, Joseph Shayota, Tradeway International, Inc. d/b/a Baja Exporting, and Adriana Shayota*

**Brian J. Davis, Esq.**
Brian J. Davis P.C.
Via Electronic Mail: briandavis@pjdpc.com
*Attorney for Shah Distributors, Inc. and Arvind Shah*

**Zachary S. Goldberg, Esq.**
Goldberg, Corwin & Greenberg, LLP
Via Electronic Mail: zgoldberg@gcgllp.com
*Attorneys for Steerforth Trading, Inc. a/k/a Steer Forth Trading, Inc. and Isaac Anzaroot*

**Ronald A. Giller, Esq., Daniel Jason DiMuro, Esq.**
Gordon & Rees LLP
Via Electronic Mail: rgiller@gordonrees.com, ddimuro@gordonrees.com
*Attorneys for MCR Innovtions and Packaging, Inc., MCR Printing and Packaging Corp., Mario Ramirez, Camilo Ramirez and Naftaunited.com*

**Stanton Lee Phillips, Esq., Ira M. Siegel, Esq.**
Via Electronic Mail: stan@slphillipslaw.com, irasiegel@earthlink.net
*Attorney for One Stop Label Corporation*

**Gordon J. Zuiderweg, Esq.**
Law Offices of Barry K. Rothman
Via Electronic Mail: bkr@bkrlegal.com
*Attorneys for Leslie Roman, Flexopack and Donna Roman*

**Stephen M. Lobbin, Esq.**
The Eclipse Group, LLP
Via Electronic Email: sml@eclipsegrp.com
*Attorneys for Juan Romero Gutierrez a/k/a Juan Romero, Advanced Nutraceutical Manufacturing LLC and Nutrition Private Label, Inc.*

**Steven A. Elia, Esq.**
Law Offices of Steven A. Elia, APC
**Maura Griffin, Esq.**
Law Offices of Maura Griffin
Via Electronic Mail: steve@elialaw.com, mg@mauragriffinlaw.com
*Attorneys for Third Party Defendants Dan Dee Company, Inc., Kevin Attiq and Fadi Attiq*

4

_____
Jacqueline McElroy

Dated:   Kew Gardens, New York
         February 27, 2014

5

Case 1:12-cv-05354-KAM-RLM Document 678 Filed 02/28/14 Page 8 of 9 PageID #: 9253



AOL | Mail Toolbar | Make AOL My Home Page

jmcelroy123   Sign Out

Check Mail | Compose

Search the Web — Search  enhanced by

Shortcuts | Settings | Help

Search Mail

Reply | Reply All | Forward | Mark Unread   Actions   Go | Delete | Spam

- Today on AOL
- **New Mail (93)**
- Old Mail
- Drafts
- Sent
- **Spam (81)**
- Recently Deleted
- Saved Chats
- Contacts
- Calendar
- My Folders   Manage Folders

**Pacer To File Login Id Lsnizin**
From: Leslie Nizin <lnizin@aol.com>
To: Jackie Mcelroy <Jmcelroy123@aol.com>
Date: Wed, Feb 26, 2014 8:16 pm
Pacer_To_File_Login_Id_Lsnizin.vcf

Les Nizin

Reply | Reply All | Forward | Mark Unread   Actions   Go | Delete | Spam

Standard Version | Terms of Service | Privacy Policy | About Our Ads | Shortcuts   © 2014 AOL Inc. All Rights Reserved



Log you ID Lsnizin
Go Paro - paga = hul