ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 13, 2014  
START: 12:00 p.m.  
END: 12:55 p.m.

DOCKET NO: 13-CV-6397 (KAM) / 12 CV 5354

CASE: Innovation Ventures v. Pittsburg Wholesale Grocers Inc. et al. / Ultimate On[...]

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS:
| Geoffrey Potter, Esq. | |
| Jonah Knobler, Esq. | |

DEFENDANTS:
| Maura Griffin, Esq. | Dan-Dee Defendants |

- [ ] DISCOVERY TO BE COMPLETED BY ____
- [ ] NEXT ____ CONFERENCE SCHEDULED FOR ____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ____
- [ ] PL. TO SERVE DEF. BY: ____   DEF. TO SERVE PL. BY: ____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For all of the reasons stated on the record, the Court denies the Dan-Dee defendants' motion to compel (DE #553 in 13cv6397), except to the following limited extent: Plaintiffs are directed to produce to counsel for the Dan-Dee defendants, by March 19, 2014, pursuant to the confidentiality order previously entered by the Court, those portions of their 2012 Profit and Loss Statement(s) that reflect their costs, with the amounts redacted.