AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| INNOVATION VENTURES, LLC et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 12-Cv-5354 (KAM)(RLM) |
| ULTIMATE ONE DISTRIBUTING CORP. et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Baseline Distribution Inc. and David Flood

Date: 03/13/2014

*/s/ Steven Stern*
Attorney's signature

Steven Stern SS5203
Printed name and bar number

Stern & Schurin LLP
410 E. Jericho Turnpike
Mineola, NY 11501
Address

SStern@SternSchurin.com
E-mail address

(516) 248-0300
Telephone number

(516) 283-0277
FAX number