**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Randi W. Singer**
+1 (212) 310-8152
randi.singer@weil.com

BY ECF

March 24, 2014

Hon. Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>**Innovation Ventures, LLC et al. v. Ultimate One Distributing Corp., et al., No. 12 Civ. 5354**</u>

Dear Judge Mann:

We represent Defendant Core-Mark International, Inc. ("Core-Mark") in the above-captioned litigation. We respectfully request a brief extension of time to respond to Plaintiffs' March 19, 2014 letter seeking to "(a) quash[] and/or limit[] certain topics noticed for the reopened deposition of Plaintiffs' Rule 30(b)(6) designee, which is scheduled for April 8, 2014 and (b) limit[] that deposition to one (1) day." Docket No. 690. We have conferred with Plaintiffs, who have consented to a brief extension of our time to respond to March 27, 2014.

We are available at the Court's convenience to answer any questions or if the Court wishes to discuss further.

Respectfully submitted,

/s/ Randi W. Singer

cc: Counsel of Record (via ECF)