| | | |
|---|---|---|
| 410 EAST JERICHO TURNPIKE<br>MINEOLA, NEW YORK 11501<br>TEL. (516) 248-0300 | **STERN & SCHURIN LLP**<br>PATENTS TRADEMARKS COPYRIGHTS | 220 EAST 42ND STREET<br>SUITE 3304<br>NEW YORK, NEW YORK 10017<br>(212) 338-0300 |
| RICHARD S. SCHURIN<br>STEVEN STERN | | WWW.STERNSCHURIN.COM<br>INFO@STERNSCHURIN.COM<br>FAX (516) 283-0277 |

March 25 2014

**VIA ECF**

Hon. Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Innovation Ventures, LLC et al. v.
                Ultimate One Distributing Corp., et al.,
                Civil Action No. 12 Civ. 5354

Dear Judge Mann:

We represent Defendants Baseline Distributors, Inc. and David Flood (collectively "Baseline") in the above-captioned litigation. We respectfully request a brief extension of time to respond to Plaintiffs' letter seeking to (a) quash and/or limit certain topics noticed for the deposition of Plaintiffs' Rule 30(b)(6) designee, and (b) limit that deposition to one (1) day. (Docket No. 690).

We have conferred with Plaintiffs, who have consented to a brief extension of our time to respond to March 27, 2014.

                        Very truly yours,

                        STERN & SCHURIN LLP

                        */s/ Steven Stern*
                        Steven Stern

cc: All counsel of record (via ECF)

*Application granted, on consent.*

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 3/25/14