ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: **April 4, 2014**  
START: **3:15 p.m.**  
END: **5:25 pm**

DOCKET NO: 12-CV-5354 (KAM)  
CASE: Innovation Ventures, LLC et al v. Ultimate One Distributing Corp. et al.

- ☐ INITIAL CONFERENCE
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFFS:**

| | SEE ATTACHED |
|---|---|
| | |
| | |

**DEFENDANTS:**

| | SEE ATTACHED |
|---|---|
| | |
| | |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court grants in part and denies in part plaintiffs' motion for a protective order (DE#690). The deposition(s) of plaintiffs' Rule 30(b)(6) witness(es) shall be completed in no more than two days.

In lieu of producing a Rule 30(b)(6) witness on QKD Topics #31 and #32 (and any analogous topic noticed by any other defendant), plaintiffs may

treat those topics as contention interrogatories and shall serve their responses thereto by April 16, 2014.

ROANNE L. MANN  DATE: April 4, 2014
UNITED STATES MAGISTRATE JUDGE

DOCKET NO: 12-CV-5354 (KAM/RLM)

CASE: Innovation Ventures, LLC, et al. v. Ultimate One Distributing Corp., et al.

**APPEARANCE**

FOR PLAINTIFFS:

| | |
|---|---|
| Innovation Ventures et al. | Geoffrey Potter |
| | Christos Yatrokis |
| | Jonah Knobler |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FOR DEFENDANTS:

| | |
|---|---|
| QKD | Andre Czmark + Zachary Silverman |
| Core-Mark | Randi Singer |
| Valero Retail | Hara Jacobs |
| Baseline/Flood | Richard Schurin |
| Midwest Ds | Brian Akkashian |
| Capital Sales | James Thome |
| Food Distribs/Tilbrook | Martin Saperstein |
| Tradeway | David Lichtenstein |
| Dan Dee/Attiq Ds | Maura Griffin |
| Richmond/Khan | Max Sandgrund |