FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 03 2016 ★
BROOKLYN OFFICE

Stanley R. Goodman
Martin I. Saperstein
gsesq600@aol.com

**GOODMAN & SAPERSTEIN**
100 Garden City Plaza, Suite 412B
Garden City, NY 11530
Telephone: (516) 227-2100
Facsimile: (516) 227-2108
*Attorneys for Defendant-Cross Claimant Purity Wholesale Grocers, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INNOVATION VENTURES LLC, et al,

                    Plaintiffs,

   -against-

ULTIMATE ONE DISTRIBUTING CORP., et al,

                    Defendants.
------------------------------------------------------------X

12 CIV 5354 (KAM)(RLM)

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant-Cross Claimant Purity Wholesale Grocers, Inc. ("PWG"), and Defendant-Cross Defendant Tradeway International, Inc. d/b/a Baja Exporting, Joseph Shayota and Adriana Shayota (collectively, "Baja Defendants"), that pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), PWG voluntarily dismisses with prejudice and without assessment of costs or of attorney fees to either party to this Stipulation, all of their Cross-Claims against Baja Defendants.

Dated: Garden City, New York
       May 17, 2016

GOODMAN & SAPERSTEIN

By: _____
   Stanley R. Goodman

SELTZER CAPLAN MCMAHON VITEK

By: _____
   David M. Greeley

100 Garden City Plaza, Suite 412B
Garden City, NY 11530
(516) 227-2100
gsesq600@aol.com
*Attorneys for Defendant-Cross Claimant Food Distributors International, Inc. and Scott Tilbrook*

750 B Street, Suite 2100
San Diego, CA 92101
(619) 685-3003
greeley@scmv.com
*Attorneys for Defendant-Cross Defendant Tradeway International, Inc. d/b/a Baja Exporting, Joseph Shayota and Adriana Shayota*

IT IS SO ORDERED, this __31st__ day of May, 2016

_____s/KAM_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

C:\WORK\CLIENTS\PURITY\INNOVATIONS (2817-D)\Settlement\XC Baja Discont Action.wpd

2